THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.  OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A PERIOD OF 90 DAYS. YOU MAY CITE TO A PORTION OF THE ATTACHED TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED WITH THE COURT.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,　）
　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　）
　　　　vs.　　　　　　　　　）　　CRIMINAL DOCKET
　　　　　　　　　　　　　　　）　　NO. 1:24-cr-257-JPB
　　　　　　　　　　　　　　　）
DWAYNE PETERSON DAVIS,　　　）
　　　　　　　　　　　　　　　）
　　　　　　　Defendant.　　　）
_____）

SENTENCING HEARING

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE J.P. BOULEE,
UNITED STATES DISTRICT JUDGE
August 19, 2025, 10:00 a.m.

APPEARANCES:

On Behalf of the Government:

　　　Samir Kaushal
　　　Cathelynn Tio
　　　Office of the United States Attorney-ATL 600

On Behalf of the Defendant:

　　　Doug Gilfillan
　　　Gilfillan Law LLC

*COMPUTER-AIDED TRANSCRIPT PRODUCED BY*

OFFICIAL COURT REPORTER:　　　DENISE M. STEWART, RPR
　　　　　　　　　　　　　　　1949-B UNITED STATES COURTHOUSE
　　　　　　　　　　　　　　　75 TED TURNER DRIVE, SOUTHWEST
　　　　　　　　　　　　　　　ATLANTA, GEORGIA 30303
　　　　　　　　　　　　　　　(404)215-1516

P R O C E E D I N G S

THE COURT:  Ms. Lee, if you would please go ahead and call the case.

THE COURTROOM DEPUTY:  The Court has set aside time for sentencing in the United States v. Dwayne Peterson Davis.  Case Number 1:24-cr-257.

Counsel for the AUSA, please announce your appearances for the record.

MR. KAUSHAL:  Samir Kaushal for the United States.  Along with me is Assistant U.S. Attorney Cathelynn Tio and Special Agent Kyle Rubel, and behind me is --

THE PROBATION OFFICER:  Cathleen Yetzer for probation, Your Honor.  Good morning.

THE COURT:  Good morning.

MR. GILFILLAN:  Good morning, Your Honor.  Doug Gilfillan for Mr. Davis.  And Mr. Davis is here as well of course.

THE COURT:  All right.  Good to see both of you as well.

Mr. Davis pled guilty on May 21st of this year to Count 3 of the indictment to wire fraud.  In accordance with Rule 32 of the Federal Rules of Criminal Procedure, the U.S. Probation Office conducted a presentence investigation and prepared a presentence report, a copy of which has been provided to both the government and the defense.

Mr. Gilfillan, have you and your client had an opportunity to read and discuss the presentence report?

MR. GILFILLAN:  Yes, Your Honor.

THE COURT:  Do you have any questions about the presentence report or any amendments now other than what's been previously filed?

MR. GILFILLAN:  No, Your Honor.

THE COURT:  All right.  Thank you.

We do have some unresolved issues in the presentence report.  We have two guideline issues and then some nonguideline factual objections from both the government and the defense.  I want to deal with the guideline objections first.

Before I get into the two of those, I want to make sure that one other guideline objection was indeed withdrawn by the defense regarding loss amount; is that correct?

MR. GILFILLAN:  Yes, Your Honor.  That's correct.

THE COURT:  All right.  Thank you.

THE COURT:  Let's discuss, first off, the objection regarding 2B1.1(b)(17), whether or not a million or more was derived from a financial institution.  We probably all agree it's the government's burden, so I will hear from the government first.

MR. KAUSHAL:  Thank you, Your Honor.

In the briefing the government has set forth the case law that supports the government's reasoning for applying this enhancement.  And I don't believe -- I don't believe that there's any factual dispute that over a million dollars that originally was from GEICO ended up in the hands of this defendant and that he

fraudulently obtained that money.  So factually I don't think there's any dispute about how the money went from GEICO to a UBS account and then to accounts that the defendant controlled and, you know, expenditures that the defendant made.

So the only question here today for Your Honor to answer is whether that money that the defendant took was from a financial institution.  In this instance GEICO is clearly a financial institution.  It is an insurance company that clearly fits the definition of financial institution under the guideline.  And in terms of the monies' source and where it was derived from, the money clearly came from GEICO and it was sent to ultimately the defendant.

The defendant's defense to this enhancement is simply that the money went through an intermediary account, the UBS account, and that that UBS account belonged to a partnership that the defendant held with GEICO and GEICO was a 99 percent owner of that partnership.  I think it might have even been 99.9 percent.  But in any event the defendant had a small stake in the partnership and GEICO owned a vast majority of it.

The defendant says that because the money went to this intermediary account, that was at UBS that, therefore the money did not come from GEICO and that it came from the partnership.  But that overlooks the text of the guideline which says that money that comes indirectly from a financial institution still counts for purposes of the million dollars in gross receipts.

And the case law that I cited in my sentencing memorandum, both *Ross* and *Muho*, support that.  And I don't think the defense has provided a good reason for why we should not be applying the teachings of *Muho*, which explain that even a small amount of ownership is sufficient in order for the financial institution to have been a participant or have been derived from that particular institution.  It doesn't require 100 percent ownership.  That's what *Muho* teaches us.

And in that respect then, Your Honor, because the money originally came -- whether directly or indirectly from GEICO, and they were in control of those funds; they were both the source of the funds originally, 100 percent of the funds came from them originally.  The money was transferred to an entity that GEICO controlled -- 99 percent controlled that partnership and then the money was taken by the defendant but that -- whether directly or indirectly, those funds came from GEICO.  And the *Muho* case and the *Ross* cases both support that conclusion, Your Honor.

THE COURT:  Well, are there really then two ways you can get to the same conclusion when we look at the language about derived and directly, indirectly and flowed from?  One being that even if we were to assume the partnership wasn't 99 percent owned by GEICO -- let's say it was zero percent owned by GEICO.  One lane you would have is that it went from GEICO to the partnership and then the other lane you have is when the money was in the partnership, that partnership was owned, as it turns out, by GEICO

as well.

MR. KAUSHAL:  Yes, Your Honor, that's correct.

THE COURT:  So you really just need one or the other, but here you have both.

Is that the government's argument?

MR. KAUSHAL:  Yes, that is the government's argument and that's what's supported by the case law.  That's what *Muho* teaches us.  That's what *Ross* teaches us.  Because we have to give meaning to the text of the guideline, which talks about direct and indirect funding, the funding being derived directly and indirectly, to give meaning to indirectly in this instance, it would call for -- even in the instance where there was zero percent ownership, which is not the case here, but even in that hypothetical the government would support and argue that in that instance GEICO would still be a victim that had lost a million dollars or more in gross receipts.

THE COURT:  And what of the defense argument that it was not a financial institution?  I know financial institution is defined as including an insurance company, but I think the defense argument is, well, they weren't acting as an insurance company in this instance?

MR. KAUSHAL:  That's correct, Your Honor.  I tried to find cases that discuss this and I couldn't find any.  And the defense has not cited any that supports its view that the guideline should be narrowed based on the function that the entity

was engaging in at the moment that it executed a transaction. There's no support for that in the case law. There's no support for that in the guideline or the definition of financial institution.

It asks us to look at the type of institution it is and to make that decision as to what a -- whether it is a financial institution. And that is in line, again, with the teachings of *Muho*, which tells us to 2B1.1 generally is designed to cover a wide variety of economic frauds and a wide variety of different types of financial transactions. And for that reason the guideline in that provision specifically was designed to encompass -- it was designed to cover a vast group of -- a vast category of types of transactions that could occur in connection with a financial fraud scheme.

That's why, Your Honor, that argument should be rejected.

THE COURT: All right. Well, let me just run down this rabbit hole with you just a little while. I'm sure Mr. Gilfillan will want to discuss it as well. But I hear you saying you have not seen any case law on it and I know that Mr. Gilfillan, I'm guessing, hadn't seen any case law on it either because he didn't cite any in his brief.

As far what an insurance is and what an insurance company does, is GEICO the duck and Nick Saban or is that another insurance company? Does anyone know?

MR. KAUSHAL:  I think it's -- I think it is.

MR. GILFILLAN:  I think GEICO is the Gecko.

THE COURT:  Not to digress too far on the record here, but who's -- who's the duck and Nick Saban?

MR. KAUSHAL:  Aflac.

THE COURT:  Aflac.  I should have known that.  Here we are in Georgia.  Doesn't bode well for their advertising but I've seen that commercial a thousand times and couldn't differentiate between GEICO and Aflac.

MR. KAUSHAL:  It confused me, too, Your Honor, when you brought it up.  I thought it was GEICO as well.

THE COURT:  All right.  Well, putting that aside -- and my apologies to our court reporter who had to take that down and anybody else who ever has to read it -- what is an insurance company?  I guess maybe I'll hear from Mr. Gilfillan that an insurance company is someone who, you know, gets premiums and pays claims.  And here there wasn't a house burning down they were going out to investigate or something, but it occurs to me that an insurance company in this one apparently has lots of money, right, that they're getting from premiums, I guess, or wherever else?

Aren't they still an insurance company if they're investing that money, or trying to get tax breaks from that money, or doing whatever with that money so that they have enough money to pay claims down the road?

I guess, where do we draw the line at what's an

insurance company business and what's not an insurance company business?

MR. KAUSHAL:  Your Honor, I can't speak to what the money was going to be used for in those tax breaks because I don't know what specifically GEICO envisioned the money to be used for.

For purposes of this sentencing in paragraph 12 of the PSR -- and I'm not trying to dodge Your Honor's question.  I think it's a question that we have not -- I have not briefed the issue. And I think that the PSR might render it unnecessary to go further into it, because it is undisputed that GEICO is a vehicle insurance company.  That was not something that the defense ever objected to.

So I think that that gets us to the point of saying, this is an insurance company.  And that raises Your Honor's -- maybe the more complicated question of in what capacity does a company have to be acting in order for it to be considered an insurance company.  And based on the text of the guideline, I would submit that the text of the guideline calls for applying the enhancement because it is undisputed it is an insurance company and we don't have to get into that question of what was its specific role at the specific time; what its purpose was for the transaction.

THE COURT:  One moment, please.  All right.  Thank you. Mr. Gilfillan.

MR. GILFILLAN:  Yes, Your Honor.  Thank you.

I'll respond to a couple of things that Mr. Kaushal said in Your Honor's questions. First, Mr. Kaushal described -- I agree, there's no factual dispute. I think it's just a matter of what facts Your Honor considers and which facts Your Honor gives weight to or credits in this analysis.

Mr. Kaushal described it as the money went through an intermediate account. That's not the whole story. The money went to a separate legal entity, the 2018-A partnership. It's a real business. It wasn't just an LLC. It was a real thing that had developed a $26 or $30 million vested capital that went into it a multimillion dollar development. It's a separate business. And there's no dispute that the 2018-A partnership fits any of the definitions of a financial institution.

And so your question -- your question also was how do we define an insurance company? I think an insurance company is an entity that pools money to distribute risks across people who buy insurance. Okay. There's no question I think that's not what GEICO was doing here. They weren't acting as an insurance company and Mr. Davis's offense has nothing to do --

THE COURT: I guess my issue was aren't they acting as an insurance company if they -- if they're taking all the money they have from premiums and trying to invest that money somehow or they get tax savings on that money somehow through their investments? Aren't they still acting as an insurance company?

MR. GILFILLAN: Your Honor, if that's what happened

here --

THE COURT:  I'm guessing GEICO has divisions that -- you know, the pay-claim division, the get-premiums division and the, hey, what-do-we-do-with-all-our-money-that-we-got-from-these-premiums division.  Isn't that still part of GEICO?

MR. GILFILLAN:  Your Honor, if that's what happened here, I would agree with you.  However, the government which has the burden, has not traced through the money that GEICO put into this deal, the 5.9, the settlement money.  They haven't traced that through from the pool of risk.

And I would note that the GEICO CFO, Hollis White, which is in the PSR at paragraph 69 -- she told the FBI that Berkshire Hathaway was directing GEICO's tax advantage investment strategies.  And so I think there's a basis to say that this was part of Berkshire Hathaway's, which is a huge conglomerate -- GEICO is just one of the companies in their portfolio -- that there's really a generation of tax benefits that roll up to GEICO's parent.  So I think that's the distinction between Your Honor's and -- and --

THE COURT:  In my question I'm using just an example of investing the money.

MR. GILFILLAN:  Sure.

THE COURT:  But the point being anything an insurance company does, whether it's retaining Berkshire Hathaway to invest proceeds or save them taxes, GEICO's still acting as an insurance

company to do just that, aren't they?

MR. GILFILLAN: I don't dispute they are an insurance company. That's their business. I would agree with that, Your Honor, and I can't argue against that obviously.

With regard to the lack of cases, okay, that cuts both case. I couldn't find a case where any financial institution, much less an insurance company, is basically doing what every American does, which is try to lawfully *minimize* their taxes. And where they invest in or contribute to a separate legal entity, which is a real business, a real thing, that has ongoing operations and it created a development and gotten itself embroiled in multiple lawsuits that needed to be settled.

For that reason I would say, Your Honor, that in this situation the Court should not apply this enhancement.

THE COURT: All right. Thank you very much.

Mr. Kaushal, I guess the one thing I didn't hear from you about is the Berkshire Hathaway piece. Could you address that?

MR. KAUSHAL: Yes, Your Honor.

I don't think the Berkshire Hathaway piece changes anything because the funds came from GEICO. So that doesn't affect -- you know, the fact that an owner -- a company owns GEICO that somebody from Berkshire Hathaway might be directing how that business should be run doesn't change the fact that the funds came from GEICO. And that is undisputed that the funds came from

GEICO.

And to backpedal just a little bit, I think it's important to think about this particular provision in light of the fact that its intended to apply in a vast -- in a huge array of circumstances.  And that's why it's crafted the way that it's crafted.  And that's way in the *Muho* case the Court gives us a test which has been satisfied here.  And that test is that the financial institution needs to have been the source of the property and that just means having a property rights to the property.  And the financial institution must have been victimized by the offense conduct.

And we've already heard from defense that they concede that this was a financial institution.  And while I can't speak specifically to how the money was spent in this particular instance, I think everyone agrees that insurance companies are paid premiums and that those premiums are invested for long-term gains and those long-term investment gains are used to pay insurance claims.  That's kind of the general model of how an insurance company works and I don't think that's in dispute either.

So putting all that together, Your Honor, the government submits that the Berkshire Hathaway piece of this is not pertinent.  It doesn't change the fact that the money came from GEICO, whether directly or indirectly, and the enhancement should be applied.

THE COURT: All right. Thank you.

I'm going to overrule the objection and apply this enhancement. In *Muho*, 97 (sic) F.3d 1212, 1221, the Eleventh Circuit held that to trigger Section 2B1.1(b)(17)(A) enhancement the financial institution, one, must be the source of the property which we interpret as having property rights to the property. And two, must have been victimized by the offense conduct.

Neither party here debates whether GEICO was victimized by the offense conduct, satisfying the second requirement.

As to the first requirement, the Court in *Muho* clarified the defendant may derive the property which the financial institution is not the sole owner. That's at 1225.

Here the defendant derived property from the UBS account held by the partnership. The defendant was a 1 percent owner of the partnership and GEICO was a 99 percent owner of the partnership. By transferring the money from the UBS account over which GEICO had an interest to a PSI's (sic) separate account over which GEICO had no interest for unauthorized purposes, the defendant derived the property from GEICO and victimized GEICO in the process.

I'd also note also from *Muho* at 1224, to establish the financial institution as the source of the derived funds, the sentencing court must find the relevant property flowed directly or indirectly from the possession or control of the financial institution to the defendant.

And here the stolen funds flowed from GEICO to the partnership and then, thereafter, Mr. Davis.

The defendant also provides no support for its position that GEICO's status as an insurance company is not enough to render it a financial institution under the provisions, even where GEICO, defense would allege, was not acting in its official functions as an insurance company during its dealings with the defendant.

I'd also note that the defendant's argument concerning Berkshire Hathaway's involvement is unpersuasive given the money ultimately came from GEICO to advance GEICO's tax interest.

All right.  Let's move onto 3B1.3, abuse of a position of trust.

Mr. Kaushal, again, your burden.

MR. KAUSHAL:  Thank you, Your Honor.

Through the briefing the defense has conceded that the defendant did occupy a position of trust but takes a position that that position -- that the position of trust did not facilitate the commission of the offense.  And in our responsive sentencing memorandum, Your Honor, we walked through why that is a mistaken argument.

The facts here clearly support the enhancement.  The defendant had unrestricted access to the money that was in the UBS account for the partnership and he controlled that money and he had full insight into how that money was being used.  He was

telling the company GEICO that there was money in that account when there was not money in that account.

And GEICO, frankly, never would have provided the funds to that account, $5.91 million -- they never would have provided it to the account had they not trusted the defendant. And that is the facilitation that his position that he actually trumpets numerous times in his objections and in his sentencing memorandum where he tries to portray himself as a victim of GEICO, where he talks about how it's been years of work with GEICO, years of saving GEICO money. Two-hundred million dollars is what he says he saved the company.

And that relationship, to the extent that it existed, had to have been what facilitated the transaction that GEICO underwent in order to -- for the defendant in order to commit the crime. They don't just send $5.91 million to just anybody. They send it to a trusted person. And that's the facilitation part of it.

He asked for it. He told them with specific assurances. It's the undisputed that he assured them he wasn't going to use the money improperly and that he wasn't going to move it without talking to folks from GEICO. And with those assurances, based on his time working with GEICO, GEICO sent the money to the UBS account for the partnership.

And there's other specific facts that are identified in the PSR that talked about why this is clearly an abusive position

of trust.  The interview of the chief financial officer for GEICO where she explained that she trusted the defendant to do what he said he was going to do.  That's straight up from a witness.  That goes beyond the email evidence that we identified where the defendant was stating that he was going to use the money in a certain way and then the money gets sent over to him.  But once the money was in that account, which the defendant had full control over, he moved and used it as he saw fit and then he lied about what he did with the money and he lied about where the money went when he was asked about it.

So based on those facts, Your Honor, the government submits that this is an abuse of a position of trust and that his crime was facilitated by his position of trust.

THE COURT:  All right.  Thank you.

MR. KAUSHAL:  Thank you.

THE COURT:  Mr. Gilfillan.

MR. GILFILLAN:  Your Honor, I'll stand on what I've put in the briefing in my sentencing memo.  I'll just say that I think what Mr. Kaushal describes can also be viewed as GEICO placed trust in Mr. Davis that is inherent in every fraud situation.  They did have a relationship and they did rely on him.  But his position, the actual title of being managing partner, I would submit, doesn't significantly facilitate the offense as required to apply the guideline.

THE COURT:  All right.  Thank you.

Anything else, Mr. Kaushal?

MR. KAUSHAL:  No, Your Honor.  Thank you.

THE COURT:  All right.  I'm also going to overrule this objection and apply the enhancement.

The enhancement applies if "The defendant" -- it's a quote from 3B1.3 -- "The defendant abused the position of public or private trust in a manner that specifically facilitated the commission or concealment of the offense."

"To warrant application of the enhancement, the government must establish" -- this is from *Smith*, 853 Fed. App'x 589 and 594, 2021, Eleventh Circuit case, unpublished but persuasive.  The defendant held -- "1.  The defendant held a place of private or public trust.  2.  He or she abused that position in a way that significantly facilitated the commission or concealment of the offense."

I'd also add in the *Williams* case, 527 F.3d 1235, at 1250 to 1251.  Similarly, the Eleventh Circuit in 2008 said, "For the abuse-of-trust enhancement to apply in the fraud context, there must be a showing that the victim placed a special trust in the defendant beyond ordinary reliance on the defendant's integrity and honesty that underlies every fraud scenario."

Defendant here does not dispute that he was in a position of trust but rather states he didn't specifically -- that trust didn't significantly facilitate the offense conduct.

However, in *Smith* the Eleventh Circuit upheld the

District Court's application of the enhancement where the defendant had an ownership interest in one of the victim lenders where the lender trusted their financial partner to provide accurate information because he had an interest in the success of their ventures.

Like the defendant in *Smith*, Davis had an interest in the partnership and in PIS. And he used his position to facili- -- excuse me -- to facilitate and conceal the offenses. For instance, while representatives from GEICO continued to follow-up regarding payment of the settlement funds and status of the money, defendant gave them several false excuses throughout the process to avoid detection of that wrongdoing. See, for instance, paragraph 28 of the PSR.

The defendant's position of authority allowed him to conceal his fraud from GEICO without detection by supervisors or peers from within the partnership or PIS who would otherwise be monitoring the financial transactions. I do think this qualifies as special trust beyond the ordinary reliance.

It's also persuasive, as the government argues on page 5 of their memo, document 43, Davis, as the managing principal at PIS, had unsupervised access to those funds and controlled the bank account. And as I noted, mislead GEICO and misrepresented what was being done with those funds. So I think the provision should apply here.

Next, I want to move to the government's factual

objections, paragraphs 13, 14, and 16.

Mr. Kaushal, do you want to be heard on those or was that just a preservation?  I wasn't really clear what your thoughts were on this.

MR. KAUSHAL:  Yes.  Your Honor, the reason the government objected to these particular provisions is that we, based on the discovery, don't know where this came from.  And based on that, I believe that this information came from representations from the defendant and if this is going to be a material part of the defendant's 3553(a) argument, then there needs to be something that shows that this in fact is true.

For example, in paragraph 13, it says that PIS and GEICO were involved in multiple partnerships which caused substantial tax benefits, more than $200 million, for GEICO.

So based on the discovery in this case I don't know where that information came from and maybe I'm missing something and it's possible that the defense can point me to where this came from, but I don't believe that this evidence is -- that this is in the discovery.

And similarly the claim that GEICO obtained tax benefits that far exceeded its capital contributions.  This is paragraph 14.  I don't know where that is in the discovery.

And moving forward to paragraph 16, the statement that GEICO reneged on the deal, issued demands to Davis or rejected offers from interested parties.  These all appear to be things

that came from the defendant.  And if that's true, we objected because we don't think there's evidence here.  And if there is going to be reliance on this information, then it seems like the defendant needs to produce some evidence to show that these things happened, whether it's testimony or documents.  And that's why we objected, Your Honor.

In the grand scheme of the case I don't believe that these objections are -- that these facts, even if true, would affect this case at all.  So perhaps it's not necessary to go further into it because, if anything, they seem to be excuses that divert attention from the actual case here, which is that the defendant stole millions of dollars from GEICO.  All these other things that he's asserted don't appear to be true -- excuse me -- don't appear to be relevant to that fact.

THE COURT:  All right.  Well, it's in the PSR.  You've objected to it.  And I think you just said it's the defendant's burden to prove it.  I'm not sure that's the case.  Mr. Gilfillan might disagree with you.

MR. KAUSHAL:  Your Honor, I don't know where it came from.  That's why we objected.  So I don't know how to prove a negative other than I'm not sure how the discovery we have -- this ended up in the PSR and that's why the government objected.  And I don't have evidence to show that these things are not true.

So if that's the case, Your Honor, the government will withdraw the objections and we can assume that they are true.  But

I'll note that I don't believe that there's anything in discovery that supports these facts.

And this probation officer who is here today was not the probation officer who prepared the PSR.  So that would have been an avenue to determine where this information came from but she's not here to stay.

THE COURT:  I'm not trying to be a jerk.  It's just that I think Mr. Gilfillan's going to disagree with you.  And it's his burden to prove this up.

Mr. Gilfillan, why don't I let you say it instead of trying to say it for you?

MR. GILFILLAN:  No, Your Honor.  I agree.  I agree.

It's not our burden to prove it up.  The government provides the material to the probation officer.  We provide material to the probation officer.  They do the PSR.  And it's not our burden to prove up the paragraphs in the PSR to which the government objects.

Mr. Kaushal's statement about things not being in discovery -- and this is -- I don't want to be unnecessarily contentious because I think Mr. Kaushal and I agree on many things that are important about this case.  But the government conducted almost no investigation here.  Okay.  So when he says things are not in discovery, that's because the government took materials from GEICO and got some bank accounts and that's all they ever did.  And I put that in the record before and I've argued about

that before.

But I'm not going to offer evidence today.  As Your Honor knows I didn't inform the Court we were going to put on any factual witnesses or anything according to the deadline last week.  So I'm not going to try to prove up paragraphs.  But the PSR as it's now constituted does reflect our position with respect to what's in it and, also, was my clarifications and my objections that I offered.

THE COURT:  All right.  Thank you.

Anything else, Mr. Kaushal?

MR. KAUSHAL:  No, Your Honor.  Thank you.

THE COURT:  All right.  I'm going to overrule the government's objections to 13, 14, and 16.

Next, we have defense factual objections 39 through 63 and 121 through -38.  I think this is a good juncture to address the letters and attached statements provided by Mr. Pak and Ms. Barron on behalf of their clients.

Ms. Lee, I think these were just sent into chambers.  I know the government and the defense were both copied but let's go ahead and mark -- they're both August 5th so I don't know which was first.  Let's mark the one that's on top of my pile, Mr. Pak's letter as Court's Exhibit 1, and Ms. Barron's letter as Court's Exhibit 2.  When I reference the letters, I mean the letters and the attachments thereto.

So I think we have a broad potential spectrum here of

what I do with these letters from Mr. Pak and Ms. Barron on behalf of their clients. Portions of those letters go so far as to say, I think, that Mr. Pak and Ms. Barron want their clients to be considered victims under the the CVRA, which I think would then get us into the category of whether or not their alleged losses would be factored into restitution. Potentially also this is regardless of whether or not they were victims, I think there's some statements in here about relevant conduct, whether or not that conduct should be factored into the loss amounts, et cetera. So one of the spectrums I think would be all of that.

Another spectrum would be I don't even consider these letters whatsoever. So I wanted to delve into a little bit, you know, where we -- where we end up on this. I've got some ideas having read the letters, the attachments, and done some research on this over the weekend, since I looked at the letters late last week, but happy to hear from folks as to what I should do with this.

So Mr. Pak, Ms. Barron -- yes, Mr. Gilfillan.

MR. GILFILLAN: Your Honor, I apologize for standing up and interrupting.

But before you ask Mr. Pak and Ms. Barron to say anything, I object to that. I object to that. I think you ought to hear from the parties first. And if Your Honor is going to hear from them, I need time to confer with my client about what we want to do and what motions we may have. But I would ask Your

Honor to hear from us first.

THE COURT:  Okay.  Well, maybe I misunderstand the law. But if somebody alleges to me they're a victim of a crime I'm sentencing someone at, I think they're entitled to be heard as to whether or not they're a victim of the crime and have those rights.

Do you disagree with me?

MR. GILFILLAN:  Short answer's no.

Longer answer is I think, Your Honor, under 18 USC Section 3661, which says there's no limit on the information the district court can consider, I think, Your Honor -- I don't think I have a basis to move to strike those letters and say Your Honor can't consider them.  Okay.  But that's as far as it should go.

Under any definition of victim, whether it's the CVRA, whether it's the restitution statute, whether it's the guidelines, as the indictment in this case has constituted, okay, which is -- which is GEICO contributed money to a settlement and Mr. Davis took that money and used it for other purposes, I would submit, legally, there is no way Your Honor can give them victim status and include their supposed losses in this case for any purpose.

And, you know, I think Your Honor should -- should treat those letters for what they are.  They're breathless, unsupported, factually incorrect, innuendo.  And they're admittedly, both of them, on their face say they're based on a lack of knowledge. Both lawyers say we don't know what happened so we're going to

accuse.  Mr. Pak says upon information and belief some bank was defrauded.  Ms. Barron admits in a footnote she doesn't know where this money went but she accuses.  That wouldn't stand up in civil court, Your Honor.

And so I think Your Honor can legally say and should legally say if you want -- I think in any other result means we need to take a break and brief this issue, okay.  Because I don't think there's anyway you can say as a matter of law they're victims under any of the applicable statute.  Under 3661 I don't think I could move Your Honor to not consider them at all.  But I think you ought to give them the appropriate weight, which is they're breathless, unsupported, incorrect allegations, and this is not the forum to litigate those.  This is not the forum to litigate those.

Since we're addressing it now, I'll point out Mr. Alston never sued Mr. Davis for fraud despite the allegations in that letter.  He's filed lawsuits for access to documents that he then dismissed.

Mr. Cohen did sue Mr. Davis for fraud.  He voluntarily dismissed that lawsuit.

I would ask the Court don't let them do in this forum what they have chosen not to do in other forums.  This is not -- this is not appropriate to judge Pete Davis based on these allegations that are unsupported, and the letters themselves admit that they don't know.  So that's what I would say about those

letters, Judge.

THE COURT: All right. Thanks for your two cents. I was going to ask for it eventually.

MR. GILFILLAN: And I apologize if I am point out of order. Obviously, I feel strongly about that.

THE COURT: Mr. Pak, I was about to ask you if you wanted to be heard as to how I could rule that your clients were victims under the CVRA. And I'll give you a preface that I've looked at it and I don't think they are, but go ahead.

MR. PAK: Thank you, Your Honor.

First of all, I think that if you look at the language of the Crime Victims' Rights Act, it doesn't say you have to be a direct -- you have to have a direct harm -- direct or indirect harm from the Federal offense conviction. It actually says "a Federal offense." So it encompasses the consequences of relevant conduct. As Your Honor well knows, and so does Mr. Gilfillan, the relevant conduct is not just what is charged in this case.

Admittedly, Your Honor, the challenge that we have in assisting the Court's ruling on this issue, is that the government, for unknown reason to us, decided to narrow the charge in the case. And what we have done is to say if you consider the relevant conduct, which the *Witte* case that I cited in the letter states, you're supposed to for the sentencing scheme that we have under the relevant conduct standard, that the offense should receive a more serious sentence within the authorized range if it

was accompanied by or preceded by additional criminal activity.

What we do know is that the Peachtree Investment Solutions is the center of all commingling of funds, that all the funds went back and forth.

Now, I will address one thing, Mr. Gilfillan is right, we do lack information.  But the cause of the lack of information was not caused by us.  He did mention the lawsuits.  That was dismissed at the request of the government.  It wasn't that we weren't trying to do it.  We were trying to comply -- we were under the assumption that we will be having victims' rights.  So we were very surprised when the charge came out to be narrowed and they took a position that we're not within relevant conduct.

Now, I'm not party to negotiations of the plea, nor do I want to be involved in that.  I do think that it is a challenge for the Court and I completely understand.  But the bottom line is this, Your Honor, and Mr. Gilfillan admits that you are able to consider the information we've provided as long as you find it is reliable.  We are willing to put up evidence of what we know.  But you can't have the defendant hide behind the fact that their "lulling" behavior, refusal to produce documents which the victims have the contractual right to do, and say you are not victims in this case.  That would be the injustice here, we don't even get status or the information that we have that's supposed to be, you know, rectified by the government, both in terms of treatment of victims and in their charges.

But there is a gap in the law and we will admit that, that we can't have a clear-cut line here because the law is not well developed on how do you draw that line. That's something that's up to the Court. We will admit that. You see that in the letter. That's why I made the alternative arguments.

That does open a can of worms, Your Honor. You're right. If we get formal victim status, we will be asking to have the restitution, you know, kept open until we prove our losses, whether or not you think it's appropriate or not. But the -- the primary question that I think the Court needs to answer is whether or not there is sufficient basis that you believe that we are crime victims in this case.

We've argued based on relevant conduct, the involvement of Peachtree Industrial -- Investment Solutions, and that it was the same behavior of misappropriated funds, that it's part of relevant conduct. But we will respect the Court's decision if in fact you don't believe it is relevant conduct to the offense and conviction. But nevertheless, we would like the Court to consider the information that we have provided under 3553(a), character and history of the defendant.

THE COURT: All right. Thank you.

Ms. Barron, would you like to be heard on this issue?

MS. BARRON: Yes, Your Honor.

THE COURT: Good morning.

MS. BARRON: Good morning.

Your Honor, Mr. Pak and I have obviously been working together.  He made a lot of the argument for us -- for my client, too.

What I would point out is that in my letter just to show the interconnectedness of why we think this is a larger scheme -- in my letter I noted there was a specific transaction on May 14, 2020, in which -- again, I don't have all the evidence. Mr. Gilfillan is 100 percent right on that.  Man, I wish I did.  I wish I could put all of these pieces together for you.  But on May 14, 2020, when Mr. Davis receives money from GEICO, he pays back the money he owes to Mr. Cohen.  That's how Ponzi schemes work.  That's the most concrete fact I have just because my hands are tied.  I'm limited in what -- and I've provided some bank records showing at least to the earlier conduct what --

THE COURT:  In that case, I mean, couldn't you argue that you're not the victim but the beneficiary of the crime at issue today?

MS. BARRON:  Well, if you're looking at a discreet point in time that would be true.  But if you consider what a Ponzi scheme is, it is taking from one person to pay back someone else. And there are a stream of -- a stream of victims across a span of time whose money is all used to make another victim a beneficiary. So you are both a victim and a beneficiary of the scheme.  That is what a Ponzi scheme is.

So at that point in time, yes, Mr. Cohen was the

beneficiary but he was also a victim of the Ponzi scheme for which GEICO money contributed.

I would say, Your Honor, even if you're not inclined to consider us a victim for restitution purposes, we ask -- and I said this specifically in my letter -- that in considering an appropriate sentence here, we think it's important to consider the totality of the conduct that Mr. Cohen -- I mean, I'm sorry -- that Mr. Davis engaged in.

And I noted that the defendant in their sentencing memo they're talking about all the good things that Mr. Davis has done, all the businesses he has built, including the business in South Carolina. They don't name that business. That business is Recleim. That's the business that my client and Mr. Alston are victims of. So if they want to consider it for 3553(a), we absolutely believe the Court should. But you should consider the totality of that.

And so, whether for purposes of establishing our clients as victims for receiving restitution, or in considering that conduct when deciding what is really appropriate for the breadth of conduct that Mr. Davis has engaged in, we just ask that you consider the material that we've provided.

THE COURT:  All right.  Thank you.

MS. BARRON:  Thank you.

THE COURT:  Mr. Gilfillan, I've already heard from you. Looks like I'll hear from you again, but let me check in with the

government to see if they have anything to say on this.

MR. KAUSHAL:  Your Honor, the government -- I agree with Your Honor's assessment that these individuals, based on the way the indictment was drafted, would not be victims under the CVRA.

And the government agrees with the defense that these letters may be considered under Title 18 United States Code Section 36 -- 3661.

THE COURT:  All right.  Thank you.

Mr. Gilfillan, anything else?

MR. GILFILLAN:  Just briefly, Your Honor.  I just want to respond to a couple things.

One, for Ms. Barron to say, based on one transaction this's how Ponzi schemes work, that's irresponsible.  And this is not the forum for this, especially when Mr. Cohen dismissed his lawsuit.

I also want to comment about Mr. Alston.  Mr. Pak said the government told Mr. Alston to dismiss his lawsuit.  That's not how the U.S. Attorney's office and the FBI operates that I know.  I've never heard that before.  Okay.

Also, Mr. Pak tilts -- he tilts the playing field by saying the government decided to narrow the charges.  That's -- that's a self-serving way of looking at this.  The government -- Mr. Pak told me that before his representation, Mr. Alston met with the FBI.

You know how many 302s I got for Alston from the FBI or

the government, Your Honor? Zero. The FBI -- after he met with the FBI, they didn't think enough of what he alleged to create a 302 and produce it in this case. Okay. So it's a self-serving view to say that -- to say that the government decided to narrow the charges. They heard from him. They decided that what he had to say was probably a civil case, which he hasn't even -- which he hasn't even brought.

And I think Your Honor ought to follow the government -- follow the government's position which is they're not victims in this case. And their allegations -- we'll talk about it a little more in the 3553(a), but they're not reliable either, Your Honor. So that's all I have to say. Thank you.

THE COURT: All right. Thank you.

Since you're the movant to be considered victims I want to give you the last word, Mr. Pak and Ms. Barron.

Is there anything else you'd like to add?

MR. PAK: Just one thing, Your Honor.

Just because there's not a 302 doesn't mean there is no meritorious ruling on the evidence that we provided. What's clear is that they didn't do the investigation. And so, it's not necessarily Mr. Kaushal or Ms. Tio, but this person who brought the charges in this case. Unfortunately, I was not involved at the time. But the fact of the matter is you can't use a negative -- there's not a 302. They could have decided not to produce that because they were narrowing the charges to the GEICO

case.  So I don't believe that they could use that for the purposes of deciding whether or not we're victims or whether or not that's relevant conduct.

But I do agree with Ms. Barron's argument here.  It's very easy to just point to a point in time and say you're not relevant to that.  But the language in the Crime Victims' Rights Act and the regulations of the DOJ and the restitution statute is pretty clear, if you're directly or indirectly harmed -- not just financial but emotional harm, then you're a victim in the case.

So that is my final point, Your Honor.  Thank you for your consideration.

THE COURT:  Thank you.

Ms. Barron.

MS. BARRON:  Nothing further, Your Honor.

THE COURT:  All right.  I do not believe Mr. Alston, Mr. Turner, or Mr. Cohen are victims of the offense at issue in this case today.  Under the Eleventh Circuit's test in *Stewart*, 552 F.3d 1285 at 1288 -- and let me read some of that.  The CVRA defines crime victim as any person directly and proximately harmed as a result of the commission of a federal offense.  And to determine a crime victim, the Court must identify the behavior constituting the commission of the Federal offense, first.  And then, second, identify the direct and proximate effects of that behavior on parties other than the United States.  If the criminal behavior causes a party direct and proximate harmful effects, the

party is a victim under the CVRA.

So under *Stewart* I must first identify the behavior constituting commission of the Federal offense. Here the defendant was only charged with wire fraud in connection with GEICO's payment for costs related to the partnership between Peachtree Investment Solutions, or PIS and GEICO, PIS QOZ Fund 2018-A, LP, or the partnership. The conduct includes the defendant's misrepresentations to GEICO inducing GEICO to send money supposedly to pay the partnership's debts, lawsuit and taxes. Moving the money from the partnership's account to PIS's account, making unauthorized payments from the PIS account to third parties, including other investors, and the defendant concealing the conduct from GEICO.

The offense conduct here was not the direct and proximate cause of the other investors who were injured. And I define other investors as Mr. Alston, Mr. Turner, and Mr. Cohen.

The other investors were instead allegedly defrauded as a result of the defendant making false representations about other businesses, Recleim -- I don't know how to pronounce that -- and Texas GRP, not the partnership. Though defendant's alleged conduct would have been similar in these instances, the events were not causally related. The CVRA is not focused on the modus operandi but on causation. Here the defendant never misappropriated the funds from GEICO. His alleged wrongful conduct with respect to the other investors still remains, thus

eliminating any causal link between them.

I'll note that I've looked at some other cases on this, including U.S. v. Rogers, 2010 WL1872855, Northern District of Georgia, 2010; U.S. v. Parnell, 2015 WL5559818, Middle District of Georgia, 2015; U.S. v. Berdez (phonetic), 2016 WL695709, Northern District of Alabama, 2016.  And outside of this circuit I thought the 9th Circuit's case in her Majesty the Queen in Right of Canada, 785 F.3d 1273, was also relevant.

I will say that both the defense and the government have conceded that I can consider these letters, though, under 18 USC 3661 and, therefore, I will do so given those concessions from each side.

One moment.

All right.  I digressed into the CVRA there because I was about to ask about the defendant's objections -- factual objections to the PSR, including paragraphs 39 to 63 as well as 121 to 138.

Would you like to be heard on that, Mr. Gilfillan?  I guess you've objected, so it's going to be Mr. Kaushal's burden. So maybe I should hear from him first, you second, and him last. Sorry.  I retracted my invitation for you to talk to me about that.

Mr. Kaushal.

MR. KAUSHAL:  Your Honor, based on the objection, this is fact finding that was done based on the discovery and interview

and we believe it should be included.  The fact that the defense believes that these are supposedly self-serving, unsupported, untested, et cetera, are all the things that go to the weight and not the admission of this information.  So, you know, to the extent that those challenges -- that those challenges are incorporated into the paragraphs, the government has no challenge to that.  But in here -- I mean, this is what Mr. Cohen said.  So this came from an interview.  So factually this is what occurred.  Now, whether the defense agrees with it is a different question that's not really the subject of this particular section of the PSR.

The section of the PSR says this is the interview of Hal Cohen and that's what Hal Cohen said.  And in the same vein the defense has interject repeatedly throughout the PSR with supposed clarifications that come from the defendant.  And those are going to be incorporated into the PSR as well.  And those are his view of what occurred in connection with, for example, what Steve Bush said and did.  So the government would ask the same be applied to Mr. Cohen's interview, Your Honor.

THE COURT:  All right.  Thank you.

Mr. Gilfillan.

MR. GILFILLAN:  Your Honor, I don't think the government has met its burden to include these in the PSR.  It's actually -- what it is is the probation officer essentially just copied in the FBI 302 for Steve Bush, who was one of the principals of Peachtree

Investment Solutions prior to 2022. And then the government -- then the probation officer just copied in Mr. Cohen's 302, again, almost verbatim. And I don't think the government meets its burden by saying that these are just witness statements. I think the Court should sustain the objection to their inclusion in the PSR.

THE COURT: All right. So for clarification, then, I'm looking at the *Anderson* case, 136 F.3d 747 and 751. I'm looking at the indicia of reliability. I need to make a credibility finding and give you the opportunity to rebut it.

Would everybody agree that that's our standard?

MR. KAUSHAL: Yes, Your Honor.

MR. GILFILLAN: Yes, Your Honor.

THE COURT: Okay. Mr. Kaushal, Mr. Gilfillan's said you've not met that standard by simply saying this is the statements these individuals made to the FBI.

What's your response to that?

MR. KAUSHAL: Your Honor, the government's not going to call Hal Cohen to the stand. So we're not going to present evidence on this.

THE COURT: Okay. Well, I was referring -- I thought we were kind of talking globally about not only Mr. Cohen but also paragraphs 39 to 63, which I think are Mr. Bush's.

MR. KAUSHAL: Yes, Your Honor. The government takes the same position.

THE COURT:  Okay.  So it sounds like the government's conceded the point and I'll sustain the objection to paragraphs 39 through 63 and 121 through -38.

I guess that brings up the issue of 3661 again, though.  Defense and the government both said earlier that I could -- I could read and consider Mr. Pak's letter, Court's Exhibit 1, and Ms. Barron's letter, Court's Exhibit 2.

And aren't I under the same general standard as to whether or not I consider that as part of sentencing here, whether those letters are reliable and credible?

MR. GILFILLAN:  Your Honor, I would say the difference with the 302s and the interview summaries, they're not invoking some status as a victim.  And they haven't -- and those two individuals -- I mean, put aside Mr. Cohen's statement and Ms. Barron's -- but for purposes of his 302 and purposes of Mr. Bush's 302, they're not -- they're not submitting it to Your Honor.  This is -- the government basically just gave it to the probation officer and the probation officer just included it in the PSR.  And as Your Honor just sustained my objection, it shouldn't be in the PSR.

THE COURT:  Okay.  I guess I'm looking to clarify given what just happened as to paragraphs 39 to 63 and 121 through -38, that both the government and defense still believe I can consider Mr. Pak and Ms. Barron's letters and their attachments under 3661 and as part of the 3553(a) factors.

MR. KAUSHAL:  That's the government's view, Your Honor.

MR. GILFILLAN:  I don't disagree, Your Honor.

THE COURT:  All right.  Very well.

We're off the record.

(Off the record.)

THE COURT:  Back on the record.

I believe we've discussed any objections that needed to be addressed.  Is that correct, Counsel?

MR. GILFILLAN:  Yes, Your Honor.

MR. KAUSHAL:  Yes, Your Honor.

THE COURT:  All right.  I therefore adopt the findings of fact and conclusions of law in the presentence report to which no objection has been made.  As to the findings of fact and conclusions of law which the parties have objected, I have ruled on those issues.

Based on the findings of fact and conclusions of law, the guideline calculations are as follows:  Base Offense Level of 7, Adjusted Offense Level of 29, Total Offense Level of 24, Criminal History Category 1, Guideline Range 51 to 63 months, Fine Guideline Range is from $20,000 to $200,000; Terms of Supervised Release, 1 to 3 years.

Any objection to the guideline calculation as stated by the Court?

MR. KAUSHAL:  Nothing from the government, Your Honor.

MR. GILFILLAN:  Nothing from the defense other than our

prior objections but, yes, Your Honor.

THE COURT:  All right.  I'll now hear from the parties as to recommendations for a reasonable sentence considering the 18 USC Section 3553(a) factors.  I have reviewed the PSR, the sentencing memos filed by both the government and the defense and the responses thereto, as well as the letters from Mr. Pak and Ms. Barron and the attachments thereto, including statements from is Mr. Alston, Mr. Turner, and Mr. Cohen, as well as letters on behalf of the defendant by Ms. Davis, Reverend Cox, Mr. Bunn, Mr. Cunningham, and Mr. Lee.

Are there any other documents or letters for the Court from either side?

MR. KAUSHAL:  No, Your Honor.

MR. GILFILLAN:  No, Your Honor.

THE COURT:  Are there any victims that wish to speak or present evidence in connection with the sentence in this case?

MR. KAUSHAL:  Your Honor, a representative from GEICO is here but they are not going to be speaking today.

THE COURT:  All right.  Very well.

Any witnesses on behalf of the defendant?

MR. GILFILLAN:  No, Your Honor.

THE COURT:  One moment.

Mr. Gilfillan, would you like to make any argument on behalf of your client regarding sentencing?

MR. GILFILLAN:  Yes, Your Honor.

THE COURT:  Go ahead.

MR. GILFILLAN:  Your Honor, as I pointed out in my sentencing memoranda and as evident from the plea agreement, the parties agree that the Court should vary downward from the advisory guideline range.  Pursuant to the plea agreement, I expect Mr. Kaushal to recommend a 41-month sentence.  As I put in my sentencing memoranda, we would ask Your Honor to impose a sentence of no more than 24 months in custody.

The difference between the government and myself, that's about a year and a half.  That's 17 months.  As is common in sentencings and the briefs and the arguments, the arguments usually are here are the guidelines; why should Your Honor go down?  And I know Your Honor's going to think about that.

But I'd also ask Your Honor if the starting point's 24 months, why would you go up?  That delta, that 17 months, that year and a half between what I'm going to recommend and what I believe Mr. Kaushal will recommend and the advisory guideline range -- what does any additional time over the 24 months -- what does it accomplish in terms of the purposes of sentencing under 3553 for this defendant in this case and what is the impact of those additional months?

I would submit, as I'm going to explain, I'd ask Your Honor to think about, as I go through my argument for a 24-month sentence, how do any of the sentencing factors under 3553 -- how are they satisfied by additional time over two years?  And then I

would also ask Your Honor to think about the additional time, the impact of that over 24 months, which is additional time away from his wife and his children and his family.

How is that -- how is that reasonable for this man in this case?

First and foremost, Your Honor, I think the -- to me the most significant factor under 3553 here are the nature and circumstances of the offense. The government has called it -- this is a simple fraud. I described it as it's a garden-variety fraud that lasted for four months. Four months in 2021 when Mr. Davis had a ton of other things going on, and a year after Covid and other businesses but it's a similar fraud.

The indictment in this case -- to say it's a speaking indictment is an understatement. And it sets -- it sets a tone that this case is somehow bigger or more complicated than it really is. But this was a simple, simple fraud.

There's no dispute that there was an underlying real estate development. There's no dispute that buildings had been constructed and GEICO's $26 million had gone to construct a real development over there by that baseball stadium in north Augusta. I've seen it. I've been there.

There's no dispute that the timing of the building of the parking deck led to this series of cascading events. It's still kind of hard to understand, but it led to multiple losses between the developer, the construction company, and the banks.

No dispute. None of that's fraud. None of that's false. That all really happened.

And there's no dispute that a tentative agreement was reached in April of 2021 to resolve those lawsuits and to pay some taxes that needed to be paid for that development. And that is the context in which this offense occurred.

And I'm not minimizing it. I'm not trying to downplay it but the reality is in I think in terms of fraud cases that this Court and other federal courts see across the country -- this is as the government describes it, a simple fraud.

The victim in this case, one of America's largest companies. Again, I'm not excusing anything but it's a fact for the Court to consider. It's one of America's largest companies. The money, three and a half million dollars roughly, is beyond immaterial to GEICO. And I think that is something that Your Honor should consider in considering the nature and circumstances of the offense.

And then I think also the greater context as you judge and think about Mr. Davis's culpability and what he did here -- I think the greater context is important. And that's why I submitted information about the other partnerships that were there between Mr. Davis and GEICO. In fact, they're still there today. They're still partners in at least four open partnerships.

They had a long and productive business relationship that by late 2019, early 2020, had begun to sour. Primarily

because GEICO decided to stop contributing money to the 2018-A partnership and others.  That damaged Mr. Davis.

With my objections to the PSR, I submitted as an example one of five demand letters that a lawyer for those partnerships submitted to GEICO.  The total of those demand letters for those partnerships that GEICO is in is over $10 million.

And so there's an ongoing dispute between Mr. Davis and GEICO that relate to these other partnerships.  And I struggled about whether to frame it a certain way.  Analogies are always dangerous, right?  But we all know -- we all know people in a relationship, husband and wife, domestic partners, that when that relationship comes to an end, they say and do things to each other they wouldn't do to anybody else in their life.  In some ways, that's what happened here as part of the story of what happens here as Your Honor thinks about Mr. Davis's culpability.  Didn't defraud the general public.  Did not take individual investors' money and cause great harm from them.

And so -- and then -- and then I do think the argument about, you know, GEICO was not acting as an insurance company here.  That is relevant.  Berkshire Hathaway was -- had been investing for years to get -- to maximize its tax position.  And that is the context under which this offense occurred.  And so I would submit that when you consider the nature and circumstances of the offense that 41 months is greater than necessary.  And I would also submit that that extra 17 months, the delta between

what I recommends and what the government recommends, and the even greater delta with the advisory guideline range, is greater than necessary to satisfy the purposes of 3553.

The second thing I think Your Honor ought to think about is Mr. Davis's personal characteristics.  As reflected in the PSR, when the FBI came to see him in March of -- I believe it was 2022, March of 2022, Mr. Davis was not represented by counsel.  FBI -- he invited the FBI agent into his office and gave them an interview.  And as reflected by what's in the PSR, he was truthful with the FBI when they came to talk with him in March of 2022. And that has been his approach and has tried to be his approach with respect to this case all along.  You won't hear AUSA Kaushal say he was untruthful to the FBI.

Mr. Davis has no criminal history.  He has zero criminal history.  As I explained in my sentencing memoranda, he's a family man.  He's active in his church.  He's had a productive career. He's worked his entire life.  He has built businesses.  Obviously those businesses, like many others in America, ran into issues after Covid.  Obviously he's got some business partners and investors who are unhappy with him.  But that doesn't diminish the fact that Mr. Davis was -- is -- is a productive member of society.

A couple specific points.  One of the deals that GEICO did with Mr. Davis was to restore an old Graniteville mill worksite over in Graniteville.  It was a community that was

decimated by a 2005 train derailment that released -- I think it was chloride gas and it killed people.  Mr. Davis -- along with GEICO's money, they did a couple of tax-advantaged deals and they restored these buildings and it's very important in the local community.  I've been over there and I've ridden around with Mr. Davis.  People wave at him and they know who he is and they know that he's responsible for having restored these large buildings that are right at the site of where that train derailed.

The letters describe several of his good works.  I want to point out that Mr. Davis went to college because his pastor said, "Hey, you ought to go to college.  I've got a scholarship for you."

Mr. Davis tries to repay that by being on the board of the cathedral's scholars' program which is a similar type program that his church does.  And then, of course, his golf tournament that is described in some of the letters.  It's got a Wikipedia page.  It's widely touted as the US's, you know, most prominent junior golf tournament.  That tournament generates money for charity.  Mr. Davis co-sits, organizes it, puts it on every year.

I'm going -- I'm going to close on this section by quoting the letter from Jeff Cunningham.  I'm going to come back to Mr. Cunningham's letter.  There's something very important about it I think.  But Mr. Cunningham said it, I think, better than I can.  He said, "Pete is a good man, a husband, a father, a leader in the community, a friend, and a philanthropist."

Now, again, these are all factors that Your Honor ought to consider and why I would submit that 41 months is greater than necessary.  And those additional 17 months or anymore months also is unnecessary and unreasonable here.

Now, part of Mr. Davis's character -- and he's going to speak to the Court when you give him an opportunity -- but -- but his wife wrote Your Honor a letter.  She's too emotional to be here today.  So that's why she's not here.

We asked other friends of Mr. Davis not to come today because Mr. Davis owns what he's done here.  This is his burden to carry.  He accepts responsibility.  He knows that even if the Court accepts my recommendation, he's going to spend some time in prison.  He doesn't want to burden his friends with taking time out of their day -- a half a day to plead Your Honor for a lower sentence.  He's carrying the weight.  He accepts his responsibility and he'll address that.

He's got a friend that's going to drive him to federal prison camp or whatever institution he's designated when the time comes.  We asked that friend not to come today, but he'll be there for Mr. Davis when it comes time to report.

One -- one issue I do think is interesting.  I don't know if it's ever occurred to Your Honor in a case like this but it occurs to me every time I either represented a client like Mr. Davis or is involved in a case with a client like Mr. Davis, Mr. Davis does not -- he's led a clean life.  He doesn't have any

drug abuse problems.  There's no addiction problems.  He has no alcohol problems.  So he's not going to qualify for the RDAP program.  If he qualified for the RDAP program, under Mr. Kaushal's recommendation he could earn 12 months off his sentence.  Under my recommendation he'd still be eligible for six months.  But he's not going to get that because he's led a clean life.  He doesn't have any substance abuse or alcohol problems.  That's always seemed to me to be a very odd policy choice, that it penalizes somebody like Mr. Davis.  So I think Your Honor can also factor that in as another reason to vary downward and impose a sentence of not more than 24 months.

I spent a lot of time talking about Mr. Alston, Mr. Cohen, and Mr. Turner.  I'm not going to spend anymore time on it except to say I would ask you to recognize those letters for what they are.  They're breathless, untested, unsupported allegations.

It's kind of extraordinary these men have hired attorneys to submit a brief or a complaint that we really can't litigate.  That's not what we want to.  We don't want to be here litigating their claims in this court in front of you.  That's not what I submit you need to decide.  It would only distract you from what is a reasonable sentence in this case.  But yet -- but yet that's what they've done.

And so I would ask Your Honor to treat those as unsupported, untested, allegations from folks who made a high risk

investment.  Okay.  They didn't go investigate -- invest in General Motors stock, or IBM, or a mutual fund.  They knew they were investing in a high risk investment company.

I think it's also interesting to note there's no dispute.  There's an actual company.  It had over 200 employees at one point.  There's no dispute about that.  It had this very kind of high-tech recycling line where you put a washing machine at one end and out the other end comes these little pellets of metal. It's a real business that they invested in.  And obviously by virtue of all the energy and time and money they're spending to be here, they're unhappy with how that turned out.  But they're just allegations and claims that they haven't even brought to civil court, Your Honor, or pursued in civil court.

I would ask Your Honor to give far more weight to the letters from the people who know Pete Davis, people who have nothing to gain and have no reason to want to hurt him, and those are the people who submitted letters to Your Honor.

I mentioned Jeff Cunningham a little while ago.  I quoted from his letter about what Mr. Cunningham said about Mr. Davis.  Mr. Cunningham is named in the indictment.  The government named him.  I think he's Count 9 or 10.  They named him in one of the substantive counts.  He's a partner in a law firm here in Atlanta.  You know, none of us who have been partners at law firms -- none of us as citizens want to be named in an indictment, but the government named him even though they have

never even spoken with him.  Another person they didn't interview.

Now, Mr. Cunningham is such a good friend -- Mr. Cunningham is such a good friend he wrote Your Honor a letter to tell you what he thinks about Pete Davis.  I think we should all be so fortunate as to have a friend like Jeff Cunningham.  I think it speaks volumes about Pete Davis that he has a friend like Jeff Cunningham.

Your Honor mentioned a letter from Mr. Bunn, Mr. Davis's usher colleague at the church.

Mr. Davis's wife wrote you a letter and I want to point out in there she remarks on Mr. Davis's acceptance of responsibility.  She remarks on how difficult this situation has been for her and her family.  And she also remarks on her support for Mr. Davis.  That she's there for him now and she is going to be there for him while he serves his sentence.  She'll be there for him and his kids will be there for him after he serves his sentence.  He has -- in addition to all his friends and colleagues, he has a family that's going to support him.  These things all go to the 3553 factors and relate to whether he's a recidivist risk, which I would submit that he's not.

I'm going to conclude with one final comment and that relates to Reverend Wade Cox.  He's known Mr. Davis for 35 years and he's been a Methodist minister for 30 years.  And I quoted the part of his letter where he said he's a Methodist minister and he walks with and helps people who have gone through troubled times

in their lives.  People -- people will go to a church to go see their pastor before they go see a therapist, before they go see a doctor, before they go see a counselor, before they go see a lawyer, people go to their minister.

So Mr. Cox unfortunately is seeing people in Mr. Davis's position or even worse.  And Mr. Cox says that Mr. Davis -- he has seen repentance in him as a result of this and that he believes that because Mr. Davis has resilience, he will not find himself in this position again.

So that brings me to my request for a sentence of not more than 24 months.  I have some additional things I want to ask Your Honor in connection with that.  One thing is Your Honor has the power to make the first year of supervised release be a year of home detention.  So Your Honor has the ability in this case to vary downward and essentially substitute a year of confinement with BOP with a year of home detention.

For example, Your Honor could vary downward to 18 months in custody.  It could be followed by a year on home detention that first year of supervised release.  This Court -- Your Honor has actually done that before in a case in which the defendant was Charles Taylor.  In some ways -- I don't know a lot about that case.  I just know it's on the public docket, but he was a 60-year-old businessman.  He had no criminal history and, you know, his criminal conduct in that case, from what I could read on the docket, was very singular.  And so Your Honor went below the

the government's recommendation and then, you know, that first year of supervised release was home detention.  So Your Honor has ability to do that as you think about imposing sentence.

And I would say if Your Honor is tempted to go above or thinking about going above 24, I would ask Your Honor to consider that as a -- as a way to address whatever concerns or issues Your Honor sees under the 3553 factors.

Second, Your Honor also has the discretion to waive, limit or -- waive, limit, or modify the accrual of interest on Mr. Davis's restitution as evidenced by his finances.  That's 18 USC 3612(f)(3).

Mr. Davis has got some businesses that he's trying to wind up.  I would say give him a shot at making restitution here and limit the effects of interest.  First, either by waiving it or at a minimum at least provide that it does not begin to accrue until he gets out of custody or home detention.

And then finally, Your Honor, I would ask -- we would ask for a recommendation for Montgomery or Pensacola.

Unless Your Honor has any questions --

THE COURT:  I do have one question or maybe a couple.

3553(a)(7), the need to provide restitution to any victims of the offense.  I know we're down from the 3.6 to more like 3.3, given the 288 that was paid.

But where are we as far as the 3.3?  I know there was something in your memo about him wanting to pay restitution.

MR. GILFILLAN:  Well, what I meant was he wants to pay restitution in the sense of he agreed to it in his plea agreement and he understands and expects that today Your Honor's sentence will include an order of restitution and the amount in the plea agreement.  And he fully intends, as he winds down his businesses, to try to -- to try to make that restitution payment.  That's what I meant.

THE COURT:  What do you think he's capable of paying?

MR. GILFILLAN:  In what way, Your Honor, like in total?

THE COURT:  In any way.

MR. GILFILLAN:  Well, I think -- I think putting aside the fact that he has another dispute with GEICO, I think his hope is that he would be able to wind down his various business interests or sell off assets that are very liquid because they're land and make a restitution payment to GEICO.  I mean, I think if you look at his finances there are some assets there if he were able to dispose of them, which is difficult when you're a defendant in a criminal case, that he would hope to be able to pay that restitution.

THE COURT:  Let's say he doesn't and he starts his term of supervised release either after 24 months or 41 months or 63 months or higher, right, what do you think he would be able to pay per month at that point?

MR. GILFILLAN:  I would ask Your Honor to set it at the discretion of the probation officer because when he gets out of

custody and he's on supervised release, you know, the standard procedure is that he'll have to submit his finances to his supervising probation officer.  I think in the first instance that person's going to be in the best position to evaluate what he can afford to pay.

I think the difficulty we all have is as a -- as a businessman, he doesn't have a W-2 job.  I don't -- I don't know that I could predict what his income is going to be after he gets out of custody, but I think -- I think the probation officer would be in the best position to assess that.

THE COURT:  All right.

MR. GILFILLAN:  I feel like I'm not helping Your Honor in missing what you're asking but...

THE COURT:  No.  You've answered my question.  Thank you.

The guidelines put us at 51 to 63.  You would like me to sentence him to 24 months?

MR. GILFILLAN:  Yes, Your Honor.

THE COURT:  That's seven levels by my count.

MR. GILFILLAN:  Yes.

THE COURT:  A fair bit.

MR. GILFILLAN:  Yes, Your Honor.

THE COURT:  Why should I vary that much?

MR. GILFILLAN:  Yes, Your Honor.

First of all, the government agrees -- the government

would agree with us two levels.  All right.  So they're down to an offense level of 22, which is 41 months.  So that's two.  But the government addresses in its sentencing memo that their variance is based solely on one factor and that is give him credit for that final payment that he made to the law firm that represented 2018-A.  So their sentencing memoranda, which is all I've heard so far, is we want to vary -- we recommend a variance for that.  That's what I'm saying.

THE COURT:  So basically take away the two points that you'd originally objected to and he withdraw, right?

MR. GILFILLAN:  Yes, Your Honor.

THE COURT:  Yeah.

MR. GILFILLAN:  And then also I think -- I think it's the other things that I've explained here today.  That is the nature and circumstances of the offense, his personal characteristics, the need to provide restitution.  I think it all warrants a further variance down to -- essentially it's an offense level of 17, I believe.

THE COURT:  And I know he was in the National Guard and he was on active duty for a couple years and then for the guard status for another five; is that right?

MR. GILFILLAN:  Reserve status.  Yes, Your Honor.  That was after high school, before he went to college, he was on active duty.

THE COURT:  Was that in the Army or the Air Force?

MR. GILFILLAN:  Air Force, Your Honor.

THE COURT:  That seems to be an important point,

MR. GILFILLAN:  I agree with Your Honor.  I agree.

And I note, also, Mrs. Davis's story how Mr. Davis gives back to Veterans and has inspired that in his son.  She relates an anecdote how her son bought some servicemen lunch one day.  And so I think that shows that it's important to him and it's part of the life that he's lived since serving in the military.

THE COURT:  All right.  Thank you, Mr. Gilfillan.

MR. GILFILLAN:  Thank you, Judge.

THE COURT:  Mr. Davis, I've had the benefit of hearing from your counsel.  But if there's anything that you'd like to personally say before I sentence you, I'd be happy to hear from you now, sir.

MR. GILFILLAN:  You want to hear from him before the government?

THE COURT:  Yes.

MR. GILFILLAN:  Okay.  Thank you, Judge.  I'm sorry.

THE COURT:  We're actually at about an hour and a half. Is everyone okay for the moment at least?  Okay.

THE DEFENDANT:  Judge Boulee, thank you for allowing me to address the Court today.  I'll keep my comments very brief.

First, I'd like to be clear with this statement in my actions today that I accept full responsibility for this matter. It's never been part of the content of my character, my faith, to

do anything other than work hard and stand for who I am, and take responsibility for myself and those within my care.

Second, while there may exist disputes with GEICO and other matters, I regret and am deeply sorry for my conduct and the financial loss and trouble my actions and words caused GEICO and its employees in this case.  There are no excuses.  Simply remorse.

Finally, I'm grateful for the support of my family and friends throughout this and I'm sorry for any pain it's caused them.  They have supported me and will continue to support me.

It's my hope that my witness and my full acceptance of responsibility is something my children can take and learn from as they form their character.

Thank you, Judge.

THE COURT:  Thank you.

Mr. Kaushal, does the government have a response?

MR. KAUSHAL:  Yes, Your Honor.

Your Honor, in light of the 3553(a) factors and the plea agreement, the government is recommending that the defendant receive a term of imprisonment of 41 months, and that's to be followed by three years of supervised release, and that the defendant be ordered to pay $3,316,111.91 in restitution to GEICO. And the address for that restitution payment is in paragraph 103 of the PSR.

There was a lot that was said by defense.  I'm going to

try and respond to some of it while also addressing the core of the 3553(a) factors.  And I'll start by noting that the defense said the defendant said he agreed to pay this restitution amount. While that is true, he did agree, he's also legally required to pay that amount.  So he wasn't really doing anything more than what the law would have required him to do no matter what had happened in terms of the guilty plea.

The 41 months that the government has recommended and what has been discussed as a two-level variance, I'd like to discuss that briefly and what animates that decision.  The way that this case unfolded, it was discussed that a certain plea offer would be made to the defense.  And even though when the loss amount -- when I reviewed the loss amount, I saw that there was an issue in the loss amount calculation that had previously been conducted.  And that is that the scheme in this case had been discovered before the final payment, which was approximately 200 or so thousand dollars to Parker Poe, which by the way happens to be a payment to this defendant's great friend Jeff Cunningham. That payment was made after the discovery of the scheme and therefore should not count and does not count under the guidelines as a credit against loss.

So that nuance was discovered, but the government wanted to honor its word in terms of what had previously been discussed with defense.  So we agreed to credit every single penny that the defendant received, that the defendant spent on legitimate

expenses for GEICO which includes those attorney's fees.  That is what animates the two-level variance in this case and there's no reason for any other further departure or variance in this matter.

Looking at the nature and circumstances of the offense here, Your Honor, it is true that this was a simple and straightforward fraud.  But it was also a calculated offense that the defendant undertook where he lied to get millions of dollars from GEICO.  And this idea that three and a half million dollars is beyond immaterial is just absolutely out there, Your Honor.  Three and a half million dollars that he pocketed for himself and spent on his own uses.  That is a lot of money for any individual person.  And I think when we get further on in my discussion you'll see the brazen entitlement that this defendant has and that he's been living a life of luxury well beyond his means for more than a short period of time.  And this statement about three and a half million dollars being beyond immaterial, I think is a reflection of this defendant's entitlement and his -- his greed.

The defendant lied to get millions of dollars from GEICO.  And once he had it in the bank account that he controlled, he simply spent it however he saw fit and then he lied to GEICO about it.  And when he obtained the money, he made promises that he did not honor and then he spent the money and then he lied that the money was still there.

He spent the money to pay his personal debts.  That is what the nature and circumstances of this offense were about.

Jimmy Alston, who was here today, was owed money by the defendant. The defendant paid Jimmy Alston with GEICO's money. Hal Cohen the same thing. The defendant took someone else's money and used it to pay his personal debts. He used it to pay his golf club dues. I think in the -- it's approximately $18,000 for the McArthur Golf Club. That's what he used GEICO's money for so that he could go play golf.

He -- he actually -- again, going to the defendant's -- maybe I'm skipping forward a little bit -- the history and characteristics of the defendant. In paragraph 41 -- this goes to defendant's characteristics. Paragraph 91 of the PSR is part of his interview. And he told the FBI that his golf membership was an operating expense of his business. That's the type of person we're talking about here. He needs his $20,000 -- $18,000 golf membership paid for by a company because he thinks that it's a business expense. That is who the defendant is.

He even bought a car with some of the money that he took, which is one of the cars that I believe is listed as one of his assets in this case which I will get to in a moment. He bought a car.

The defendant had no respect for his business partnership. He had no respect for the money that he received. He spent it brazenly without any sense of shame of how it should be used and he lied to whole time while he was doing it. When he was interviewed by the FBI, as noted in the PSR, the defendant

claimed that he could pay back 85 percent of the money that same day and then another 15 percent with 48 hours. To date GEICO hasn't been paid a dime that they are owed in terms of restitution and the money that the defendant took.

There's been discussion about the lawyer Jeff Cunningham. He's been described as a personal friend. It's important to note that he may be a personal friend. He was also wrapped up in this case. He was one of the attorneys that was working on the partnership at the time that this deal occurred. He's involved as referenced in the PSR in some of the litigation that's ongoing between the defendant and GEICO. And he is the defendant's personal attorney. His word is basically vouching for somebody who makes sure that he gets paid. It's not worth the paper that it's written on.

The idea that a long and productive relationship that the defense has referred to between GEICO and the defendant should somehow weigh in his favor, I also just don't understand. When a security guard at Best Buy stops someone from stealing a television and saves Best Buy a thousand dollars. That doesn't mean that the security guard gets to steal a thousand dollars from the cash register and when he gets caught say, well, I stopped the guy from stealing the television; so why am I in trouble? That's not how business works. And everyone knows that that's not a way to credit someone's behavior. Doing the right thing and acting lawfully is not worthy of a variance or a departure. That is just

being a normal citizen in the United States.  That is not departure or variance worthy.

Moving to the history and the characteristics of the defendant, it is clear that this defendant wants to portray himself as a victim.  He is a victim of GEICO.  And somehow GEICO is responsible for the fact that he decided to steal from GEICO because he feels like he's been wronged in various business deals. It was described as a divorce.

This is business.  This was cool, collected, rational decision making that involved straightforward lies to get money. That is not a divorce.  That is not the type of personal, complicated type of activity that occurs in those types of relationships.  And the fact that he tries to portray it as such I think, again, shows that he's not being really straightforward about what happened here in this case and he has not accepted responsibility for what he -- he's minimizing his responsibility, Your Honor, by saying this was a divorce.  It wasn't a divorce. It was a cool and calculated decision.

The pages 43 and 44 of the PSR I found shocking.  These are the defendant's assets and what you're going to see is 43 and 44 of the PSR are a series of assets and liabilities and then page 45, going to 46 and 47 are numerous footnotes that the probation officer has provided about the information that the defense -- that the defendant has provided.

And when you look at this, to me it tells the tale of

who the defendant is.  He was living a life of luxury without wanting to do the hard, honest work that was needed to sustain it. That's why his assets of 9.2 million are vastly overwhelmed by his net worth of negative 11 million.

When you look at his assets you'll see he has four cars. He has a boat.  He has two residences, all while having a negative net worth.

On page 45 there's a footnote that I don't quite understand about the defendant apparently -- it says on the top of page 45, "The defendant does not have a personal bank account since they were closed after he was indicted."

I've never heard of this occurring before.  And I'm not sure what the origin of this information is but it is clear that his wife has $500,000 in a bank account in the spouse's checking account on page 43.  You see that.  I don't understand what this means that he doesn't have a single personal bank account and that his accounts were closed because of an indictment.  I'm not sure how or why that would ever occur.  That's who this defendant is. The money is sitting in his spouse's bank account, $500,000.

When you look at the probation officer's notes, it just puts a point on some of the things that are obvious when you look at them.  On page 44 the defendant lists his grocery monthly expenses are $2,900 a month.  The probation officer had a question about that.  What's that about?  I have the same question.  What is this man eating every month while owing millions of dollars

that he claims he can pay back on a moment's notice yet not having done it?  That shows who this defendant is, $500 a month on clothes.  Same thing.  He's living -- he's trying to live a life that he can't live based on the work that he actually does.

Paragraph 98 of the PSR, Your Honor, there's an admission in here from the interview -- and I find it worth highlighting because in this paragraph this man, Jeff Cunningham, the attorney who defense has pointed to multiple times during his presentation in the letter that was written by Jeff Cunningham vouching for his friend, the defendant -- in paragraph 98 the defendant tells the -- tells the FBI agent that he had lied to Jeff Cunningham.  He lied to him in connection with this business. He told Jeff Cunningham that he still had the money for GEICO and that it was sitting in a bank account but that money was not there.  And as the PSR said -- says, Davis said what he told Cunningham was a false statement.  That's how well Jeff Cunningham knows him.  Either he knows that the defendant lied to him and he doesn't care, or he has no idea that the defendant lied to him and his opinion should not be credited because he doesn't really know what's going on here.

That's who the defendant is, Your Honor.  That's the -- that's the history and characteristics of this defendant.

Now, briefly turning to the need for the sentence imposed to reflect the seriousness of the offense and to promote respect for the law and provide just punishment, this is a serious

felony that's punishable by up to 20 years imprisonment. And that 41 months, which is below the guidelines, is fair and just and it promotes respect for the law while also crediting the defendant for every single penny that he properly spent.

And finally on deterrence, Your Honor, I think specific deterrence is important here. This defendant seemingly is still trying to come up with reasons for why what he did was not as bad as it sounds. He was deeply committed to this fraud. He -- even when he was interviewed by the FBI, when the jig was up, he was still providing different explanations for what had occurred. And he made promises to the FBI agent that he couldn't keep. The same type of promises he would make to GEICO when he said to the FBI agent that he could pay back the money, all of it within 48 hours, 85 percent of it that day.

He's a man that just says whatever he needs to say in the moment to avoid accountability. That's why specific deterrence is important here.

When he was interviewed by the FBI, the defendant said that he -- paragraph 92, he said he did not know why GEICO would not have allowed him to send money to someone like Mr. Alston.

How can you square that with a sophisticated businessman? Of course he knew that he couldn't send money that he had promised he would use for the purposes of the partnership. Of course he knew he could not use that money to pay his personal debt. Of course he knew that. But he's just saying what he

wanted to say, what he needed to say, what he thought would get him out of trouble in that one moment.  That's who the defendant is, someone who does not want to take accountability.  That's why specific deterrence is important.

General deterrence, Your Honor, of course, is very important.  The *Howard* case from the Eleventh Circuit that talks a lot about deterrence.  It's at 28 F.4th 180, talks about how Congress, the United States Sentencing Commission and the Eleventh Circuit have all decided that general deterrence is a critical factor that must be considered and should play a role in sentencing defendants, including those who wear white collars and practice a profession.  That case called general deterrence one of the key purposes of a sentence.

It also said that general deterrence is more apt, not less apt than white collar criminal cases.  And the reason is that economic and fraud-based crimes are more rational, cool, and calculated, than sudden crimes of passion or opportunity.  And that's what makes those types of crimes prime candidates for general deterrence.

That is precisely why in this case general deterrence is important.  That is exactly what this defendant did in this case. It wasn't some crime of passion or moment of anger during a divorce.  This was a cool and calculated, rational set of decisions made by a sophisticated businessman who just wanted to do things his way without any accountability.  And when he was

confronted on it, he lied about it.  And that needs to be punished, Your Honor.  That is why 41 months is an appropriate sentence.  That is a fair and just sentence in this case.

In terms of the waiver of interest, for the time period of incarceration the government does not oppose that.  However, once he gets out he needs to start figuring out how to make these because it appears, as he's promised before, that he has significant cash flow.  It appears that he's living a life that involves multiple residences, multiple cars and hundreds of thousands of dollars in bank accounts belonging to his wife, $500 a month on his new clothes.  All these things, Your Honor -- he needs to be paying restitution.  He needs to be making the victim whole.  And waiving interest in this matter will only encourage him to delay and delay and delay in terms of making GEICO whole in this case.

THE COURT:  What do you think is a proper monthly amount?  I mean, should I take the 3.3 and divide it by 36, if I give him 36 months supervised release?  That would be one way to do it since he told the FBI he had 85 percent of it already.

MR. KAUSHAL:  Your Honor, I think given his own statements that would make sense.  But I don't think we can credit his statements very much is the problem.  I think he said those things because that's what was convenient for him in that moment.

And I think in the future the fear that I have is that when restitution actually is required and the payments are due,

that there will be a litany of excuses about ongoing litigation and not wanting to make the payments and things of that nature.  I do think a significant amount makes sense, Your Honor.  Typically it's usually around $250,000 -- $250 a month.  And I would ask that it be around $2,000 a month at least, Your Honor, so that it can at least start to make a dent in the payments that he owes. And given his overall monthly expenses with some modifications to his lifestyle, that seems like something he could easily do.

If you were, Your Honor, to take that full amount and spread it across the 36 months, I wonder if that's setting him up for failure.  And maybe the probation officer will be in a better position for us to understand what his finances will be at that time in the future.

But I would say, Your Honor, $2,000, I think is an appropriate starting point.

THE COURT:  All right.  Thank you.

Is there any other matter that the Court needs to take up or anything else from either side before I issue sentence in this case?

MR. KAUSHAL:  Nothing from the government, Your Honor.

MR. GILFILLAN:  Not from the defense, Your Honor.

THE COURT:  All right.  We've been going almost two hours.  So let's take a -- probably a ten minute or so at least comfort break and then we'll finish this proceedings.

Thank you.

70

THE COURT SECURITY OFFICER:  All rise.  Court is in recess ten minutes.

THE COURT:  Y'all can keep your seats.  Thank you.

(Recess.)

THE COURT:  Mr. Davis, if you'd please stand, sir.

Pursuant to the Sentencing Reform Act of 1984 it's the judgment of the Court that you, Dwayne Davis, are hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 29 months.

Sir, you can be seated while I read you the remainder of your sentence.

It's further ordered that you pay restitution in the amount of $3,316,111.91 to the following victim, Government Employees Insurance Company; Attention:  Treasury Susan Sias-Brown or Rolston Carr, 15 GEICO Boulevard, Fredericksburg, Virginia, 22412.

Restitution shall be paid in full immediately.

You shall make restitution payments from any wages you may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program.

Interest will be waived while you are in custody.

Any portion of the restitution that is not paid in full at the time of your release from prison shall become a condition of supervision and shall be paid at a monthly rate of $2,000 a month.  You shall notify the U.S. Attorney for this district

within 30 days of any change of mailing of residence -- or residence address that occurs while any portion of the restitution remains unpaid.

It's further ordered that you shall pay to the United States a special assessment of $100, which shall be due immediately.  The assessment should be paid to the Clerk of the U.S. District Court, Northern District of Georgia.

Upon release from imprisonment, you shall be placed on supervised release for a term of three years.

Ms. Yetzer, if you can email me the home confinement conditions of supervised release.  I'll announce those in a moment.

THE PROBATION OFFICER:  Yes, sir.

THE COURT:  Your first 12 months of supervised release, Mr. Davis, will be on home confinement.  I was stumbling up here for the language of that.  I wasn't finding it, but I will get that from the probation officer.

So if you add your 29 months plus the 12 months, you get 41 months.

It is further ordered that you shall pay -- within 72 hours of release from custody of the Bureau of Prisons, you should report in person to the probation office in the district to which you're authorized to reside unless the probation officer instructs you to report to a different probation office or within a different time frame.

The Court finds that you do not have the ability to pay a fine and cost of incarceration.  The Court will, therefore, waive the fine and cost of incarceration in this case.  I guess I will restate that.  I was reading the probation officer's proposed language, but I think it is better off that you pay your restitution than pay a fine.

But let me hear from the probation officer or counsel as far as the cost of incarceration.  I know I can decide to waive the fine in lieu of the restitution so he can pay more restitution but I'm not sure I can waive the cost of incarceration for that reason.  I think he could pay the cost of incarceration.  I'd rather he pay restitution.

What's the law on that, anyone?

While y'all are looking that up, I'm going to read the home confinement language.

You must participate in a home detention program and abide by the requirements of that program, which include the use of electronic monitoring equipment or other location verification system, which will be at the discretion of the probation officer.

You shall be restricted to your residence at all times, except for employment, education and religious service, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities as pre-approved by the Court or the probation officer.

Tell you what, let's take a pause on the cost of

incarceration question so you-all can listen to what else I have to say and then we'll circle back to that at the end.

MR. KAUSHAL:  Yes, Your Honor.

THE COURT:  If applicable, forfeiture of your right, title and interest in certain property is hereby ordered consistent with the plea agreement and verdict of forfeiture.  The United States shall submit a proposed order of forfeiture forthwith.

Where are we on the forfeiture by the way?

MR. KAUSHAL:  Your Honor, there's no specific property identified for forfeiture in this case.

THE COURT:  All right.  Very well.

I think that was a part of the plea agreement.  That just turned out not to be the case?

MR. KAUSHAL:  Yes.  The language may be included in almost any fraud plea agreement there will be forfeiture language but there was no specific property here.

THE COURT:  All right.  You must comply with the mandatory conditions of release.

You must not commit another federal, state, or local crime.

You must not unlawfully possess a controlled substance.

You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from being placed on supervised release and at least two

periodic drug tests thereafter as determined by the Court.

You must cooperate in the collection of DNA as directed by the probation officer.

And as previously discussed, you must make restitution in accordance with 18 USC, Sections 3663 and 3663A or any other statute authorizing a sentence of restitution.

As part of your supervised release you must comply with the standard conditions of supervision which have been adopted by this Court and are incorporated by reference.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by the probation officer to keep informed, report to the Court, and bring about improvements in your conduct and condition. The standard conditions of supervision will be included in the judgment.

You must comply with the following special conditions during the term of supervised release:  You must complete 200 hours of community service.  All community service work hours must be completed within 24 months of the end of your -- well, during the term of supervision.  The probation officer will supervise your participation in the program.  You must provide written verification of completed hours to the probation officer.

You must make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer.  You must provide the probation

officer with full and complete access to any requested financial information and authorize the release of any financial information.  The probation office may share the financial information with the U.S. Attorney's Office.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You must submit your person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a U.S. Probation Officer.  Failure to submit to a search may be grounds for revocation of release.  You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

You shall permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

Do I assume correctly that the government doesn't oppose voluntary surrender?

MR. KAUSHAL:  That's correct, Your Honor.

THE COURT:  Mr. Gilfillan, how much time would your

client like?

(Discussion off the record between defense counsel and the defendant.)

MR. GILFILLAN:  Your Honor, I would ask -- given his children just started college, I would ask for three months.

THE COURT:  Any opposition to that, Mr. Kaushal?

MR. KAUSHAL:  No, Your Honor.

THE COURT:  The defendant is to report for service of the sentence no sooner than November 19th of this year.  Failure to report for service of the sentence is a criminal offense.

Although the Court does not have the authority to select the detention facility, I can recommend one to the Bureau of Prisons who will ultimately decide.  And I respectfully recommend that they house the defendant in either -- at either Montgomery or Pensacola, was it, Mr. Gilfillan?

MR. GILFILLAN:  Yes, Your Honor.  Montgomery first and then Pensacola.

THE COURT:  First choice, Montgomery.  Second choice, Pensacola.

The sentence is made in view of the sentencing goals delineated in 18 USC Section 3553(a) and the parties' arguments as to those factors, including but not limited to the nature and circumstances of the offense, and the history and characteristics of the defendant, the need for the sentence imposed to reflect the seriousness of the offense to afford adequate deterrence and to

protect the public, and provide the defendant with training, care and/or treatment; the kinds of sentence is available -- the kinds of sentence and sentencing range established for the applicable category of the offense committed as set forth in the sentencing guidelines, any pertinent policy statement, the need to avoid sentencing disparity and the need to provide restitution to the victims.  The sentence meets the criteria of punishment, deterrence and incapacitation and is sufficient but not greater than necessary to comply with the directives of Section 3553(a). Based on these considerations, I find this is a just and appropriate sentence.

As far as the history -- I'm going to discuss some of these factors but not all of them.  History and characteristics of the defendant, I think there's a lot here that is pro defendant as Mr. Gilfillan has pointed out.  Although he has committed a serious crime here of late, his -- he has a lifetime of good work, not only as a productive member of society but also has done a lot of charitable work throughout his life, including with junior golf through his kids' school, through his church.

It's evident from the letters that I've read, that he's a loving husband, and father, and friend to many people.  I'm also cognizant of the fact that his life growing up was difficult.  He was without a father in his life for the majority of his youth, which is difficult and is unfortunately something we see a lot of here, not always with the white collar cases but with a lot of the

other cases that we see day-to-day.

I think it's also very commendable that he served his country and took an oath to die for his country on active duty for two years and then in reserve status for an additional five years.

He also has no other criminal history on -- on his record.

I can't ignore, though, the offense itself and the seriousness of it. I think Mr. Kaushal, you know, quoted the *Howard* case and how important it is to have deterrence as to white collar crime. I think it's important to have the specific deterrence based on all of the materials that were before me today as well as general deterrence here, so that others know they can't just steal over $3 million from their business partners and get away with it.

As far disparities are concerned, I don't think this sentence results in any sentence disparities based on my knowledge of sentences particularly in this district, a low-end guideline sentence or something slightly below the guidelines is consistent with other sentences here.

It's also noteworthy that he did take responsibility for his actions, pled guilty. And I think he's generally remorseful based on what I heard him say here today.

As far as the circumstances, the offense, and seriousness of the offense, I will say that I was not at all compelled by the argument that, yes, it was $3 million, but this

is GEICO so it was immaterial.  I think over $3 million is material, whether that is to an individual to whom that may have meant most of their retirement funds or whether it's a large corporation that has many, many buckets of $3 million.  It is still a very serious offense in my view.

I'm also cognizant of the fact that Mr. Davis repeatedly concocted lies and misrepresentations, some of which about being at church or tied up in church, something to that effect, as to why things weren't done and explaining where the money was.

I was asked to vary by the government by two levels and by the defense by seven levels.  I opted to vary it by the two levels, but I thought Mr. Gilfillan's argument about a year of home detention was compelling.  And I'm cognizant of the fact that what I and other judges in this building always say is that the sentence is sufficient but not greater than necessary.  And end of the day, I'm not sure I could have convinced myself -- I didn't think I could convince myself that Mr. Gilfillan didn't make a good argument as to that last 12 months being on home detention versus confinement.

I'm also cognizant of the amount of money the U.S. government would spend to have him in confinement versus on home detention.  So I thought that was a good argument on behalf of the defense and, therefore, I decided to in essence vary additional levels to get to the 29 months.

Mr. Gilfillan, you had some specific requests on things.

I think I covered them as far as location, waiver of interest.

Was there anything else that I missed?

MR. GILFILLAN:  I don't think so, Judge.  I think you covered them.  Yes, Your Honor, you covered them.  Thank you.

THE COURT:  All right.  Before I advise the defendant of his appeal rights, does the government or defense have any further objections to the findings of the Court, the guideline calculations or to the sentence, or the manner in which it's been pronounced?

MR. KAUSHAL:  Nothing from the government, Your Honor, and thank you for your time today.

THE COURT:  Defense?

MR. GILFILLAN:  No, Your Honor.  Thank you.

THE COURT:  Mr. Davis, you can appeal your conviction if you believe that your guilty plea was somehow unlawful or involuntary or if there is some other fundamental defect in the proceedings that was not waived by your guilty plea.

You also have the statutory right to appeal your sentence under certain circumstances particularly if you think the sentence is contrary to law.  However, the defendant may waive those rights as part of the plea agreement.  And you have entered a plea agreement which, with very limited exceptions, waives most of your rights to appeal the sentence itself.  Such waivers are generally enforceable but if you believe that the waiver is unenforceable, you can present that theory to the appellate court.

A few exceptions.  Any notice of appeal must be filed within 14 days of the judgment being entered in your case.  If you are unable to pay the cost of your appeal, you may file to appeal in forma pauperis or without payment of fees.  If you so request, the Clerk of Court will prepare and file a notice of appeal on your behalf.  On appeal you may also apply for court-appointed counsel.

If you have any further questions about your right to appeal, I'm sure that Mr. Gilfillan will be happy to advise you on that matter.

Mr. Davis, do you have any questions about anything I've said at today's sentencing hearing, sir?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Okay.  Counsel or officer, has anyone made any headway on the cost of incarceration issue?

MR. KAUSHAL:  It's the same, Your Honor.  Still looking.

THE COURT:  All right.  Why don't we pause while y'all look and I'll look.

We're off the record.

(Off the record.)

THE COURT:  We're back on the record.

MR. GILFILLAN:  We can do it now and redo it.  I mean, given his debts and Mr. Kaushal argued that his net worth is a negative $11 million.  I mean, I think his financial picture shows there's creditors out there with significant claims.  So I

would -- I would submit that he doesn't actually have the ability to pay cost of incarceration.

THE COURT:  All right.  Thank you.

Mr. Kaushal, would you like to be heard on that issue?

MR. KAUSHAL:  Your Honor, he does have a negative -- if you add up his assets and liabilities, his net worth would be a negative $2 million.  And I think given the significant restitution that's outstanding, I don't have -- I think defense counsel's correct in saying that he doesn't have the ability to pay.

THE COURT:  All right.  Well, despite counsel's arguments, I disagree.  I think he does.  And so I'd like to get to the bottom of whether or not I can waive it if I'd rather him have that money for restitution if I can.  I'm going to make him pay the cost of incarceration if I can.  For that reason I'll do that.

Why don't we take a lunch break and come back at 1:30 to see if anyone's been able to find an answer to that question.  I'm sorry to hold everyone up on what seems like a minor thing, but I want to make sure I'm applying the law based on the facts as I find them.  And I think we need to just pause and make sure I get it right.  I know there's an easier route here but I'd rather get the law right based on the facts as I see them.

All right.  Other than the issue of restitution, that will conclude this hearing unless, Counsel, you have anything else

from either side.  Not the restitution but the cost of incarceration.

MR. GILFILLAN:  Nothing for the defense.

THE COURT:  Mr. Kaushal, anything else for the government?

MR. KAUSHAL:  No, Your Honor.  Thank you.

THE COURT:  Ms. Lee, thank you.  My thanks, also, to Ms. Stewart who was assisting Ms. Coudriet in taking this down. My thanks also to our court security officer and our probation officer.

Mr. Davis, despite the fact that I've sentenced you to federal prison today, I hope that you're able to serve that time without issue and get back out and become again a productive member of society.

I gather that at some point Mr. Gilfillan told you, hey, we've got this potential deal of 41 months and urged you to take it.  I think that you got very good advice from him when you decided to take it.  Absent both the government and the -- absent the government going down two levels, varying two levels, I probably would have been more in the middle of the original guideline range.  I might still have been convinced by your counsel's good argument about those last 12 months but I think this is a serious crime.  Fortunately you've been very well represented and took some good advice from my perspective.

All right.  Other than the cost of incarceration issue,

that concludes this proceeding.  I'll see some of you at 1:30.  Thank you.

THE COURT SECURITY OFFICER:  All rise.  Court is in recess until 130.

(Recess.)

THE COURT:  All right.  Off the record for a moment.

(Off the record.)

THE COURT:  Okay.  Back on the record.

We've taken a break to look at the issue of the cost of incarceration and had a brief discussion by consent of both sides as to what the Court had found.  I explained to the parties that I had found 28 CFR 96 (c) -- (a) and (c); (a) stating that the Attorney General is required to establish and collect a fee to cover the cost of one year incarceration.

Under (c) that's been delegated to the Bureau of Prisons.

Under 505 -- 28 CFR 505.1 it mentions that the Bureau of Prisons can collect the fee in the event the Court neither imposes nor waives a fine pursuant to the guideline 5E1.2(d).  I've considered 5E1.2(d) and particularly given the restitution under D4, I decided not to impose a fine in this case.  And, therefore, I believe by operation of 505 1, the Bureau of Prisons is not permitted to collect the cost of incarceration.

And that's where I was planning to leave it.  I have waived the fine given the restitution amount and, therefore, I

don't believe there will be any collection for cost of incarceration.

Does anyone want to be further heard on this issue?

MR. KAUSHAL:  No, Your Honor.

MR. GILFILLAN:  No, Your Honor.

THE COURT:  Okay.  Sorry to the extent I've taken us down a bit of a rabbit hole, but I guess we now all understand how this works.

Again, Mr. Davis, despite my sentence, I wish you and your family well.  I think you've been very well represented here. I hope you can serve this out, pay your restitution and go on to become a productive member of society.

That completes this proceeding.  Thanks, everyone.

THE COURT SECURITY OFFICER:  All rise.  Court is in recess.

(Proceedings were adjourned at 1:40 p.m.)

Reporter's Certification

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


/S/Denise M. Stewart, RPR
Official Court Reporter
United States District Court
Northern District of Georgia

Date:  November 19, 2025

## $

**$10** [1] - 45:6
**$100** [1] - 71:5
**$11** [1] - 81:24
**$18,000** [2] - 61:5, 61:14
**$2,000** [3] - 69:5, 69:14, 70:24
**$2,900** [1] - 64:23
**$20,000** [2] - 40:20, 61:14
**$200** [1] - 20:14
**$200,000** [1] - 40:20
**$250** [1] - 69:4
**$250,000** [1] - 69:4
**$26** [2] - 10:10, 43:19
**$3,316,111.91** [2] - 58:22, 70:13
**$30** [1] - 10:10
**$5.91** [2] - 16:4, 16:15
**$500** [2] - 65:2, 68:10
**$500,000** [2] - 64:14, 64:19

## 1

**1** [7] - 14:14, 18:12, 23:22, 39:6, 40:19, 40:21, 84:22
**10** [1] - 50:21
**100** [3] - 5:7, 5:12, 30:8
**103** [1] - 58:23
**10:00** [1] - 1:12
**11** [1] - 64:4
**12** [6] - 9:6, 49:4, 71:14, 71:18, 79:18, 83:22
**121** [4] - 23:15, 36:17, 39:3, 39:22
**1212** [1] - 14:3
**1221** [1] - 14:3
**1224** [1] - 14:21
**1225** [1] - 14:12
**1235** [1] - 18:16
**1250** [1] - 18:17
**1251** [1] - 18:17
**1273** [1] - 36:8
**1285** [1] - 34:18
**1288** [1] - 34:18
**13** [3] - 20:1, 20:12, 23:13
**130** [1] - 84:4
**136** [1] - 38:8
**138** [1] - 36:17
**14** [6] - 20:1, 20:22, 23:13, 30:7, 30:10, 81:2
**15** [3] - 62:2, 70:15, 73:24
**16** [3] - 20:1, 20:23, 23:13
**17** [5] - 42:10, 42:15, 45:25, 48:3, 56:18
**18** [8] - 25:9, 32:6, 36:10, 41:3, 52:17, 53:11, 74:5, 76:21
**180** [1] - 67:7
**19** [2] - 1:12, 85:24
**1949-B** [1] - 1:23
**1984** [1] - 70:6
**19th** [1] - 76:9

**1:24-cr-257** [1] - 2:6
**1:24-cr-257-JPB** [1] - 1:5
**1:30** [2] - 82:17, 84:1
**1:40** [1] - 85:16

## 2

**2** [4] - 18:13, 23:23, 39:7, 82:7
**20** [1] - 66:1
**200** [3] - 50:5, 59:16, 74:17
**2005** [1] - 47:1
**2008** [1] - 18:17
**2010** [2] - 36:3, 36:4
**2015** [2] - 36:4, 36:5
**2016** [2] - 36:5, 36:6
**2018-A** [5] - 10:8, 10:12, 35:7, 45:1, 56:6
**2019** [1] - 44:25
**2020** [3] - 30:7, 30:10, 44:25
**2021** [3] - 18:11, 43:10, 44:4
**2022** [4] - 38:1, 46:6, 46:7, 46:10
**2025** [2] - 1:12, 85:24
**21st** [1] - 2:18
**22** [1] - 56:2
**22412** [1] - 70:16
**24** [11] - 40:18, 42:8, 42:15, 42:18, 43:2, 49:11, 52:11, 53:5, 54:21, 55:17, 74:19
**24-month** [1] - 42:23
**28** [4] - 19:13, 67:7, 84:12, 84:17
**288** [1] - 53:23
**29** [4] - 40:18, 70:9, 71:18, 79:24
**2B1.1** [1] - 7:8
**2B1.1(b)(17** [1] - 3:17
**2B1.1(b)(17)(A** [1] - 14:4

## 3

**3** [6] - 2:19, 40:21, 78:13, 78:25, 79:1, 79:4
**3.3** [3] - 53:23, 53:24, 68:17
**3.6** [1] - 53:22
**30** [2] - 51:23, 71:1
**302** [7] - 33:3, 33:18, 33:24, 37:25, 38:2, 39:15, 39:16
**302s** [2] - 32:25, 39:12
**30303** [1] - 1:24
**32** [1] - 2:20
**35** [1] - 51:22
**3553** [6] - 42:20, 42:24, 43:7, 46:3, 51:19, 53:7
**3553(a** [9] - 20:10, 29:19, 31:14, 33:11, 39:25, 41:4, 58:18, 59:2, 76:21
**3553(a)** [1] - 77:9
**3553(a)(7** [1] - 53:21
**36** [4] - 32:7, 68:17, 68:18, 69:10
**3612(f)(3)** [1] - 53:11
**3661** [6] - 25:10, 26:9, 32:7, 36:11, 39:4, 39:24
**3663** [1] - 74:5

**3663A** [1] - 74:5
**38** [3] - 23:15, 39:3, 39:22
**39** [5] - 23:14, 36:16, 38:23, 39:2, 39:22
**3B1.3** [2] - 15:12, 18:6

## 4

**404)215-1516** [1] - 1:25
**41** [11] - 45:24, 48:2, 54:21, 56:2, 58:20, 59:8, 61:10, 66:2, 68:2, 71:19, 83:16
**41-month** [1] - 42:6
**43** [4] - 19:20, 63:19, 63:20, 64:15
**44** [3] - 63:19, 63:21, 64:22
**45** [3] - 63:22, 64:8, 64:10
**46** [1] - 63:22
**47** [1] - 63:22
**48** [2] - 62:2, 66:13

## 5

**5** [1] - 19:19
**5.9** [1] - 11:9
**505** [2] - 84:17, 84:22
**505.1** [1] - 84:17
**51** [2] - 40:19, 55:16
**527** [1] - 18:16
**552** [1] - 34:18
**589** [1] - 18:11
**594** [1] - 18:11
**5E1.2(d** [1] - 84:20
**5E1.2(d)** [1] - 84:19
**5th** [1] - 23:20

## 6

**60-year-old** [1] - 52:23
**600** [1] - 1:17
**63** [8] - 23:14, 36:16, 38:23, 39:3, 39:22, 40:19, 54:22, 55:16
**69** [1] - 11:12

## 7

**7** [1] - 40:18
**72** [1] - 71:20
**747** [1] - 38:8
**75** [1] - 1:24
**751** [1] - 38:8
**785** [1] - 36:8

## 8

**85** [3] - 62:1, 66:14, 68:19
**853** [1] - 18:10

## 9

**9** [1] - 50:21

**9.2** [1] - 64:3
**91** [1] - 61:11
**92** [1] - 66:19
**96** [1] - 84:12
**97** [1] - 14:3
**98** [2] - 65:5, 65:10
**99** [4] - 4:16, 5:14, 5:21, 14:15
**99.9** [1] - 4:17
**9th** [1] - 36:7

## A

**a** [391] - 2:21, 2:22, 3:17, 3:18, 3:24, 4:2, 4:6, 4:7, 4:15, 4:16, 4:18, 4:19, 4:24, 5:3, 5:4, 5:6, 6:15, 6:18, 7:1, 7:6, 7:8, 7:9, 7:12, 7:13, 7:18, 8:8, 8:17, 9:8, 9:10, 9:15, 10:1, 10:3, 10:8, 10:9, 10:10, 10:11, 10:13, 11:14, 11:15, 11:17, 12:6, 12:9, 12:10, 12:11, 12:22, 13:2, 13:4, 13:6, 13:9, 13:13, 14:14, 14:15, 14:17, 15:5, 15:12, 15:17, 15:20, 16:8, 16:16, 17:3, 17:5, 17:12, 17:21, 18:5, 18:7, 18:12, 18:14, 18:19, 18:22, 20:3, 20:9, 21:20, 22:7, 23:15, 23:25, 24:12, 25:3, 25:5, 25:12, 25:17, 25:24, 26:2, 26:7, 26:8, 27:8, 27:12, 27:13, 27:14, 27:25, 28:12, 28:14, 29:1, 29:2, 29:6, 30:2, 30:5, 30:6, 30:18, 30:19, 30:21, 30:22, 30:23, 30:24, 31:1, 31:4, 32:11, 32:22, 33:2, 33:3, 33:6, 33:10, 33:18, 33:23, 33:24, 34:5, 34:9, 34:20, 34:21, 34:25, 35:1, 35:18, 37:9, 38:9, 39:13, 41:3, 41:17, 42:6, 42:7, 42:10, 42:16, 42:23, 43:9, 43:11, 43:12, 43:13, 43:14, 43:16, 43:19, 44:3, 44:10, 44:12, 44:14, 44:24, 45:4, 45:9, 45:10, 46:15, 46:16, 46:21, 46:23, 46:25, 47:1, 47:3, 47:11, 47:14, 47:16, 47:24, 47:25, 48:7, 48:14, 48:17, 48:22, 48:23, 48:24, 48:25, 49:6, 49:8, 49:10, 49:12, 49:18, 49:22, 49:25, 50:2, 50:3, 50:7, 50:9, 50:18, 50:22, 51:2, 51:3, 51:5, 51:6, 51:8, 51:10, 51:18, 51:19, 51:23, 51:24, 52:1, 52:2, 52:3, 52:7, 52:10, 52:13, 52:15, 52:16, 52:18, 52:20, 52:21, 52:22, 53:6, 53:13, 53:15, 53:18, 53:20, 54:15, 54:17, 54:18, 55:6, 55:7, 55:21, 56:7, 56:17, 56:20, 57:19, 58:16, 58:20, 58:25, 59:9, 59:11, 59:18, 59:21, 60:5, 60:6, 60:8, 60:10, 60:11, 60:14, 60:15, 60:16, 61:9, 61:15, 61:17, 61:19, 61:20, 62:3, 62:6, 62:7, 62:15, 62:17, 62:18, 62:19, 62:20, 62:23, 62:25, 63:1, 63:5, 63:8, 63:11, 63:17, 63:18, 63:21, 64:1, 64:6, 64:8, 64:10, 64:14, 64:16, 64:21, 64:23, 65:1, 65:2, 65:3, 65:14, 65:16, 65:25, 66:15, 66:21, 67:6, 67:9, 67:10, 67:12, 67:13, 67:22, 67:23, 67:24, 68:3, 68:8, 68:11, 68:16, 69:1, 69:3, 69:4, 69:5, 69:6, 69:11, 69:23, 70:8, 70:23,

70:24, 71:5, 71:9, 71:11, 71:24, 72:2, 72:6, 72:16, 72:25, 73:7, 73:13, 73:22, 73:23, 74:6, 75:10, 75:11, 75:14, 75:16, 75:18, 76:10, 77:10, 77:14, 77:15, 77:16, 77:17, 77:21, 77:23, 77:24, 77:25, 78:17, 79:3, 79:5, 79:12, 79:17, 79:22, 80:22, 81:1, 81:5, 81:23, 82:5, 82:6, 82:17, 82:19, 83:13, 83:23, 84:6, 84:9, 84:10, 84:12, 84:13, 84:19, 84:21, 85:7, 85:12, 85:18
**a.m** [1] - 1:12
**abide** [1] - 72:17
**ability** [5] - 52:14, 53:3, 72:1, 82:1, 82:9
**able** [7] - 28:16, 54:13, 54:17, 54:18, 54:22, 82:18, 83:12
**about** [69] - 3:2, 4:2, 5:19, 6:9, 12:17, 13:3, 16:9, 16:25, 17:9, 17:10, 22:18, 22:21, 22:25, 24:8, 24:24, 26:25, 27:5, 27:6, 31:10, 32:16, 33:10, 35:18, 36:15, 36:21, 38:22, 42:10, 42:13, 42:23, 43:1, 44:19, 44:21, 45:9, 45:15, 45:19, 46:4, 47:23, 49:12, 50:6, 50:19, 51:4, 51:6, 52:21, 53:3, 53:5, 53:25, 57:19, 60:15, 60:21, 60:25, 61:14, 62:5, 63:15, 63:23, 64:9, 64:24, 67:7, 68:1, 69:1, 74:13, 79:7, 79:12, 81:8, 81:11, 83:22
**above** [3] - 53:4, 53:5, 85:19
**above-entitled** [1] - 85:19
**absent** [2] - 83:18
**absolutely** [2] - 31:15, 60:9
**abuse** [6] - 15:12, 17:12, 18:18, 49:1, 49:7, 72:22
**abuse-of-trust** [1] - 18:18
**abused** [2] - 18:6, 18:13
**abusive** [1] - 16:25
**accept** [1] - 57:24
**acceptance** [2] - 51:11, 58:11
**accepted** [1] - 63:15
**accepts** [3] - 48:11, 48:12, 48:15
**access** [4] - 15:23, 19:21, 26:17, 75:1
**accompanied** [1] - 28:1
**accomplish** [1] - 42:19
**accordance** [3] - 2:19, 70:19, 74:5
**according** [1] - 23:4
**account** [27] - 4:3, 4:14, 4:15, 4:21, 10:7, 14:13, 14:16, 14:17, 15:24, 16:1, 16:2, 16:4, 16:5, 16:23, 17:7, 19:22, 35:10, 35:11, 60:19, 64:10, 64:14, 64:15, 64:16, 64:19, 65:14
**accountability** [3] - 66:16, 67:3, 67:25
**accounts** [4] - 4:3, 22:24, 64:17, 68:10
**accrual** [1] - 53:9
**accrue** [1] - 53:15
**accurate** [1] - 19:4
**accuse** [1] - 26:1
**accuses** [1] - 26:3
**across** [4] - 10:16, 30:21, 44:9, 69:10
**Act** [3] - 27:12, 34:7, 70:6
**acting** [9] - 6:20, 9:16, 10:18, 10:20,

10:24, 11:25, 15:6, 45:19, 62:24
**actions** [3] - 57:24, 58:5, 78:21
**active** [4] - 46:16, 56:20, 56:23, 78:3
**activities** [1] - 72:23
**activity** [2] - 28:1, 63:12
**actual** [3] - 17:22, 21:11, 50:5
**actually** [9] - 16:6, 27:14, 37:23, 52:20, 57:19, 61:8, 65:4, 68:25, 82:1
**add** [4] - 18:16, 33:16, 71:18, 82:6
**addiction** [1] - 49:1
**addition** [1] - 51:17
**additional** [11] - 28:1, 42:18, 42:21, 42:25, 43:1, 43:2, 48:3, 52:11, 75:6, 78:4, 79:23
**address** [8] - 12:17, 23:15, 28:5, 48:16, 53:6, 57:22, 58:23, 71:2
**addressed** [1] - 40:8
**addresses** [1] - 56:3
**addressing** [2] - 26:15, 59:1
**adequate** [1] - 76:25
**adjourned** [1] - 85:16
**Adjusted** [1] - 40:18
**admission** [2] - 37:4, 65:6
**admit** [3] - 26:24, 29:1, 29:4
**admits** [2] - 26:2, 28:16
**admittedly** [2] - 25:23, 27:18
**adopt** [1] - 40:11
**adopted** [1] - 74:8
**advance** [1] - 15:11
**advantage** [1] - 11:13
**advantaged** [1] - 47:3
**advertising** [1] - 8:7
**advice** [2] - 83:17, 83:24
**advise** [2] - 80:5, 81:9
**advisory** [3] - 42:5, 42:17, 46:2
**affect** [2] - 12:22, 21:9
**afford** [2] - 55:5, 76:25
**Aflac** [3] - 8:5, 8:6, 8:9
**after** [9] - 33:1, 43:11, 46:19, 51:16, 54:21, 55:8, 56:23, 59:19, 64:11
**again** [13] - 7:7, 15:14, 30:7, 31:25, 38:2, 39:4, 44:12, 48:1, 52:9, 61:8, 63:14, 83:13, 85:9
**against** [2] - 12:4, 59:21
**Agent** [1] - 2:11
**agent** [4] - 46:8, 65:11, 66:11, 66:13
**ago** [1] - 50:18
**agree** [15] - 3:18, 10:3, 11:7, 12:3, 22:12, 22:20, 32:2, 34:4, 38:11, 42:4, 56:1, 57:3, 59:4
**agreed** [3] - 54:2, 59:3, 59:24
**agreement** [11] - 42:3, 42:5, 44:3, 54:2, 54:5, 58:19, 73:6, 73:13, 73:16, 80:21, 80:22
**agrees** [4] - 13:15, 32:5, 37:9, 55:25
**ahead** [4] - 2:2, 23:20, 27:9, 42:1
**AIDED** [1] - 1:22
**Air** [2] - 56:25, 57:1
**Alabama** [1] - 36:6

**alcohol** [2] - 49:2, 49:7
**all** [89] - 2:17, 3:6, 3:15, 3:18, 7:17, 8:12, 9:23, 10:21, 11:4, 12:15, 13:21, 14:1, 15:12, 17:14, 17:25, 18:3, 20:25, 21:9, 21:12, 21:15, 22:24, 23:9, 23:12, 24:10, 26:10, 27:2, 27:11, 28:3, 29:21, 30:7, 30:9, 30:22, 31:10, 31:11, 31:22, 32:8, 33:12, 33:13, 34:15, 36:14, 37:3, 37:20, 38:7, 40:3, 40:11, 41:2, 41:19, 44:2, 45:10, 46:12, 48:1, 50:10, 51:5, 51:17, 51:19, 55:6, 55:11, 55:25, 56:1, 56:6, 56:16, 57:9, 64:6, 66:13, 67:9, 68:11, 69:16, 69:22, 70:1, 72:20, 73:1, 73:12, 73:18, 74:18, 77:13, 78:11, 78:24, 80:5, 81:17, 82:3, 82:11, 82:24, 83:25, 84:3, 84:6, 85:7, 85:14
**allegations** [7] - 26:12, 26:16, 26:24, 33:10, 49:16, 49:25, 50:12
**allege** [1] - 15:6
**alleged** [4] - 24:5, 33:2, 35:20, 35:24
**allegedly** [1] - 35:17
**alleges** [1] - 25:3
**allowed** [2] - 19:14, 66:20
**allowing** [1] - 57:21
**almost** [4] - 22:22, 38:3, 69:22, 73:16
**along** [3] - 2:10, 46:12, 47:2
**already** [3] - 13:12, 31:24, 68:19
**also** [45] - 10:14, 14:21, 15:3, 15:9, 17:19, 18:3, 18:16, 19:19, 23:7, 24:6, 31:1, 32:16, 32:20, 36:8, 38:22, 42:14, 43:1, 44:18, 45:25, 48:3, 49:9, 50:4, 51:13, 53:8, 56:13, 57:4, 59:1, 59:4, 60:6, 62:7, 62:17, 66:3, 67:14, 77:17, 77:21, 78:2, 78:5, 78:20, 79:6, 79:20, 80:18, 81:6, 83:7, 83:9
**Alston** [13] - 26:15, 31:13, 32:16, 32:17, 32:23, 32:25, 34:15, 35:16, 41:8, 49:12, 61:1, 61:2, 66:20
**alternative** [1] - 29:5
**although** [2] - 76:11, 77:15
**always** [4] - 45:9, 49:8, 77:25, 79:14
**am** [4] - 27:4, 58:1, 58:4, 62:22
**amendments** [1] - 3:3
**America** [1] - 46:18
**AMERICA** [1] - 1:3
**America's** [2] - 44:11, 44:13
**American** [1] - 12:8
**amount** [14] - 3:13, 5:5, 54:4, 59:3, 59:5, 59:13, 59:14, 68:17, 69:3, 69:9, 70:13, 79:20, 84:25
**amounts** [1] - 24:9
**an** [73] - 2:24, 4:8, 4:14, 5:13, 6:19, 6:20, 7:23, 8:14, 8:15, 8:18, 8:21, 8:25, 9:1, 9:14, 9:16, 9:19, 10:6, 10:9, 10:15, 10:18, 10:21, 10:24, 11:20, 11:23, 11:25, 12:2, 12:7, 12:22, 13:18, 14:17, 15:4, 15:7, 16:25, 17:12, 19:2, 19:4, 19:6, 22:5, 31:5, 37:8, 43:14, 43:17, 45:3, 45:7, 45:12, 45:19, 46:8, 46:24, 48:6, 50:5, 50:24, 54:4, 56:1, 56:17,

57:2, 57:5, 57:19, 59:13, 61:13, 64:17, 65:5, 68:2, 69:14, 74:24, 75:14, 78:3, 78:4, 79:2, 82:18, 82:22
**analogies** [1] - 45:9
**analysis** [1] - 10:5
**and** [571] - 2:2, 2:10, 2:11, 2:16, 2:21, 2:23, 2:24, 2:25, 3:8, 3:9, 3:23, 3:25, 4:3, 4:9, 4:10, 4:11, 4:15, 4:16, 4:19, 4:22, 5:1, 5:2, 5:9, 5:10, 5:14, 5:16, 5:20, 5:24, 6:6, 6:9, 6:10, 6:14, 6:17, 6:23, 7:5, 7:7, 7:9, 7:10, 7:20, 7:23, 7:24, 8:4, 8:8, 8:9, 8:12, 8:13, 8:16, 8:17, 9:1, 9:7, 9:9, 9:14, 9:17, 9:20, 10:4, 10:11, 10:14, 10:19, 10:22, 11:3, 11:11, 11:14, 11:19, 12:4, 12:8, 12:11, 12:25, 13:2, 13:5, 13:6, 13:7, 13:9, 13:10, 13:12, 13:13, 13:16, 13:17, 13:19, 13:24, 14:2, 14:6, 14:15, 14:19, 15:1, 15:2, 15:19, 15:24, 16:3, 16:5, 16:7, 16:12, 16:16, 16:20, 16:21, 16:24, 17:6, 17:8, 17:9, 17:12, 17:21, 18:4, 18:11, 18:21, 19:7, 19:8, 19:10, 19:21, 19:22, 20:1, 20:7, 20:9, 20:12, 20:16, 20:17, 20:20, 20:23, 21:1, 21:2, 21:5, 21:16, 21:22, 21:25, 22:3, 22:8, 22:15, 22:19, 22:20, 22:24, 22:25, 23:7, 23:13, 23:15, 23:16, 23:19, 23:20, 23:22, 23:23, 24:1, 24:3, 24:14, 24:20, 24:21, 24:23, 24:25, 25:5, 25:12, 25:17, 25:18, 25:20, 25:21, 25:23, 26:1, 26:5, 26:7, 26:12, 26:24, 27:4, 27:8, 27:9, 27:16, 27:21, 28:4, 28:11, 28:15, 28:16, 28:21, 28:25, 29:1, 29:14, 29:17, 29:19, 30:1, 30:13, 30:21, 30:23, 31:4, 31:9, 31:13, 31:17, 32:5, 32:13, 32:18, 33:3, 33:8, 33:10, 33:15, 33:20, 34:5, 34:7, 34:18, 34:19, 34:20, 34:22, 34:23, 34:25, 35:6, 35:9, 35:12, 35:14, 35:15, 35:16, 35:19, 36:6, 36:9, 36:11, 36:20, 36:25, 37:1, 37:3, 37:13, 37:15, 37:16, 37:18, 38:1, 38:3, 38:8, 38:10, 39:2, 39:3, 39:5, 39:6, 39:8, 39:10, 39:12, 39:13, 39:14, 39:15, 39:18, 39:19, 39:22, 39:23, 39:24, 39:25, 40:12, 40:13, 40:16, 41:5, 41:6, 41:7, 41:8, 41:10, 42:3, 42:9, 42:10, 42:11, 42:13, 42:16, 42:17, 42:20, 42:25, 43:3, 43:6, 43:7, 43:11, 43:12, 43:14, 43:19, 43:25, 44:3, 44:4, 44:5, 44:7, 44:9, 44:14, 44:15, 44:16, 44:18, 44:19, 44:20, 44:22, 44:24, 45:2, 45:7, 45:8, 45:11, 45:12, 45:17, 45:18, 45:21, 45:22, 45:23, 45:24, 46:1, 46:8, 46:9, 46:11, 46:19, 47:2, 47:3, 47:4, 47:5, 47:6, 47:15, 47:25, 48:2, 48:3, 48:4, 48:5, 48:16, 49:10, 49:13, 49:24, 50:8, 50:9, 50:10, 50:12, 50:16, 51:10, 51:13, 51:14, 51:16, 51:17, 51:19, 51:21, 51:23, 51:24, 51:25, 52:6, 52:7, 52:15, 52:23, 52:25, 53:1, 53:4, 53:14, 53:17, 54:3, 54:4, 54:5, 54:15, 54:20, 55:1, 56:4, 56:10, 56:15, 56:19, 56:20,

57:4, 57:5, 57:6, 57:7, 57:19, 58:1, 58:2, 58:3, 58:4, 58:5, 58:8, 58:9, 58:10, 58:11, 58:12, 58:18, 58:20, 58:21, 58:23, 59:1, 59:2, 59:8, 59:10, 59:12, 59:15, 59:19, 59:20, 60:2, 60:4, 60:5, 60:8, 60:10, 60:12, 60:13, 60:15, 60:17, 60:19, 60:20, 60:21, 60:22, 60:25, 61:3, 61:9, 61:12, 61:24, 62:2, 62:4, 62:11, 62:15, 62:16, 62:19, 62:21, 62:23, 62:24, 63:3, 63:5, 63:13, 63:15, 63:18, 63:19, 63:20, 63:21, 63:22, 63:25, 64:12, 64:16, 65:6, 65:13, 65:15, 65:17, 65:18, 65:22, 65:24, 65:25, 66:1, 66:2, 66:5, 66:10, 67:8, 67:10, 67:11, 67:15, 67:16, 67:17, 67:23, 67:25, 68:1, 68:3, 68:9, 68:13, 68:14, 68:17, 68:24, 68:25, 69:2, 69:4, 69:7, 69:9, 69:11, 69:24, 70:24, 72:2, 72:3, 72:16, 72:21, 73:2, 73:5, 73:6, 73:25, 74:4, 74:5, 74:9, 74:11, 74:13, 74:23, 74:24, 75:1, 75:2, 75:16, 75:18, 76:2, 76:13, 76:16, 76:21, 76:22, 76:23, 76:25, 77:1, 77:3, 77:6, 77:8, 77:10, 77:13, 77:21, 77:24, 78:3, 78:4, 78:7, 78:9, 78:13, 78:21, 78:23, 79:7, 79:9, 79:10, 79:13, 79:14, 79:15, 79:23, 80:11, 80:21, 81:5, 81:18, 81:22, 81:23, 82:6, 82:7, 82:12, 82:17, 82:21, 83:9, 83:13, 83:16, 83:18, 83:24, 84:10, 84:12, 84:13, 84:20, 84:21, 84:24, 84:25, 85:9, 85:11
**And** [1] - 56:13
**and/or** [2] - 75:19, 77:2
**Anderson** [1] - 38:8
**anecdote** [1] - 57:6
**anger** [1] - 67:22
**animates** [2] - 59:10, 60:2
**announce** [2] - 2:7, 71:11
**another** [9] - 7:24, 24:11, 30:22, 49:10, 51:1, 54:12, 56:21, 62:2, 73:20
**answer** [4] - 4:5, 25:9, 29:10, 82:18
**answer's** [1] - 25:8
**answered** [1] - 55:14
**any** [60] - 3:2, 3:3, 3:24, 4:2, 4:18, 6:23, 6:24, 7:20, 7:21, 7:22, 10:12, 12:6, 23:3, 25:14, 25:20, 26:6, 26:9, 34:19, 36:1, 40:7, 40:22, 41:11, 41:15, 41:20, 41:23, 42:18, 42:24, 48:25, 49:7, 53:19, 53:21, 54:10, 58:9, 60:3, 60:11, 61:23, 67:25, 69:17, 70:18, 70:22, 71:1, 71:2, 73:16, 73:23, 74:5, 75:1, 75:2, 75:12, 75:17, 75:19, 75:20, 76:6, 77:5, 78:16, 80:6, 81:1, 81:8, 81:11, 81:15, 85:1
**anybody** [3] - 8:14, 16:15, 45:13
**anymore** [2] - 48:3, 49:13
**anyone** [4] - 7:25, 72:13, 81:14, 85:3
**anyone's** [1] - 82:18
**anything** [20] - 11:23, 12:21, 18:1, 21:10, 22:1, 23:4, 23:10, 24:22, 32:1, 32:9, 33:16, 44:12, 57:12, 58:1, 59:5,

69:18, 80:2, 81:11, 82:25, 83:4

**anyway** [1] - 26:8
**apologies** [1] - 8:13
**apologize** [2] - 24:19, 27:4
**App'x** [1] - 18:10
**apparently** [2] - 8:19, 64:9
**appeal** [10] - 80:6, 80:14, 80:18, 80:23, 81:1, 81:3, 81:5, 81:6, 81:9
**appear** [3] - 20:25, 21:13, 21:14
**appearances** [2] - 2:7, 72:23
**APPEARANCES** [1] - 1:14
**appears** [2] - 68:7, 68:8
**appellate** [1] - 80:25
**applicable** [3] - 26:9, 73:4, 77:3
**application** [2] - 18:9, 19:1
**applied** [2] - 13:25, 37:18
**applies** [1] - 18:5
**apply** [8] - 12:14, 13:4, 14:2, 17:24, 18:4, 18:18, 19:24, 81:6
**applying** [4] - 3:22, 5:4, 9:18, 82:20
**appointed** [1] - 81:6
**approach** [2] - 46:11
**appropriate** [8] - 26:11, 26:23, 29:9, 31:6, 31:19, 68:2, 69:15, 77:11
**approval** [1] - 75:6
**approved** [1] - 72:24
**approximately** [2] - 59:16, 61:5
**April** [1] - 44:4
**apt** [2] - 67:14, 67:15
**are** [68] - 5:18, 8:7, 12:2, 13:15, 13:16, 13:17, 16:24, 21:8, 21:23, 21:25, 22:21, 22:22, 25:22, 26:24, 27:9, 28:16, 28:18, 28:21, 29:11, 30:13, 30:21, 30:23, 31:13, 34:16, 37:2, 37:3, 37:5, 37:15, 37:16, 38:4, 38:23, 39:10, 40:17, 41:11, 41:15, 41:18, 42:12, 42:25, 43:7, 45:9, 46:20, 47:8, 48:1, 49:15, 50:17, 53:24, 54:14, 54:16, 58:6, 62:3, 63:20, 63:21, 63:22, 64:3, 64:21, 64:23, 67:16, 68:25, 70:7, 70:21, 72:14, 73:9, 74:9, 74:10, 78:15, 80:23, 81:3
**areas** [1] - 75:16
**aren't** [4] - 8:21, 10:20, 12:1, 39:8
**Aren't** [1] - 10:24
**argue** [3] - 6:14, 12:4, 30:15
**argued** [3] - 22:25, 29:13, 81:23
**argues** [1] - 19:19
**argument** [18] - 6:5, 6:6, 6:17, 6:20, 7:15, 15:9, 15:21, 20:10, 30:2, 34:4, 41:23, 42:23, 45:18, 78:25, 79:12, 79:18, 79:22, 83:22
**arguments** [5] - 29:5, 42:11, 76:21, 82:12
**Army** [1] - 56:25
**around** [3] - 47:5, 69:4, 69:5
**array** [1] - 13:4
**as** [137] - 2:16, 2:17, 5:25, 6:1, 6:19, 6:20, 7:6, 7:19, 7:23, 8:11, 10:6, 10:18, 10:20, 10:24, 11:25, 14:6, 14:10, 14:22, 15:4, 15:7, 16:8, 17:8, 17:19, 17:23,

19:18, 19:19, 19:20, 19:22, 23:2, 23:5, 23:22, 24:2, 24:16, 25:4, 25:13, 25:16, 26:8, 27:7, 27:16, 28:17, 31:18, 34:19, 34:20, 35:16, 35:17, 36:16, 37:16, 39:8, 39:9, 39:13, 39:19, 39:22, 39:25, 40:13, 40:17, 40:22, 41:3, 41:6, 41:8, 42:2, 42:3, 42:6, 42:10, 42:22, 42:23, 43:9, 44:10, 44:18, 45:3, 45:14, 45:15, 45:19, 46:5, 46:9, 46:15, 47:17, 49:10, 49:24, 50:24, 51:5, 52:7, 53:3, 53:6, 53:10, 53:24, 54:5, 55:6, 58:12, 59:9, 59:21, 61:18, 61:25, 62:6, 62:10, 63:5, 63:8, 63:13, 65:15, 66:7, 66:8, 68:7, 72:7, 72:8, 72:23, 74:1, 74:2, 74:4, 74:7, 76:21, 77:4, 77:12, 77:14, 77:17, 78:9, 78:12, 78:15, 78:23, 79:8, 79:18, 80:1, 80:21, 82:20, 82:23, 84:11
**aside** [4] - 2:4, 8:12, 39:14, 54:11
**ask** [24] - 24:21, 24:25, 26:21, 27:3, 27:6, 31:4, 31:20, 36:15, 37:18, 42:7, 42:14, 42:22, 43:1, 49:14, 49:24, 50:14, 52:11, 53:5, 53:17, 53:18, 54:24, 69:4, 76:4, 76:5
**asked** [5] - 16:18, 17:10, 48:9, 48:19, 79:10
**asking** [2] - 29:7, 55:13
**asks** [1] - 7:5
**asserted** [1] - 21:13
**assess** [1] - 55:10
**assessment** [3] - 32:3, 71:5, 71:6
**assets** [8] - 54:14, 54:16, 61:19, 63:20, 63:21, 64:3, 64:5, 82:6
**Assistant** [1] - 2:10
**assisting** [2] - 27:19, 83:8
**assume** [3] - 5:21, 21:25, 75:22
**assumption** [1] - 28:10
**assurances** [2] - 16:18, 16:21
**assured** [1] - 16:19
**at** [74] - 4:21, 5:19, 7:1, 7:5, 8:25, 9:21, 11:12, 14:12, 14:21, 18:16, 19:20, 21:9, 24:15, 25:4, 26:10, 27:9, 27:11, 28:8, 30:14, 30:16, 30:18, 30:25, 32:22, 33:22, 34:16, 34:18, 36:2, 38:8, 38:9, 44:23, 47:6, 47:8, 50:5, 50:7, 50:23, 51:9, 53:13, 53:15, 54:16, 54:23, 54:24, 55:16, 57:19, 57:20, 60:4, 62:9, 62:18, 63:25, 64:5, 64:20, 64:22, 67:7, 69:5, 69:6, 69:12, 69:23, 70:23, 70:24, 72:19, 72:20, 73:2, 73:25, 74:24, 75:18, 76:14, 78:24, 79:8, 81:12, 82:17, 83:15, 84:1, 84:9, 85:16
**ATL** [1] - 1:17
**Atlanta** [1] - 50:23
**ATLANTA** [2] - 1:2, 1:24
**attached** [1] - 23:16
**attachments** [4] - 23:24, 24:14, 39:24, 41:7
**Attention** [1] - 70:14
**attention** [1] - 21:11
**Attorney** [4] - 1:17, 2:10, 70:25, 84:13

**attorney** [3] - 62:12, 65:8, 72:22
**attorney's** [1] - 60:1
**Attorney's** [2] - 32:18, 75:4
**Attorney-ATL** [1] - 1:17
**attorneys** [2] - 49:18, 62:8
**audit** [1] - 74:24
**August** [2] - 1:12, 23:20
**Augusta** [1] - 43:20
**AUSA** [2] - 2:7, 46:12
**authority** [2] - 19:14, 76:11
**authorize** [1] - 75:2
**authorized** [2] - 27:25, 71:23
**authorizing** [1] - 74:6
**available** [1] - 77:2
**avenue** [1] - 22:5
**avoid** [3] - 19:12, 66:16, 77:5
**away** [3] - 43:2, 56:9, 78:14

## B

**back** [14] - 28:4, 30:11, 30:20, 40:6, 47:21, 57:5, 62:1, 65:1, 66:13, 73:2, 81:21, 82:17, 83:13, 84:8
**backpedal** [1] - 13:2
**bad** [1] - 66:7
**bank** [11] - 19:22, 22:24, 26:1, 30:13, 60:19, 64:10, 64:14, 64:16, 64:19, 65:14, 68:10
**banks** [1] - 43:25
**Barron** [11] - 23:17, 24:1, 24:3, 24:18, 24:21, 26:2, 29:22, 32:12, 33:15, 34:13, 41:7
**BARRON** [5] - 29:23, 29:25, 30:18, 31:23, 34:14
**Barron's** [5] - 23:22, 34:4, 39:7, 39:15, 39:24
**base** [1] - 40:17
**baseball** [1] - 43:20
**based** [24] - 6:25, 9:17, 16:21, 17:11, 20:7, 20:8, 20:15, 25:24, 26:23, 29:13, 32:3, 32:12, 36:24, 36:25, 40:16, 56:4, 65:4, 67:16, 77:10, 78:11, 78:16, 78:22, 82:20, 82:23
**basic** [1] - 74:10
**basically** [4] - 12:7, 39:17, 56:9, 62:12
**basis** [3] - 11:14, 25:12, 29:11
**be** [121] - 5:3, 6:15, 6:25, 7:15, 9:4, 9:5, 9:16, 12:12, 12:23, 12:24, 13:25, 14:5, 17:19, 18:19, 19:16, 20:2, 20:9, 20:11, 20:25, 21:3, 21:10, 21:13, 21:14, 22:7, 22:19, 24:3, 24:6, 24:9, 24:10, 24:11, 25:4, 27:7, 27:12, 28:10, 28:11, 28:14, 28:22, 28:23, 29:7, 29:22, 30:19, 32:4, 32:6, 33:14, 36:18, 36:19, 37:1, 37:16, 37:18, 39:20, 40:8, 41:18, 44:5, 46:11, 48:7, 48:19, 49:5, 49:8, 49:19, 50:10, 50:24, 51:5, 51:15, 51:16, 52:13, 52:18, 54:13, 54:18, 54:22, 55:4, 55:8, 55:10, 57:2, 57:13, 57:23, 58:20, 58:22, 59:12, 59:18, 61:24, 62:7, 65:19, 67:10, 68:1,

68:12, 68:18, 69:1, 69:5, 69:11, 69:12, 70:8, 70:10, 70:17, 70:21, 70:24, 71:5, 71:6, 71:8, 71:15, 72:19, 72:20, 73:14, 73:15, 73:16, 74:14, 74:19, 75:11, 75:13, 75:16, 75:17, 75:20, 75:21, 81:1, 81:9, 82:4, 82:6, 85:1, 85:3

**because** [34] - 4:20, 5:9, 6:8, 7:21, 9:4, 9:10, 9:19, 12:21, 19:4, 21:2, 21:10, 22:20, 22:23, 26:7, 29:2, 30:12, 33:18, 33:25, 36:14, 45:1, 47:10, 48:10, 49:6, 52:8, 54:14, 54:25, 61:15, 63:7, 64:17, 65:7, 65:19, 68:7, 68:23, 74:10

**become** [3] - 70:23, 83:13, 85:12

**been** [42] - 2:22, 3:3, 4:17, 5:6, 13:7, 13:8, 13:10, 14:7, 16:9, 16:13, 22:4, 30:1, 35:21, 40:13, 43:18, 43:21, 45:20, 46:11, 47:5, 50:23, 51:13, 51:23, 57:25, 59:9, 59:14, 59:15, 59:23, 60:14, 62:3, 62:5, 62:6, 63:7, 69:22, 74:8, 80:8, 82:18, 83:20, 83:21, 83:23, 84:15, 85:10

**before** [20] - 3:11, 22:25, 23:1, 24:21, 32:19, 32:23, 52:2, 52:3, 52:20, 56:23, 57:13, 57:15, 59:16, 64:12, 68:7, 69:18, 78:11, 80:5

**BEFORE** [1] - 1:11

**begin** [1] - 53:15

**begun** [1] - 44:25

**behalf** [7] - 23:17, 24:1, 41:9, 41:20, 41:24, 79:22, 81:6

**Behalf** [2] - 1:15, 1:18

**behavior** [8] - 28:20, 29:15, 34:21, 34:24, 34:25, 35:2, 62:24, 74:11

**behind** [2] - 2:11, 28:19

**being** [15] - 5:20, 6:10, 11:23, 15:25, 17:22, 19:23, 22:18, 47:13, 60:16, 63:1, 63:14, 73:25, 79:7, 79:18, 81:2

**belief** [1] - 26:1

**believe** [22] - 3:23, 20:8, 20:18, 21:7, 22:1, 29:11, 29:17, 31:15, 34:1, 34:15, 37:1, 39:23, 40:7, 42:17, 46:6, 56:18, 61:18, 80:15, 80:24, 84:22, 85:1

**believes** [2] - 37:2, 52:7

**belonged** [1] - 4:15

**belonging** [1] - 68:10

**below** [3] - 52:25, 66:2, 78:18

**beneficiary** [4] - 30:16, 30:22, 30:23, 31:1

**benefit** [1] - 57:11

**benefits** [3] - 11:17, 20:14, 20:20

**Berdez** [1] - 36:5

**Berkshire** [9] - 11:12, 11:15, 11:24, 12:17, 12:20, 12:23, 13:22, 15:10, 45:20

**Best** [2] - 62:18, 62:19

**best** [2] - 55:4, 55:10

**better** [3] - 47:23, 69:11, 72:5

**between** [13] - 8:9, 11:18, 35:5, 36:1, 42:9, 42:16, 43:25, 44:22, 45:7, 45:25, 62:11, 62:16, 76:2

**beyond** [7] - 17:4, 18:20, 19:18, 44:14, 60:9, 60:14, 60:16

**bigger** [1] - 43:15

**bit** [5] - 13:2, 24:12, 55:21, 61:9, 85:7

**board** [1] - 47:13

**boat** [1] - 64:6

**bode** [1] - 8:7

**BOP** [1] - 52:16

**both** [20] - 2:17, 2:22, 3:9, 5:2, 5:11, 5:17, 6:4, 12:5, 23:19, 23:20, 25:23, 25:25, 28:24, 30:23, 36:9, 39:5, 39:23, 41:5, 83:18, 84:10

**bottom** [2] - 28:15, 82:13

**bought** [3] - 57:6, 61:17, 61:20

**BOULEE** [1] - 1:11

**Boulee** [1] - 57:21

**Boulevard** [1] - 70:15

**brazen** [1] - 60:13

**brazenly** [1] - 61:23

**breadth** [1] - 31:19

**break** [4] - 26:7, 69:24, 82:17, 84:9

**breaks** [2] - 8:22, 9:4

**breathless** [3] - 25:22, 26:12, 49:15

**brief** [5] - 7:22, 26:7, 49:18, 57:22, 84:10

**briefed** [1] - 9:8

**briefing** [3] - 3:21, 15:16, 17:18

**briefly** [3] - 32:10, 59:10, 65:23

**briefs** [1] - 42:11

**bring** [1] - 74:13

**brings** [2] - 39:4, 52:10

**broad** [1] - 23:25

**brought** [4] - 8:11, 33:7, 33:21, 50:12

**Brown** [1] - 70:14

**buckets** [1] - 79:4

**building** [2] - 43:22, 79:14

**buildings** [3] - 43:18, 47:4, 47:8

**built** [2] - 31:11, 46:17

**Bunn** [1] - 51:8

**bunn** [1] - 41:9

**burden** [12] - 3:19, 11:8, 15:14, 21:17, 22:9, 22:13, 22:16, 36:19, 37:23, 38:4, 48:10, 48:13

**Bureau** [7] - 70:8, 70:19, 71:21, 76:12, 84:15, 84:17, 84:22

**burning** [1] - 8:17

**Bush** [2] - 37:17, 37:25

**bush's** [2] - 38:23, 39:16

**business** [23] - 9:1, 9:2, 10:9, 10:11, 12:3, 12:10, 12:24, 31:11, 31:12, 31:13, 44:24, 46:19, 50:9, 54:13, 61:13, 61:16, 61:21, 62:23, 63:7, 63:9, 65:12, 78:13

**businesses** [7] - 31:11, 35:19, 43:12, 46:17, 46:18, 53:12, 54:5

**businessman** [4] - 52:23, 55:7, 66:22, 67:24

**but** [105] - 4:18, 4:23, 5:15, 6:4, 6:13, 6:19, 7:19, 8:4, 8:7, 8:18, 11:23, 15:17, 17:6, 17:21, 18:11, 18:23, 20:18, 21:25,

22:5, 22:21, 23:2, 23:5, 23:19, 24:16, 24:21, 24:25, 25:3, 25:13, 26:3, 26:10, 27:9, 28:6, 28:15, 28:18, 29:1, 29:9, 29:16, 29:18, 30:9, 30:16, 30:19, 31:1, 31:15, 31:25, 33:11, 33:21, 33:23, 34:4, 34:6, 34:9, 35:23, 37:7, 38:22, 39:15, 41:1, 41:18, 42:14, 43:12, 43:16, 43:24, 44:8, 44:12, 45:10, 46:20, 47:23, 48:6, 48:19, 48:22, 49:6, 49:22, 50:11, 50:25, 52:22, 53:24, 55:9, 56:2, 57:12, 59:22, 60:6, 64:13, 65:14, 66:25, 68:21, 69:14, 71:16, 72:5, 72:7, 72:10, 73:17, 76:22, 77:8, 77:13, 77:17, 77:25, 78:25, 79:12, 79:15, 80:24, 82:19, 82:22, 83:1, 83:22, 85:7

**but..** [1] - 55:13

**buy** [1] - 10:16

**Buy** [2] - 62:18, 62:19

**BY** [1] - 1:22

**by** [71] - 3:12, 5:15, 5:22, 5:25, 6:7, 13:11, 14:7, 14:9, 14:14, 14:16, 17:13, 19:15, 23:16, 28:1, 28:7, 28:24, 32:20, 38:4, 38:15, 40:22, 41:5, 41:9, 42:25, 43:20, 44:25, 46:7, 46:9, 47:1, 47:13, 47:20, 50:9, 52:18, 53:10, 53:14, 55:19, 58:21, 58:25, 59:2, 59:17, 61:1, 61:15, 61:25, 63:17, 64:3, 65:9, 66:1, 66:9, 66:18, 67:24, 68:17, 72:17, 72:24, 73:9, 74:1, 74:3, 74:8, 74:9, 74:12, 75:10, 78:25, 79:10, 79:11, 80:17, 83:21, 84:10, 84:22

## C

**c** [3] - 84:12, 84:15

**C** [1] - 2:1

**calculated** [4] - 60:6, 63:18, 67:17, 67:23

**calculation** [2] - 40:22, 59:14

**calculations** [2] - 40:17, 80:8

**call** [3] - 2:3, 6:12, 38:19

**called** [2] - 43:8, 67:12

**calls** [1] - 9:18

**came** [21] - 4:11, 4:22, 5:10, 5:12, 5:16, 12:21, 12:24, 12:25, 13:23, 15:11, 20:7, 20:8, 20:16, 20:17, 21:1, 21:19, 22:5, 28:11, 37:8, 46:6, 46:10

**camp** [1] - 48:18

**can** [35] - 5:18, 17:19, 20:17, 21:25, 25:11, 25:19, 26:5, 26:8, 29:6, 36:10, 39:23, 47:24, 49:9, 55:4, 58:12, 65:1, 66:21, 68:21, 69:6, 70:3, 70:10, 71:10, 72:8, 72:9, 72:10, 73:1, 76:12, 80:14, 80:25, 81:22, 82:13, 82:14, 82:15, 84:18, 85:11

**can't** [11] - 9:3, 12:4, 13:13, 25:13, 28:19, 29:2, 33:23, 49:18, 65:4, 78:7, 78:12

**Canada** [1] - 36:8

**candidates** [1] - 67:18

capable [1] - 54:8
capacity [1] - 9:15
capital [2] - 10:10, 20:21
car [2] - 61:17, 61:20
care [3] - 58:2, 65:18, 77:1
career [1] - 46:16
Carolina [1] - 31:12
Carr [1] - 70:15
carry [1] - 48:11
carrying [1] - 48:15
cars [3] - 61:18, 64:5, 68:9
cascading [1] - 43:23
case [73] - 2:3, 3:21, 5:1, 5:16, 6:7, 6:13, 7:2, 7:20, 7:21, 12:6, 13:6, 18:11, 18:16, 20:15, 21:7, 21:9, 21:11, 21:17, 21:24, 22:21, 25:16, 25:20, 27:17, 27:21, 27:22, 28:22, 29:12, 30:15, 33:3, 33:6, 33:10, 33:22, 34:1, 34:9, 34:17, 36:7, 38:8, 41:16, 42:20, 43:5, 43:13, 43:15, 44:11, 46:12, 48:22, 48:24, 49:22, 52:14, 52:20, 52:22, 52:24, 54:18, 58:6, 59:11, 59:15, 60:2, 61:19, 62:8, 63:15, 67:6, 67:12, 67:20, 67:21, 68:3, 68:15, 69:19, 72:3, 73:11, 73:14, 78:9, 81:2, 84:21
Case [1] - 2:5
cases [8] - 5:17, 6:23, 12:5, 36:2, 44:8, 67:15, 77:25, 78:1
cash [2] - 62:21, 68:8
Category [1] - 40:19
category [3] - 7:12, 24:5, 77:4
cathedral's [1] - 47:14
Cathelynn [2] - 1:16, 2:10
Cathleen [1] - 2:12
caught [1] - 62:21
causal [1] - 36:1
causally [1] - 35:22
causation [1] - 35:23
cause [3] - 28:6, 35:15, 45:17
caused [4] - 20:13, 28:7, 58:5, 58:9
causes [1] - 34:25
center [1] - 28:3
cents [1] - 27:2
certain [5] - 17:6, 45:9, 59:11, 73:5, 80:19
Certification [1] - 85:17
certify [1] - 85:18
cetera [2] - 24:9, 37:3
CFO [1] - 11:11
CFR [2] - 84:12, 84:17
challenge [3] - 27:18, 28:14, 37:6
challenges [2] - 37:5
chambers [1] - 23:18
change [3] - 12:24, 13:23, 71:1
changes [1] - 12:20
character [4] - 29:19, 48:5, 57:25, 58:13
characteristics [8] - 46:5, 56:16, 61:10, 61:11, 63:3, 65:22, 76:23, 77:13

charge [2] - 27:20, 28:11
charged [2] - 27:17, 35:4
charges [6] - 28:25, 32:21, 33:5, 33:22, 33:25, 75:5
charitable [1] - 77:18
charity [1] - 47:19
Charles [1] - 52:21
check [1] - 31:25
checking [1] - 64:14
chief [1] - 17:1
children [3] - 43:3, 58:12, 76:5
chloride [1] - 47:2
choice [3] - 49:8, 76:18
chosen [1] - 26:22
church [7] - 46:16, 47:15, 51:9, 52:1, 77:19, 79:8
circle [1] - 73:2
Circuit [6] - 14:4, 18:11, 18:17, 18:25, 67:6, 67:9
circuit [1] - 36:6
Circuit's [2] - 34:17, 36:7
circumstances [10] - 13:5, 43:8, 44:16, 45:23, 56:15, 60:4, 60:25, 76:23, 78:23, 80:19
cite [1] - 7:22
cited [3] - 5:1, 6:24, 27:22
citizen [1] - 63:1
citizens [1] - 50:24
civil [4] - 26:3, 33:6, 50:12, 50:13
claim [2] - 11:3, 20:20
claimed [1] - 62:1
claims [7] - 8:17, 8:24, 13:18, 49:20, 50:12, 65:1, 81:25
clarification [1] - 38:7
clarifications [2] - 23:7, 37:15
clarified [1] - 14:10
clarify [1] - 39:21
clean [2] - 48:25, 49:6
clear [7] - 20:3, 29:2, 33:19, 34:8, 57:23, 63:4, 64:13
clear-cut [1] - 29:2
clearly [5] - 4:7, 4:8, 4:11, 15:22, 16:25
Clerk [2] - 71:6, 81:5
client [8] - 2:24, 24:24, 30:2, 31:13, 41:24, 48:23, 48:24, 76:1
clients [5] - 23:17, 24:2, 24:3, 27:7, 31:17
close [1] - 47:20
closed [2] - 64:11, 64:17
clothes [2] - 65:3, 68:11
club [1] - 61:4
Club [1] - 61:6
co [1] - 47:19
co-sits [1] - 47:19
Code [1] - 32:6
cognizant [4] - 77:22, 79:6, 79:13, 79:20
Cohen [15] - 26:19, 30:11, 30:25, 31:7, 32:14, 34:16, 35:16, 37:7, 37:13, 38:19,

38:22, 41:8, 49:13, 61:2
Cohen's [3] - 37:19, 38:2, 39:14
collar [3] - 67:15, 77:25, 78:10
collars [1] - 67:11
colleague [1] - 51:9
colleagues [1] - 51:18
collect [3] - 84:13, 84:18, 84:23
collected [1] - 63:9
collection [2] - 74:2, 85:1
college [4] - 47:10, 47:11, 56:23, 76:5
come [7] - 4:22, 37:15, 47:21, 48:9, 48:19, 66:7, 82:17
comes [5] - 4:24, 45:12, 48:19, 48:20, 50:8
comfort [1] - 69:24
commendable [1] - 78:2
comment [2] - 32:16, 51:21
comments [1] - 57:22
commercial [1] - 8:8
commingling [1] - 28:3
commission [6] - 15:19, 18:8, 18:14, 34:20, 34:22, 35:3
Commission [1] - 67:8
commit [2] - 16:14, 73:20
committed [4] - 66:8, 70:7, 77:4, 77:15
common [1] - 42:10
communications [1] - 75:9
community [5] - 46:25, 47:5, 47:25, 74:18
companies [4] - 11:16, 13:15, 44:12, 44:13
company [36] - 4:8, 6:19, 6:20, 7:24, 7:25, 8:15, 8:16, 8:19, 8:21, 9:1, 9:11, 9:14, 9:16, 9:17, 9:19, 10:15, 10:18, 10:21, 10:24, 11:24, 12:1, 12:3, 12:7, 12:22, 13:19, 15:4, 15:7, 16:1, 16:11, 43:25, 45:19, 50:3, 50:5, 61:15
Company [1] - 70:14
compelled [1] - 78:25
compelling [1] - 79:13
complaint [1] - 49:18
complete [3] - 74:17, 74:23, 75:1
completed [2] - 74:19, 74:22
completely [1] - 28:15
completes [1] - 85:13
complicated [3] - 9:15, 43:15, 63:12
comply [5] - 28:9, 73:18, 74:7, 74:16, 77:9
COMPUTER [1] - 1:22
COMPUTER-AIDED [1] - 1:22
computers [1] - 75:9
conceal [2] - 19:8, 19:15
concealing [1] - 35:13
concealment [2] - 18:8, 18:14
concede [1] - 13:12
conceded [3] - 15:16, 36:10, 39:2
concerned [1] - 78:15
concerning [1] - 15:9
concerns [1] - 53:6

**concessions** [1] - 36:11
**conclude** [2] - 51:21, 82:25
**concludes** [1] - 84:1
**conclusion** [2] - 5:17, 5:19
**conclusions** [3] - 40:12, 40:14, 40:16
**concocted** [1] - 79:7
**concrete** [1] - 30:12
**condition** [5] - 70:23, 74:13, 75:14, 75:15, 75:16
**conditions** [6] - 71:11, 73:19, 74:8, 74:9, 74:14, 74:16
**conduct** [28] - 13:11, 14:7, 14:9, 18:24, 24:8, 24:9, 27:16, 27:17, 27:22, 27:24, 28:12, 29:13, 29:16, 29:17, 30:14, 31:7, 31:19, 31:20, 34:3, 35:7, 35:13, 35:14, 35:21, 35:25, 52:24, 58:4, 74:13, 75:14
**conducted** [5] - 2:21, 22:21, 59:15, 75:10, 75:17
**confer** [1] - 24:24
**confinement** [6] - 52:15, 71:10, 71:15, 72:15, 79:19, 79:21
**confiscation** [1] - 75:19
**confronted** [1] - 68:1
**confused** [1] - 8:10
**conglomerate** [1] - 11:15
**Congress** [1] - 67:8
**connection** [6] - 7:13, 35:4, 37:17, 41:16, 52:12, 65:12
**consent** [1] - 84:10
**consequences** [1] - 27:15
**consider** [22] - 24:11, 25:11, 25:13, 26:10, 27:21, 28:17, 29:18, 30:19, 31:4, 31:6, 31:14, 31:15, 31:21, 36:10, 39:6, 39:9, 39:23, 44:13, 44:16, 45:23, 48:2, 53:5
**consideration** [1] - 34:11
**considerations** [1] - 77:10
**considered** [7] - 9:16, 24:4, 32:6, 33:14, 67:10, 75:20, 84:20
**considering** [4] - 31:5, 31:18, 41:3, 44:16
**considers** [1] - 10:4
**consistent** [2] - 73:6, 78:18
**constituted** [2] - 23:6, 25:16
**constituting** [2] - 34:22, 35:3
**construct** [1] - 43:19
**constructed** [1] - 43:19
**construction** [1] - 43:25
**contain** [1] - 75:17
**content** [1] - 57:25
**contentious** [1] - 22:20
**context** [5] - 18:18, 44:6, 44:18, 44:20, 45:22
**continue** [1] - 58:10
**continued** [1] - 19:9
**contraband** [1] - 75:20
**contractual** [1] - 28:21
**contrary** [1] - 80:20

**contribute** [1] - 12:9
**contributed** [2] - 25:17, 31:2
**contributing** [1] - 45:1
**contributions** [1] - 20:21
**control** [3] - 5:11, 14:24, 17:8
**controlled** [8] - 4:3, 5:14, 15:24, 19:21, 60:19, 73:22, 73:23
**convenient** [1] - 68:23
**conviction** [3] - 27:14, 29:18, 80:14
**convince** [1] - 79:17
**convinced** [2] - 79:16, 83:21
**cool** [4] - 63:9, 63:18, 67:16, 67:23
**cooperate** [1] - 74:2
**copied** [3] - 23:19, 37:24, 38:2
**copy** [1] - 2:22
**core** [1] - 59:1
**corporation** [1] - 79:4
**correct** [8] - 3:13, 3:14, 6:2, 6:22, 40:8, 75:24, 82:9, 85:18
**correctly** [1] - 75:22
**cost** [16] - 72:2, 72:3, 72:8, 72:10, 72:11, 72:25, 81:3, 81:15, 82:2, 82:15, 83:1, 83:25, 84:9, 84:14, 84:23, 85:1
**costs** [1] - 35:5
**Coudriet** [1] - 83:8
**could** [22] - 7:13, 12:17, 26:10, 27:7, 30:9, 33:24, 34:1, 39:5, 39:6, 49:4, 52:17, 52:18, 52:24, 55:8, 61:6, 62:1, 66:13, 66:24, 69:8, 72:11, 79:16, 79:17
**couldn't** [6] - 6:23, 8:8, 12:6, 30:15, 66:11, 66:22
**counsel** [7] - 2:7, 46:7, 57:12, 72:7, 76:2, 81:7, 81:14
**Counsel** [2] - 40:8, 82:25
**counsel's** [3] - 82:9, 82:11, 83:22
**counselor** [1] - 52:3
**Count** [2] - 2:19, 50:21
**count** [3] - 55:19, 59:20
**country** [3] - 44:9, 78:3
**counts** [2] - 4:24, 50:22
**couple** [6] - 10:1, 32:11, 46:23, 47:3, 53:20, 56:20
**course** [6] - 2:16, 47:15, 66:22, 66:24, 66:25, 67:5
**court** [15] - 8:13, 14:23, 25:11, 26:4, 49:20, 50:13, 70:1, 72:22, 72:23, 80:25, 81:6, 83:9, 84:3, 85:14
**COURT** [105] - 1:1, 1:23, 2:2, 2:14, 2:17, 3:2, 3:6, 3:15, 3:16, 5:18, 6:3, 6:17, 7:17, 8:3, 8:6, 8:12, 9:23, 10:20, 11:2, 11:20, 11:23, 12:15, 14:1, 17:14, 17:16, 17:25, 18:3, 21:15, 22:7, 23:9, 23:12, 25:2, 27:2, 27:6, 29:21, 29:24, 30:15, 31:22, 31:24, 32:8, 33:13, 34:12, 34:15, 37:20, 38:7, 38:14, 38:21, 39:1, 39:21, 40:3, 40:6, 40:11, 41:2, 41:15, 41:19, 41:22, 42:1, 53:20, 54:8, 54:10, 54:20, 55:11, 55:14, 55:19, 55:21, 55:23, 56:9, 56:12, 56:19, 56:25, 57:2, 57:9, 57:11, 57:17, 57:19, 58:15, 68:16,

69:16, 69:22, 70:1, 70:3, 70:5, 71:14, 73:4, 73:12, 73:18, 75:25, 76:6, 76:8, 76:18, 80:5, 80:12, 80:14, 81:14, 81:17, 81:21, 82:3, 82:11, 83:4, 83:7, 84:3, 84:6, 84:8, 85:6, 85:14
**Court** [38] - 2:4, 12:14, 13:6, 14:10, 23:3, 26:21, 28:15, 29:4, 29:10, 29:18, 31:15, 34:21, 38:5, 40:23, 41:11, 42:4, 44:9, 44:13, 48:6, 48:12, 52:19, 57:22, 69:17, 70:7, 71:7, 72:1, 72:2, 72:24, 74:1, 74:9, 74:13, 76:11, 80:7, 81:5, 84:11, 84:18, 85:22, 85:22
**Court's** [7] - 19:1, 23:22, 27:19, 29:16, 39:6, 39:7
**court-appointed** [1] - 81:6
**court-ordered** [1] - 72:23
**COURTHOUSE** [1] - 1:23
**COURTROOM** [1] - 2:4
**courts** [1] - 44:9
**cover** [3] - 7:8, 7:12, 84:14
**covered** [3] - 80:1, 80:4
**Covid** [2] - 43:12, 46:19
**Cox** [4] - 41:9, 51:22, 52:5, 52:6
**crafted** [2] - 13:5, 13:6
**create** [1] - 33:2
**created** [1] - 12:11
**credibility** [1] - 38:9
**credible** [1] - 39:10
**credit** [7] - 56:4, 59:21, 59:24, 62:24, 68:21, 75:5, 75:6
**credited** [1] - 65:19
**crediting** [1] - 66:3
**creditors** [1] - 81:25
**credits** [1] - 10:5
**crime** [13] - 16:15, 17:13, 25:3, 25:5, 29:12, 30:16, 34:19, 34:21, 67:22, 73:21, 77:16, 78:10, 83:23
**Crime** [2] - 27:12, 34:6
**crimes** [3] - 67:16, 67:17, 67:18
**Criminal** [2] - 2:20, 40:19
**CRIMINAL** [1] - 1:5
**criminal** [10] - 28:1, 34:24, 46:14, 52:23, 52:24, 54:18, 67:15, 76:10, 78:5
**criteria** [1] - 77:7
**critical** [1] - 67:9
**culpability** [2] - 44:19, 45:15
**Cunningham** [17] - 41:10, 47:21, 47:23, 50:18, 50:20, 51:2, 51:3, 51:5, 51:7, 59:18, 62:6, 65:7, 65:9, 65:12, 65:13, 65:16
**cunningham** [1] - 50:19
**Cunningham's** [1] - 47:22
**custody** [8] - 42:8, 52:18, 53:16, 55:1, 55:9, 70:8, 70:21, 71:21
**cut** [1] - 29:2
**cuts** [1] - 12:5
**CVRA** [8] - 24:4, 25:14, 27:8, 32:4, 34:18, 35:1, 35:22, 36:14

## D

**D** [1] - 2:1
**D4** [1] - 84:21
**damaged** [1] - 45:2
**dangerous** [1] - 45:10
**data** [1] - 75:10
**Date** [1] - 85:24
**date** [1] - 62:2
**davis** [1] - 2:18
**DAVIS** [1] - 1:6
**Davis** [57] - 2:5, 2:16, 15:2, 17:20, 19:6, 19:20, 20:24, 25:17, 26:16, 26:19, 26:23, 30:10, 31:8, 31:10, 31:20, 41:9, 43:11, 44:22, 45:2, 45:7, 46:7, 46:14, 46:21, 46:24, 47:2, 47:6, 47:10, 47:13, 47:19, 48:9, 48:10, 48:20, 48:24, 48:25, 49:9, 50:15, 50:20, 51:4, 51:6, 51:14, 51:22, 52:6, 52:8, 53:12, 57:4, 57:11, 65:15, 70:5, 70:7, 71:15, 79:6, 80:14, 81:11, 83:11, 85:9
**Davis's** [11] - 10:19, 44:19, 45:15, 46:5, 48:5, 51:8, 51:10, 51:11, 52:5, 53:10, 57:4
**day** [8] - 48:14, 57:6, 62:2, 66:14, 78:1, 79:16
**day-to-day** [1] - 78:1
**days** [3] - 71:1, 73:24, 81:2
**deadline** [1] - 23:4
**deal** [5] - 3:10, 11:9, 20:24, 62:9, 83:16
**dealings** [1] - 15:7
**deals** [3] - 46:23, 47:3, 63:7
**debates** [1] - 14:8
**debt** [1] - 66:25
**debts** [4] - 35:9, 60:24, 61:4, 81:23
**decide** [3] - 49:21, 72:8, 76:13
**decided** [11] - 27:20, 32:21, 33:4, 33:5, 33:24, 45:1, 63:6, 67:9, 79:23, 83:18, 84:21
**deciding** [2] - 31:19, 34:2
**decimated** [1] - 47:1
**decision** [5] - 7:6, 29:16, 59:10, 63:10, 63:18
**decisions** [1] - 67:24
**deck** [1] - 43:23
**deemed** [1] - 75:21
**deeply** [2] - 58:4, 66:8
**defect** [1] - 80:16
**defendant** [96] - 3:25, 4:3, 4:4, 4:6, 4:12, 4:16, 4:18, 4:20, 5:15, 14:11, 14:13, 14:14, 14:19, 14:25, 15:3, 15:8, 15:17, 15:23, 16:5, 16:14, 17:2, 17:5, 17:7, 18:5, 18:6, 18:12, 18:20, 18:22, 19:2, 19:6, 19:11, 20:9, 21:1, 21:4, 21:12, 28:19, 29:20, 31:9, 35:4, 35:12, 35:18, 35:23, 37:15, 41:9, 41:20, 42:20, 52:20, 54:18, 58:19, 58:22, 59:3, 59:25, 60:7, 60:13, 60:18, 61:1, 61:2, 61:3, 61:10, 61:16, 61:21, 61:25, 62:4, 62:11, 62:16, 63:4, 63:24, 64:1, 64:9, 64:10,

64:18, 64:22, 65:2, 65:10, 65:11, 65:17, 65:18, 65:21, 65:22, 66:3, 66:6, 66:18, 67:2, 67:21, 76:3, 76:8, 76:14, 76:24, 77:1, 77:14, 80:5, 80:20
**Defendant** [2] - 1:7, 1:18
**DEFENDANT** [2] - 57:21, 81:13
**defendant's** [15] - 4:13, 15:9, 18:20, 19:14, 20:10, 21:16, 35:8, 35:20, 36:15, 59:18, 60:17, 61:8, 61:11, 62:12, 63:20
**defendants** [1] - 67:11
**defense** [39] - 2:23, 3:9, 3:13, 4:13, 5:3, 6:17, 6:19, 6:24, 9:11, 13:12, 15:6, 15:16, 20:17, 23:14, 23:19, 32:5, 36:9, 37:1, 37:9, 37:14, 39:5, 39:23, 40:25, 41:5, 58:25, 59:2, 59:12, 59:24, 62:16, 63:24, 65:8, 69:21, 76:2, 79:11, 79:23, 80:6, 80:12, 82:8, 83:3
**define** [2] - 10:15, 35:16
**defined** [1] - 6:19
**defines** [1] - 34:19
**definition** [3] - 4:9, 7:3, 25:14
**definitions** [1] - 10:13
**defraud** [1] - 45:16
**defrauded** [2] - 26:2, 35:17
**delay** [3] - 68:14
**delegated** [1] - 84:15
**delineated** [1] - 76:21
**delta** [3] - 42:15, 45:25, 46:2
**delve** [1] - 24:12
**demand** [2] - 45:4, 45:5
**demands** [1] - 20:24
**DENISE** [1] - 1:23
**dent** [1] - 69:6
**departure** [3] - 60:3, 62:25, 63:2
**DEPUTY** [1] - 2:4
**derailed** [1] - 47:8
**derailment** [1] - 47:1
**derive** [1] - 14:11
**derived** [8] - 3:18, 4:10, 5:6, 5:20, 6:10, 14:13, 14:19, 14:22
**describe** [1] - 47:9
**described** [6] - 10:2, 10:6, 43:9, 47:16, 62:6, 63:8
**describes** [2] - 17:19, 44:10
**designated** [1] - 48:18
**designed** [3] - 7:8, 7:11, 7:12
**despite** [4] - 26:16, 82:11, 83:11, 85:9
**detection** [2] - 19:12, 19:15
**detention** [10] - 52:14, 52:16, 52:18, 53:2, 53:16, 72:16, 76:12, 79:13, 79:18, 79:22
**determine** [2] - 22:5, 34:21
**determined** [1] - 74:1
**deterrence** [16] - 66:5, 66:6, 66:17, 67:4, 67:5, 67:7, 67:9, 67:12, 67:14, 67:19, 67:20, 76:25, 77:8, 78:9, 78:11, 78:12
**developed** [2] - 10:10, 29:3
**developer** [1] - 43:25

**development** [5] - 10:11, 12:11, 43:18, 43:20, 44:5
**devices** [1] - 75:10
**did** [21] - 4:22, 15:17, 15:18, 17:9, 17:21, 22:25, 26:19, 28:7, 30:8, 37:18, 44:19, 45:16, 46:24, 47:3, 59:4, 60:22, 66:7, 66:19, 67:21, 78:20
**didn't** [12] - 7:21, 12:16, 18:23, 18:24, 23:3, 33:2, 33:20, 45:15, 50:1, 51:1, 79:16, 79:17
**die** [1] - 78:3
**difference** [2] - 39:11, 42:9
**different** [5] - 7:9, 37:9, 66:10, 71:24, 71:25
**differentiate** [1] - 8:8
**difficult** [4] - 51:12, 54:17, 77:22, 77:24
**difficulty** [1] - 55:6
**digress** [1] - 8:3
**digressed** [1] - 36:14
**dime** [1] - 62:3
**diminish** [1] - 46:20
**direct** [7] - 6:9, 27:13, 34:23, 34:25, 35:14
**directed** [1] - 74:2
**directing** [2] - 11:13, 12:23
**directives** [1] - 77:9
**directly** [8] - 5:10, 5:15, 5:20, 6:10, 13:24, 14:23, 34:8, 34:19
**disagree** [5] - 21:18, 22:8, 25:7, 40:2, 82:12
**disclosure** [1] - 74:23
**discovered** [2] - 59:16, 59:22
**discovery** [10] - 20:7, 20:15, 20:19, 20:22, 21:21, 22:1, 22:19, 22:23, 36:25, 59:19
**discreet** [1] - 30:18
**discretion** [3] - 53:8, 54:25, 72:19
**discuss** [6] - 2:25, 3:16, 6:23, 7:19, 59:10, 77:12
**discussed** [5] - 40:7, 59:9, 59:11, 59:23, 74:4
**Discussion** [1] - 76:2
**discussion** [3] - 60:12, 62:5, 84:10
**dismiss** [1] - 32:17
**dismissed** [4] - 26:18, 26:20, 28:8, 32:14
**disparities** [2] - 78:15, 78:16
**disparity** [1] - 77:6
**disposal** [1] - 75:19
**dispose** [1] - 54:17
**dispute** [16] - 3:24, 4:2, 10:3, 10:12, 12:2, 13:19, 18:22, 43:17, 43:18, 43:22, 44:1, 44:3, 45:7, 50:5, 50:6, 54:12
**disputes** [1] - 58:3
**distinction** [1] - 11:18
**distract** [1] - 49:21
**distribute** [1] - 10:16
**district** [4] - 25:11, 70:25, 71:22, 78:17

**District** [8] - 19:1, 36:3, 36:4, 36:6, 71:7, 85:22, 85:23
**DISTRICT** [3] - 1:1, 1:1, 1:11
**divert** [1] - 21:11
**divide** [1] - 68:17
**division** [3] - 11:3, 11:5
**DIVISION** [1] - 1:2
**divisions** [1] - 11:2
**divorce** [5] - 63:8, 63:11, 63:17, 67:23
**DNA** [1] - 74:2
**do** [52] - 3:2, 3:7, 8:25, 10:14, 10:19, 11:4, 12:1, 17:2, 17:3, 19:17, 20:2, 22:15, 24:1, 24:16, 24:25, 25:7, 26:21, 26:22, 28:2, 28:6, 28:9, 28:13, 28:14, 28:21, 29:3, 33:20, 34:4, 34:15, 36:11, 42:24, 45:12, 45:13, 45:18, 48:21, 53:3, 53:20, 54:8, 54:22, 58:1, 59:6, 64:2, 67:25, 68:16, 68:19, 69:3, 69:8, 72:1, 75:22, 81:11, 81:22, 82:15
**docket** [2] - 52:22, 52:25
**DOCKET** [1] - 1:5
**doctor** [1] - 52:3
**document** [1] - 19:20
**documents** [5] - 21:5, 26:17, 28:20, 41:11, 74:24
**dodge** [1] - 9:7
**does** [24] - 7:24, 9:15, 11:24, 12:8, 18:22, 23:6, 27:16, 29:6, 42:18, 42:19, 47:15, 48:25, 53:15, 58:16, 59:20, 64:10, 65:4, 67:3, 68:5, 76:11, 80:6, 82:5, 82:12, 85:3
**Does** [1] - 7:25
**doesn't** [21] - 5:7, 12:21, 12:24, 13:23, 17:23, 26:2, 27:12, 33:18, 46:20, 48:13, 48:25, 49:7, 54:20, 55:7, 62:19, 64:16, 65:18, 65:19, 75:22, 82:1, 82:9
**Doesn't** [1] - 8:7
**doing** [6] - 8:23, 10:18, 12:7, 59:5, 61:24, 62:24
**DOJ** [1] - 34:7
**dollar** [1] - 10:11
**dollars** [16] - 3:24, 4:25, 6:16, 16:10, 21:12, 44:14, 59:17, 60:7, 60:8, 60:10, 60:16, 60:18, 62:19, 62:20, 64:25, 68:10
**domestic** [1] - 45:11
**don't** [57] - 3:23, 4:1, 5:2, 9:4, 9:20, 12:2, 12:20, 13:19, 16:15, 20:7, 20:15, 20:18, 20:22, 21:2, 21:7, 21:13, 21:14, 21:19, 21:20, 21:23, 22:1, 22:10, 22:19, 23:20, 24:11, 25:11, 25:25, 26:7, 26:9, 26:21, 26:25, 27:9, 28:22, 29:17, 30:7, 31:12, 34:1, 35:19, 37:22, 38:3, 40:2, 48:21, 49:19, 52:21, 55:7, 62:17, 64:8, 64:15, 68:21, 78:15, 80:3, 81:17, 82:8, 82:17, 85:1
**done** [11] - 19:23, 24:14, 27:21, 31:10, 36:25, 48:10, 49:23, 52:20, 65:2, 77:17, 79:9
**Doug** [2] - 1:19, 2:15

**down** [13] - 7:17, 8:13, 8:17, 8:24, 42:13, 53:22, 54:5, 54:13, 56:1, 56:17, 83:8, 83:19, 85:7
**downplay** [1] - 44:7
**downward** [4] - 42:4, 49:10, 52:15, 52:17
**drafted** [1] - 32:4
**draw** [2] - 8:25, 29:3
**drive** [1] - 48:17
**DRIVE** [1] - 1:24
**drug** [3] - 49:1, 73:24, 74:1
**duck** [2] - 7:24, 8:4
**due** [2] - 68:25, 71:5
**dues** [1] - 61:4
**during** [5] - 15:7, 65:8, 67:22, 74:17, 74:19
**duty** [3] - 56:20, 56:24, 78:3
**DWAYNE** [1] - 1:6
**Dwayne** [2] - 2:5, 70:7

# E

**E** [2] - 2:1
**each** [2] - 36:12, 45:12
**earlier** [2] - 30:14, 39:5
**early** [1] - 44:25
**earn** [2] - 49:4, 70:19
**easier** [1] - 82:22
**easily** [1] - 69:8
**easy** [1] - 34:5
**eating** [1] - 64:25
**economic** [2] - 7:9, 67:16
**education** [1] - 72:21
**effect** [1] - 79:8
**effects** [3] - 34:23, 34:25, 53:14
**either** [12] - 7:21, 13:20, 33:11, 41:12, 48:23, 53:14, 54:21, 65:17, 69:18, 76:14, 83:1
**electronic** [2] - 72:18, 75:9
**Eleventh** [7] - 14:3, 18:11, 18:17, 18:25, 34:17, 67:6, 67:8
**eligible** [1] - 49:5
**eliminating** [1] - 36:1
**else** [13] - 8:14, 8:20, 18:1, 23:10, 30:20, 32:9, 33:16, 45:13, 69:18, 73:1, 80:2, 82:25, 83:4
**else's** [1] - 61:3
**email** [2] - 17:4, 71:10
**embroiled** [1] - 12:12
**emotional** [2] - 34:9, 48:7
**Employees** [1] - 70:14
**employees** [2] - 50:5, 58:6
**employment** [1] - 72:21
**encompass** [1] - 7:11
**encompasses** [1] - 27:15
**encourage** [1] - 68:13
**end** [8] - 24:13, 45:12, 50:8, 73:2, 74:19, 78:17, 79:15
**ended** [2] - 3:25, 21:22

**energy** [1] - 50:10
**enforceable** [1] - 80:24
**engaged** [2] - 31:8, 31:20
**engaging** [1] - 7:1
**enhancement** [13] - 3:23, 4:13, 9:19, 12:14, 13:24, 14:3, 14:4, 15:22, 18:4, 18:5, 18:9, 18:18, 19:1
**enough** [3] - 8:23, 15:4, 33:2
**entered** [2] - 80:21, 81:2
**entire** [1] - 46:17
**entitled** [2] - 25:4, 85:19
**entitlement** [2] - 60:13, 60:17
**entity** [5] - 5:13, 6:25, 10:8, 10:16, 12:9
**envisioned** [1] - 9:5
**equipment** [1] - 72:18
**especially** [1] - 32:14
**essence** [1] - 79:23
**essentially** [3] - 37:24, 52:15, 56:17
**establish** [4] - 14:21, 18:10, 74:10, 84:13
**established** [1] - 77:3
**establishing** [1] - 31:17
**estate** [1] - 43:18
**et** [2] - 24:9, 37:3
**evaluate** [1] - 55:4
**even** [21] - 4:17, 5:4, 5:21, 6:12, 6:13, 15:5, 21:8, 24:11, 28:22, 31:3, 33:6, 33:7, 46:1, 48:11, 50:12, 50:25, 51:1, 52:6, 59:12, 61:17, 66:8
**event** [2] - 4:18, 84:18
**events** [2] - 35:21, 43:23
**eventually** [1] - 27:3
**ever** [5] - 8:14, 9:11, 22:24, 48:22, 64:18
**every** [8] - 12:7, 17:20, 18:21, 47:19, 48:23, 59:24, 64:25, 66:4
**everybody** [1] - 38:11
**everyone** [5] - 13:15, 57:20, 62:23, 82:19, 85:13
**evidence** [12] - 17:4, 20:18, 21:2, 21:4, 21:23, 23:2, 28:18, 30:7, 33:19, 38:20, 41:16, 75:17
**evidenced** [1] - 53:10
**evident** [2] - 42:3, 77:20
**evidentiary** [1] - 75:21
**exactly** [1] - 67:21
**example** [5] - 11:20, 20:12, 37:17, 45:3, 52:17
**exceeded** [1] - 20:21
**except** [2] - 49:14, 72:21
**exceptions** [2] - 80:22, 81:1
**excuse** [2] - 19:8, 21:13
**excuses** [4] - 19:11, 21:10, 58:6, 69:1
**excusing** [1] - 44:12
**executed** [1] - 7:1
**Exhibit** [4] - 23:22, 23:23, 39:6, 39:7
**exist** [1] - 58:3
**existed** [1] - 16:12

**exists** [1] - 75:15
**expect** [1] - 42:6
**expectations** [1] - 74:10
**expects** [1] - 54:3
**expenditures** [1] - 4:4
**expense** [2] - 61:13, 61:16
**expenses** [3] - 60:1, 64:23, 69:7
**explain** [2] - 5:4, 42:22
**explained** [4] - 17:2, 46:15, 56:14, 84:11
**explaining** [1] - 79:9
**explanations** [1] - 66:10
**extent** [3] - 16:12, 37:5, 85:6
**extra** [1] - 45:25
**extraordinary** [1] - 49:17

## F

**F.3d** [5] - 14:3, 18:16, 34:18, 36:8, 38:8
**F.4th** [1] - 67:7
**face** [1] - 25:24
**facili** [1] - 19:7
**facilitate** [4] - 15:18, 17:23, 18:24, 19:8
**facilitated** [4] - 16:13, 17:13, 18:7, 18:14
**facilitation** [2] - 16:6, 16:16
**facility** [1] - 76:12
**fact** [25] - 12:22, 12:24, 13:4, 13:23, 20:11, 21:14, 28:19, 29:17, 30:12, 33:23, 36:25, 37:1, 40:12, 40:13, 40:16, 44:12, 44:22, 46:21, 54:12, 63:6, 63:13, 77:22, 79:6, 79:13, 83:11
**factor** [4] - 43:7, 49:10, 56:4, 67:10
**factored** [2] - 24:6, 24:9
**factors** [10] - 39:25, 41:4, 42:24, 48:1, 51:19, 53:7, 58:18, 59:2, 76:22, 77:13
**facts** [9] - 10:4, 15:22, 16:24, 17:11, 21:8, 22:2, 82:20, 82:23
**factual** [7] - 3:9, 3:24, 10:3, 19:25, 23:4, 23:14, 36:15
**factually** [3] - 4:1, 25:23, 37:8
**failure** [2] - 69:11, 75:11
**Failure** [1] - 76:9
**fair** [3] - 55:21, 66:2, 68:3
**faith** [1] - 57:25
**false** [4] - 19:11, 35:18, 44:1, 65:16
**family** [6] - 43:3, 46:15, 51:13, 51:18, 58:8, 85:10
**far** [13] - 7:23, 8:3, 20:21, 24:2, 25:13, 50:14, 53:24, 56:7, 72:8, 77:12, 78:15, 78:23, 80:1
**father** [3] - 47:24, 77:21, 77:23
**favor** [1] - 62:17
**FBI** [21] - 11:12, 32:18, 32:24, 32:25, 33:1, 33:2, 37:25, 38:16, 46:6, 46:7, 46:8, 46:10, 46:13, 61:12, 61:25, 65:11, 66:9, 66:11, 66:12, 66:18, 68:19
**fear** [1] - 68:24
**Fed** [1] - 18:10

**federal** [5] - 34:20, 44:9, 48:17, 73:20, 83:12
**Federal** [5] - 2:20, 27:14, 27:15, 34:22, 35:3
**fee** [2] - 84:13, 84:18
**feel** [2] - 27:5, 55:12
**feels** [1] - 63:7
**fees** [2] - 60:1, 81:4
**felony** [1] - 66:1
**few** [1] - 81:1
**field** [1] - 32:20
**figuring** [1] - 68:6
**file** [2] - 81:3, 81:5
**filed** [4] - 3:4, 26:17, 41:5, 81:1
**final** [4] - 34:10, 51:21, 56:5, 59:16
**finally** [3] - 53:17, 58:8, 66:5
**finances** [5] - 53:10, 54:16, 55:2, 69:12, 74:24
**financial** [32] - 3:18, 4:6, 4:7, 4:9, 4:24, 5:5, 6:18, 7:3, 7:6, 7:10, 7:14, 10:13, 12:6, 13:8, 13:10, 13:13, 14:5, 14:11, 14:22, 14:24, 15:5, 17:1, 19:3, 19:17, 34:9, 58:5, 74:24, 75:1, 75:2, 75:3, 81:24
**Financial** [1] - 70:20
**find** [10] - 6:23, 12:6, 14:23, 28:17, 52:8, 65:6, 77:10, 82:18, 82:21
**finding** [3] - 36:25, 38:10, 71:16
**findings** [4] - 40:11, 40:13, 40:16, 80:7
**finds** [1] - 72:1
**Fine** [1] - 40:19
**fine** [7] - 72:2, 72:3, 72:6, 72:9, 84:19, 84:21, 84:25
**finish** [1] - 69:24
**firm** [2] - 50:22, 56:5
**firms** [1] - 50:24
**First** [1] - 57:23
**first** [22] - 3:10, 3:16, 3:19, 10:2, 14:10, 23:21, 24:23, 25:1, 27:11, 34:22, 35:2, 36:20, 43:6, 52:13, 52:19, 53:1, 53:14, 55:3, 55:25, 71:14, 76:16, 76:18
**fit** [2] - 17:8, 60:20
**fits** [2] - 4:8, 10:12
**five** [3] - 45:4, 56:21, 78:4
**flow** [1] - 68:8
**flowed** [3] - 5:20, 14:23, 15:1
**focused** [1] - 35:22
**folks** [3] - 16:21, 24:16, 49:25
**follow** [3] - 19:9, 33:8, 33:9
**follow-up** [1] - 19:9
**followed** [2] - 52:18, 58:21
**following** [2] - 70:13, 74:16
**follows** [1] - 40:17
**footnote** [2] - 26:2, 64:8
**footnotes** [1] - 63:22
**For** [1] - 18:17
**for** [168] - 2:4, 2:7, 2:8, 2:9, 2:12, 2:16, 3:22, 4:5, 4:25, 5:3, 5:5, 6:12, 7:2, 7:3, 7:10, 8:7, 9:4, 9:5, 9:6, 9:16, 9:18, 9:21,

12:13, 13:16, 14:18, 15:3, 15:24, 16:14, 16:18, 16:23, 17:1, 19:8, 19:12, 20:12, 20:14, 22:11, 24:19, 25:18, 25:20, 25:22, 26:16, 26:17, 26:19, 27:2, 27:3, 27:20, 27:23, 28:15, 30:2, 30:9, 31:1, 31:4, 31:14, 31:17, 31:18, 31:19, 32:12, 32:14, 32:25, 34:1, 34:10, 35:5, 36:21, 37:17, 37:25, 38:7, 39:15, 41:3, 41:11, 42:20, 42:23, 43:4, 43:10, 44:5, 44:12, 45:4, 45:5, 45:21, 47:7, 47:12, 47:18, 48:14, 48:20, 49:2, 49:3, 49:5, 49:14, 51:13, 51:14, 51:15, 51:16, 51:22, 51:23, 52:10, 52:17, 53:18, 56:4, 56:7, 56:20, 56:21, 57:20, 57:21, 57:24, 58:1, 58:2, 58:4, 58:8, 58:9, 58:23, 60:1, 60:3, 60:10, 60:11, 60:14, 61:5, 61:6, 61:15, 61:21, 61:22, 62:12, 63:6, 63:16, 65:10, 65:13, 65:23, 65:25, 66:3, 66:4, 66:7, 66:10, 66:23, 67:18, 68:4, 68:23, 69:11, 69:12, 70:8, 70:25, 71:9, 71:16, 72:10, 72:21, 73:11, 74:10, 75:12, 76:5, 76:8, 76:10, 76:24, 77:3, 77:23, 78:3, 78:4, 78:20, 80:11, 81:6, 82:14, 82:15, 83:3, 83:4, 84:6, 85:1
**FOR** [1] - 1:1
**Force** [2] - 56:25, 57:1
**foregoing** [1] - 85:18
**foremost** [1] - 43:6
**forfeiture** [6] - 73:4, 73:6, 73:7, 73:9, 73:11, 73:16
**form** [1] - 58:13
**forma** [1] - 81:4
**formal** [1] - 29:7
**forth** [3] - 3:21, 28:4, 77:4
**forthwith** [1] - 73:8
**fortunate** [1] - 51:5
**fortunately** [1] - 83:23
**forum** [4] - 26:13, 26:21, 32:14
**forums** [1] - 26:22
**forward** [2] - 20:23, 61:9
**found** [3] - 63:19, 84:11, 84:12
**four** [4] - 43:10, 44:23, 64:5
**frame** [2] - 45:9, 71:25
**frankly** [1] - 16:3
**fraud** [20] - 2:19, 7:14, 17:20, 18:18, 18:21, 19:15, 26:16, 26:19, 35:4, 43:9, 43:10, 43:12, 43:16, 44:1, 44:8, 44:10, 60:6, 66:8, 67:16, 73:16
**fraud-based** [1] - 67:16
**frauds** [1] - 7:9
**fraudulently** [1] - 4:1
**Fredericksburg** [1] - 70:15
**friend** [12] - 47:25, 48:17, 48:19, 51:2, 51:3, 51:5, 51:6, 59:18, 62:6, 62:7, 65:10, 77:21
**friends** [4] - 48:9, 48:13, 51:17, 58:9
**from** [126] - 3:9, 3:18, 3:19, 3:25, 4:2, 4:6, 4:10, 4:11, 4:22, 4:24, 5:6, 5:10, 5:12, 5:16, 5:20, 5:23, 8:15, 8:20, 8:22, 10:22, 11:4, 11:10, 12:16, 12:21, 12:23,

12:25, 13:12, 13:23, 14:13, 14:16, 14:19, 14:21, 14:24, 15:1, 15:11, 16:21, 17:3, 18:6, 18:10, 19:9, 19:15, 19:16, 20:7, 20:8, 20:9, 20:16, 20:18, 20:25, 21:1, 21:11, 21:12, 21:20, 22:5, 22:24, 24:1, 24:16, 24:23, 24:24, 25:1, 27:14, 30:10, 30:20, 31:24, 31:25, 32:25, 33:5, 35:10, 35:11, 35:13, 35:24, 36:11, 36:20, 37:8, 37:15, 40:20, 40:24, 40:25, 41:2, 41:6, 41:7, 41:12, 41:17, 42:3, 42:4, 43:2, 45:17, 47:21, 49:21, 49:25, 50:15, 50:19, 51:8, 52:24, 53:22, 57:12, 57:13, 57:15, 58:12, 60:8, 60:18, 62:18, 62:20, 62:22, 63:6, 65:6, 67:6, 69:18, 69:20, 69:21, 70:18, 70:23, 71:8, 71:17, 71:21, 72:7, 73:23, 73:25, 77:20, 78:13, 80:10, 83:1, 83:17, 83:24, 85:18

**front** [1] - 49:20
**full** [9] - 15:25, 17:7, 57:24, 58:11, 69:9, 70:17, 70:22, 74:23, 75:1
**fully** [1] - 54:5
**function** [1] - 6:25
**functions** [1] - 15:7
**Fund** [1] - 35:6
**fund** [1] - 50:2
**fundamental** [1] - 80:16
**funding** [2] - 6:10
**funds** [18] - 5:11, 5:12, 5:16, 12:21, 12:24, 12:25, 14:22, 15:1, 16:3, 19:10, 19:21, 19:23, 28:3, 28:4, 29:15, 35:24, 79:3
**further** [12] - 9:9, 21:10, 34:14, 56:17, 60:3, 60:12, 70:12, 71:4, 71:20, 80:6, 81:8, 85:3
**future** [2] - 68:24, 69:13

## G

**G** [1] - 2:1
**gain** [1] - 50:16
**gains** [2] - 13:17
**gap** [1] - 29:1
**garden** [1] - 43:9
**garden-variety** [1] - 43:9
**gas** [1] - 47:2
**gather** [1] - 83:15
**gave** [3] - 19:11, 39:17, 46:8
**Gecko** [1] - 8:2
**GEICO** [101] - 3:25, 4:2, 4:7, 4:11, 4:16, 4:19, 4:22, 5:10, 5:13, 5:16, 5:22, 5:23, 5:25, 6:15, 7:24, 8:2, 8:9, 8:11, 9:5, 9:10, 10:18, 11:2, 11:5, 11:8, 11:11, 11:16, 12:21, 12:22, 12:25, 13:1, 13:24, 14:8, 14:15, 14:17, 14:18, 14:19, 15:1, 15:6, 15:11, 16:1, 16:3, 16:8, 16:9, 16:10, 16:13, 16:21, 16:22, 17:1, 17:19, 19:9, 19:15, 19:22, 20:12, 20:14, 20:20, 20:24, 21:12, 22:24, 25:17, 30:10, 31:2, 33:25, 35:6, 35:8, 35:13, 35:24, 41:17, 44:15, 44:22, 45:1, 45:5,

45:6, 45:8, 45:19, 46:23, 54:12, 54:15, 58:3, 58:5, 58:22, 60:1, 60:8, 60:19, 60:20, 62:2, 62:11, 62:16, 63:5, 63:6, 65:13, 66:12, 66:19, 68:14, 70:15, 79:1
**GEICO's** [10] - 11:13, 11:18, 11:25, 15:4, 15:11, 35:5, 43:19, 47:3, 61:2, 61:6
**general** [10] - 13:18, 39:8, 45:16, 67:5, 67:9, 67:12, 67:14, 67:19, 67:20, 78:12
**General** [2] - 50:2, 84:13
**generally** [3] - 7:8, 78:21, 80:24
**generates** [1] - 47:18
**generation** [1] - 11:17
**Georgia** [5] - 8:7, 36:4, 36:5, 71:7, 85:23
**GEORGIA** [2] - 1:1, 1:24
**get** [25] - 3:11, 5:19, 8:22, 9:20, 10:23, 11:3, 24:5, 28:22, 29:7, 45:21, 49:6, 60:7, 60:12, 60:18, 61:19, 63:10, 67:1, 71:16, 71:18, 78:13, 79:24, 82:12, 82:21, 82:22, 83:13
**get-premiums** [1] - 11:3
**gets** [10] - 8:16, 9:13, 17:6, 53:16, 54:25, 55:8, 62:13, 62:20, 62:21, 68:6
**getting** [1] - 8:20
**Gilfillan** [28] - 1:19, 2:16, 2:24, 7:18, 7:20, 8:15, 9:24, 17:16, 21:17, 22:10, 24:18, 27:16, 28:5, 28:16, 30:8, 31:24, 32:9, 36:18, 37:21, 41:23, 57:9, 75:25, 76:15, 77:15, 79:17, 79:25, 81:9, 83:15
**GILFILLAN** [51] - 2:15, 3:1, 3:5, 3:14, 8:2, 9:25, 10:25, 11:6, 11:22, 12:2, 17:17, 22:12, 24:19, 25:8, 27:4, 32:10, 37:22, 38:13, 39:11, 40:2, 40:9, 40:25, 41:14, 41:21, 41:25, 42:2, 54:1, 54:9, 54:11, 54:24, 55:12, 55:18, 55:20, 55:22, 55:24, 56:11, 56:13, 56:22, 57:1, 57:3, 57:10, 57:15, 57:18, 69:21, 76:4, 76:16, 80:3, 80:13, 81:22, 83:3, 85:5
**Gilfillan's** [3] - 22:8, 38:14, 79:12
**gillfillan** [1] - 1:20
**give** [12] - 6:8, 6:11, 25:19, 26:11, 27:8, 33:15, 38:10, 48:6, 50:14, 53:13, 56:4, 68:18
**given** [11] - 15:10, 36:11, 39:21, 53:23, 68:20, 69:7, 76:4, 81:23, 82:7, 84:20, 84:25
**gives** [3] - 10:4, 13:6, 57:4
**globally** [1] - 38:22
**go** [25] - 2:2, 9:9, 21:9, 23:19, 24:2, 25:13, 27:9, 37:3, 42:1, 42:12, 42:15, 42:23, 47:11, 50:1, 51:19, 52:1, 52:2, 52:3, 52:4, 53:4, 61:6, 85:11
**goals** [1] - 76:20
**goes** [2] - 17:4, 61:10
**going** [52] - 8:18, 9:4, 14:2, 16:19, 16:20, 17:3, 17:5, 18:3, 20:9, 21:3, 22:8, 23:2, 23:3, 23:5, 23:12, 24:23, 25:25, 27:3, 36:19, 37:15, 38:18, 38:19, 41:18, 42:13, 42:16, 42:22, 43:11,

47:20, 47:21, 48:5, 48:12, 48:17, 49:2, 49:6, 49:13, 51:14, 51:18, 51:21, 53:5, 55:4, 55:8, 58:25, 61:8, 63:20, 63:22, 65:20, 69:22, 72:14, 77:12, 82:14, 83:19
**Golf** [1] - 61:5
**golf** [7] - 47:15, 47:18, 61:4, 61:7, 61:12, 61:14, 77:18
**gone** [2] - 43:19, 51:25
**good** [18] - 2:13, 2:14, 2:15, 5:3, 23:15, 29:24, 29:25, 31:10, 47:9, 47:24, 51:2, 51:3, 77:16, 79:18, 79:22, 83:17, 83:22, 83:24
**Good** [1] - 2:17
**got** [11] - 11:4, 22:24, 24:13, 32:25, 46:19, 47:11, 47:16, 48:17, 53:12, 83:16, 83:17
**gotten** [1] - 12:11
**Government** [2] - 1:15, 70:13
**government** [66] - 2:23, 3:9, 3:19, 3:21, 6:14, 11:7, 13:21, 17:11, 18:10, 19:19, 20:6, 21:22, 21:24, 22:13, 22:17, 22:21, 22:23, 23:19, 27:20, 28:8, 28:24, 32:1, 32:2, 32:5, 32:17, 32:21, 32:22, 33:1, 33:4, 33:8, 36:9, 37:6, 37:18, 37:22, 38:1, 38:3, 38:24, 39:5, 39:17, 39:23, 40:24, 41:5, 42:9, 43:8, 44:10, 46:1, 50:21, 50:25, 55:25, 56:3, 57:16, 58:16, 58:19, 59:8, 59:22, 68:5, 69:20, 75:22, 79:10, 79:21, 80:6, 80:10, 83:5, 83:18, 83:19
**government's** [11] - 3:19, 3:22, 6:5, 6:6, 19:25, 23:13, 33:9, 38:18, 39:1, 40:1, 53:1
**grand** [1] - 21:7
**Graniteville** [2] - 46:24, 46:25
**grateful** [1] - 58:8
**great** [2] - 45:17, 59:18
**greater** [8] - 44:18, 44:20, 45:24, 46:2, 48:2, 77:8, 79:15
**greed** [1] - 60:17
**grocery** [1] - 64:22
**gross** [2] - 4:25, 6:16
**grounds** [1] - 75:12
**group** [1] - 7:12
**growing** [1] - 77:22
**GRP** [1] - 35:20
**Guard** [1] - 56:19
**guard** [3] - 56:20, 62:18, 62:20
**guess** [10] - 8:15, 8:20, 8:25, 10:20, 12:16, 36:19, 39:4, 39:21, 72:3, 85:7
**guessing** [2] - 7:21, 11:2
**guideline** [21] - 3:8, 3:10, 3:12, 4:9, 4:23, 6:9, 6:25, 7:3, 7:11, 9:17, 9:18, 17:24, 40:17, 40:22, 42:5, 42:17, 46:2, 78:17, 80:7, 83:21, 84:19
**Guideline** [2] - 40:19, 40:20
**guidelines** [7] - 25:15, 42:12, 55:16, 59:20, 66:2, 77:5, 78:18
**guilty** [5] - 2:18, 59:7, 78:21, 80:15,

80:17

**guy** [1] - 62:22

# H

**had** [45] - 2:24, 4:18, 6:15, 8:13, 10:9, 14:17, 14:18, 15:23, 15:25, 16:5, 16:13, 17:7, 19:2, 19:4, 19:6, 19:21, 33:5, 43:11, 43:18, 43:19, 44:24, 44:25, 45:20, 46:16, 50:5, 50:6, 52:23, 57:11, 59:6, 59:14, 59:15, 59:23, 60:19, 61:21, 61:22, 64:23, 65:11, 65:13, 66:10, 66:23, 68:19, 79:25, 84:10, 84:11, 84:12

**hadn't** [1] - 7:21

**Hal** [4] - 37:12, 37:13, 38:19, 61:2

**half** [8] - 42:10, 42:16, 44:14, 48:14, 57:19, 60:8, 60:10, 60:16

**hands** [2] - 3:25, 30:12

**happened** [9] - 10:25, 11:6, 21:5, 25:25, 39:22, 44:2, 45:14, 59:7, 63:15

**happens** [2] - 45:14, 59:17

**happy** [3] - 24:16, 57:13, 81:9

**hard** [3] - 43:24, 58:1, 64:2

**harm** [4] - 27:13, 27:14, 34:9, 45:17

**harmed** [2] - 34:8, 34:19

**harmful** [1] - 34:25

**has** [65] - 2:4, 2:22, 3:21, 5:3, 6:24, 8:14, 8:19, 10:19, 11:2, 11:7, 11:8, 12:10, 13:7, 15:16, 25:16, 31:10, 31:11, 31:20, 37:6, 37:14, 37:23, 40:13, 43:8, 46:11, 46:14, 46:17, 49:1, 51:6, 51:12, 51:17, 51:18, 52:6, 52:8, 52:12, 52:14, 52:19, 53:2, 53:8, 53:12, 53:19, 54:12, 57:5, 59:8, 59:9, 60:13, 62:16, 63:15, 63:23, 63:24, 64:5, 64:6, 64:14, 65:8, 65:18, 68:7, 77:15, 77:16, 77:17, 78:5, 79:4, 81:14

**hasn't** [3] - 33:6, 33:7, 62:3

**Hathaway** [7] - 11:13, 11:24, 12:17, 12:20, 12:23, 13:22, 45:20

**Hathaway's** [2] - 11:15, 15:10

**have** [105] - 2:24, 3:2, 3:7, 3:8, 4:17, 5:6, 5:23, 5:24, 6:4, 6:8, 7:19, 8:6, 8:23, 9:8, 9:16, 9:20, 10:22, 13:8, 13:10, 14:7, 16:3, 16:4, 16:13, 17:21, 21:21, 21:23, 22:4, 23:14, 23:25, 24:25, 25:5, 25:12, 26:22, 27:12, 27:13, 27:18, 27:21, 27:23, 28:19, 28:21, 28:23, 29:2, 29:7, 29:19, 30:1, 30:7, 30:12, 32:1, 33:12, 33:24, 35:21, 36:9, 40:14, 41:4, 48:25, 49:7, 49:17, 50:15, 50:16, 50:23, 50:25, 51:5, 51:25, 52:11, 53:20, 55:2, 55:6, 55:7, 58:10, 58:16, 59:6, 64:10, 64:16, 64:24, 66:20, 67:9, 68:24, 72:1, 73:1, 74:8, 75:21, 76:11, 78:9, 78:10, 79:2, 79:16, 79:21, 80:6, 80:18, 80:21, 81:8, 81:11, 82:1, 82:5, 82:8, 82:9, 82:14, 82:25, 83:20, 83:21, 84:24

**haven't** [3] - 11:9, 39:13, 50:12

**having** [7] - 13:9, 14:6, 24:14, 28:10, 47:7, 64:6, 65:1

**He** [4] - 28:7, 48:25, 49:1, 68:12

**he** [210] - 3:25, 7:21, 15:24, 15:25, 16:6, 16:8, 16:10, 16:11, 16:18, 16:19, 16:20, 17:2, 17:3, 17:5, 17:8, 17:9, 17:10, 18:13, 18:22, 18:23, 19:4, 19:7, 22:22, 26:17, 26:19, 30:2, 30:10, 30:11, 31:1, 31:11, 32:20, 33:1, 33:2, 33:5, 33:6, 44:19, 46:8, 46:9, 46:13, 46:14, 46:17, 47:6, 47:24, 48:11, 48:13, 48:15, 49:3, 49:4, 49:7, 51:3, 51:4, 51:6, 51:15, 51:16, 51:17, 51:18, 51:24, 52:6, 52:7, 52:8, 52:22, 52:23, 53:16, 54:1, 54:2, 54:3, 54:5, 54:12, 54:13, 54:16, 54:18, 54:20, 54:22, 54:25, 55:4, 55:7, 55:8, 56:5, 56:10, 56:19, 56:20, 56:23, 59:3, 59:4, 59:5, 60:7, 60:10, 60:19, 60:20, 60:21, 60:22, 60:24, 61:4, 61:6, 61:8, 61:12, 61:14, 61:15, 61:17, 61:19, 61:22, 61:23, 61:24, 62:1, 62:7, 62:8, 62:11, 62:13, 62:21, 63:5, 63:6, 63:7, 63:13, 63:15, 63:16, 64:1, 64:5, 64:6, 64:11, 64:16, 65:1, 65:4, 65:11, 65:12, 65:13, 65:15, 65:17, 65:18, 65:19, 66:4, 66:7, 66:8, 66:9, 66:11, 66:12, 66:13, 66:15, 66:18, 66:19, 66:22, 66:23, 66:24, 66:25, 67:1, 67:25, 68:1, 68:6, 68:7, 68:11, 68:19, 68:22, 69:6, 69:8, 72:9, 72:11, 72:12, 77:15, 77:16, 77:22, 78:2, 78:5, 78:20, 82:1, 82:5, 82:9, 82:12

**he'd** [1] - 49:5

**he'll** [3] - 48:16, 48:19, 55:2

**He's** [1] - 51:22

**he's** [43] - 21:13, 26:17, 46:15, 46:16, 46:17, 46:19, 47:7, 48:5, 48:10, 48:12, 48:15, 48:17, 48:18, 48:25, 49:2, 49:6, 50:21, 50:22, 51:19, 51:20, 51:23, 51:24, 53:12, 54:8, 55:1, 57:8, 59:4, 60:14, 62:6, 62:10, 63:7, 63:14, 63:16, 65:3, 66:15, 66:25, 68:7, 68:8, 77:20, 78:21

**headway** [1] - 81:15

**health** [1] - 72:22

**hear** [15] - 3:19, 7:19, 8:15, 12:16, 24:16, 24:23, 24:24, 25:1, 31:25, 36:20, 41:2, 46:12, 57:13, 57:15, 72:7

**heard** [14] - 13:12, 20:2, 25:4, 27:7, 29:22, 31:24, 32:19, 33:5, 36:18, 56:6, 64:12, 78:22, 82:4, 85:3

**hearing** [3] - 57:11, 81:12, 82:25

**HEARING** [1] - 1:9

**held** [5] - 4:16, 14:4, 14:14, 18:12

**helping** [1] - 55:12

**helps** [1] - 51:25

**her** [5] - 36:7, 51:13, 57:6

**here** [66] - 2:16, 4:5, 6:4, 6:13, 8:3, 8:17, 10:18, 11:1, 11:7, 13:7, 14:8, 14:13, 15:1, 15:22, 18:22, 19:24, 21:2,

21:11, 22:3, 22:6, 22:22, 23:25, 24:8, 28:22, 29:2, 31:6, 34:4, 35:3, 35:14, 35:23, 37:7, 39:9, 41:18, 42:12, 43:7, 44:19, 45:14, 45:15, 45:20, 48:4, 48:8, 48:10, 49:19, 50:11, 50:23, 53:13, 56:14, 60:5, 61:1, 61:14, 63:15, 65:6, 65:20, 66:6, 66:17, 71:15, 73:17, 77:14, 77:16, 77:25, 78:12, 78:19, 78:22, 82:22, 85:10

**Here** [1] - 8:6

**hereby** [2] - 70:7, 73:5

**Hey** [1] - 47:11

**hey** [2] - 11:4, 83:15

**hide** [1] - 28:19

**high** [4] - 49:25, 50:3, 50:7, 56:23

**high-tech** [1] - 50:7

**higher** [1] - 54:22

**highlighting** [1] - 65:7

**him** [45] - 17:6, 17:21, 19:14, 33:5, 36:20, 46:6, 46:10, 46:20, 47:6, 48:6, 48:17, 50:16, 50:21, 50:25, 51:1, 51:14, 51:15, 51:16, 51:18, 52:7, 53:13, 53:25, 55:17, 56:4, 57:7, 57:15, 59:6, 65:12, 65:17, 65:18, 66:20, 67:2, 68:14, 68:18, 68:23, 69:10, 78:22, 79:21, 82:13, 82:14, 83:17

**himself** [4] - 16:8, 52:8, 60:10, 63:5

**hired** [1] - 49:17

**his** [106] - 7:22, 16:6, 16:7, 16:22, 17:12, 17:13, 17:21, 19:7, 19:15, 22:8, 32:14, 32:17, 32:23, 35:24, 37:16, 39:15, 43:3, 46:8, 46:11, 46:16, 46:17, 47:9, 47:10, 47:15, 48:7, 48:10, 48:13, 48:15, 49:4, 50:19, 51:15, 51:16, 51:17, 51:24, 52:24, 53:10, 54:2, 54:5, 54:12, 54:13, 54:16, 54:20, 55:2, 55:8, 56:15, 57:5, 60:11, 60:14, 60:17, 60:24, 61:4, 61:12, 61:13, 61:14, 61:19, 61:21, 62:12, 62:17, 63:16, 64:3, 64:5, 64:14, 64:17, 64:19, 64:22, 65:8, 65:10, 65:19, 66:24, 67:25, 68:10, 68:11, 68:20, 68:22, 69:7, 69:8, 69:12, 76:4, 77:16, 77:18, 77:19, 77:22, 77:23, 78:2, 78:3, 78:5, 78:21, 80:6, 81:23, 81:24, 82:6

**history** [11] - 29:20, 46:14, 46:15, 52:23, 61:9, 63:3, 65:22, 76:23, 77:12, 77:13, 78:5

**History** [1] - 40:19

**hold** [1] - 82:19

**hole** [2] - 7:18, 85:7

**Hollis** [1] - 11:11

**home** [12] - 52:14, 52:16, 52:18, 53:2, 53:16, 71:10, 71:15, 72:15, 72:16, 79:13, 79:18, 79:21

**honest** [1] - 64:2

**honesty** [1] - 18:21

**Honor** [160] - 2:13, 2:15, 3:1, 3:5, 3:14, 3:20, 4:5, 5:9, 5:17, 6:2, 6:22, 7:15, 8:10, 9:3, 9:25, 10:4, 10:25, 11:6, 12:4, 12:13, 12:19, 13:21, 15:15, 15:20,

17:11, 17:17, 18:2, 20:5, 21:6, 21:19, 21:24, 22:12, 23:3, 23:11, 24:19, 24:23, 25:1, 25:9, 25:11, 25:12, 25:19, 25:21, 26:4, 26:5, 26:10, 27:10, 27:16, 27:18, 28:16, 29:6, 29:23, 30:1, 31:3, 32:2, 32:10, 33:1, 33:8, 33:11, 33:17, 34:10, 34:14, 36:24, 37:19, 37:22, 38:12, 38:13, 38:18, 38:24, 39:11, 39:17, 39:19, 40:1, 40:2, 40:9, 40:10, 40:24, 41:1, 41:13, 41:14, 41:17, 41:21, 41:25, 42:2, 42:7, 42:12, 42:14, 42:23, 43:1, 43:6, 44:16, 45:15, 46:4, 48:1, 48:7, 48:14, 48:22, 49:9, 49:24, 50:13, 50:14, 50:17, 51:3, 51:8, 52:12, 52:14, 52:17, 52:19, 52:25, 53:2, 53:4, 53:5, 53:7, 53:8, 53:17, 53:19, 54:9, 54:24, 55:12, 55:18, 55:22, 55:24, 56:11, 56:22, 57:1, 57:3, 58:17, 58:18, 60:5, 60:9, 63:17, 65:5, 65:21, 66:5, 67:5, 68:2, 68:11, 68:20, 69:3, 69:5, 69:9, 69:14, 69:20, 69:21, 73:3, 73:10, 75:24, 76:4, 76:7, 76:16, 80:4, 80:10, 80:13, 81:13, 81:16, 82:5, 83:6, 85:4, 85:5

**honor** [2] - 59:23, 60:22

**Honor's** [7] - 9:7, 9:14, 10:2, 11:19, 32:3, 42:13, 54:3

**HONORABLE** [1] - 1:11

**hope** [5] - 54:12, 54:18, 58:11, 83:12, 85:11

**hour** [1] - 57:19

**hours** [7] - 62:2, 66:13, 69:23, 71:21, 74:18, 74:22

**house** [3] - 8:17, 75:8, 76:14

**how** [34] - 4:2, 10:14, 12:23, 13:14, 13:18, 15:25, 16:9, 21:20, 21:21, 27:7, 29:3, 30:11, 32:13, 32:18, 32:25, 35:19, 42:24, 43:4, 50:11, 51:12, 57:4, 57:6, 61:23, 62:23, 64:18, 65:16, 66:21, 67:7, 68:6, 75:25, 78:9, 85:7

**Howard** [2] - 67:6, 78:9

**however** [5] - 11:7, 18:25, 60:20, 68:5, 80:20

**huge** [2] - 11:15, 13:4

**hundred** [1] - 16:10

**hundreds** [1] - 68:9

**hurt** [1] - 50:16

**husband** [3] - 45:11, 47:24, 77:21

**hypothetical** [1] - 6:14

## I

**I** [396] - 2:1, 3:9, 3:11, 3:19, 3:23, 4:1, 4:17, 5:1, 5:2, 6:18, 6:19, 6:22, 6:23, 7:19, 7:20, 8:1, 8:2, 8:6, 8:11, 8:15, 8:20, 8:25, 9:3, 9:4, 9:7, 9:8, 9:9, 9:13, 9:17, 10:2, 10:3, 10:15, 10:17, 10:20, 11:7, 11:11, 11:14, 11:18, 12:2, 12:3, 12:4, 12:6, 12:13, 12:16, 12:20, 13:2, 13:13, 13:15, 13:19, 17:18, 17:22, 19:17, 19:22, 19:23, 19:25, 20:3, 20:8,

20:15, 20:18, 20:22, 21:7, 21:16, 21:19, 21:20, 21:22, 22:1, 22:8, 22:10, 22:12, 22:19, 22:20, 22:25, 23:3, 23:8, 23:15, 23:18, 23:20, 23:23, 23:25, 24:1, 24:3, 24:4, 24:7, 24:10, 24:11, 24:12, 24:15, 24:16, 24:19, 24:22, 24:24, 24:25, 25:2, 25:4, 25:9, 25:11, 25:12, 25:18, 25:21, 26:5, 26:6, 26:7, 26:9, 26:10, 26:21, 26:25, 27:4, 27:5, 27:6, 27:7, 27:9, 27:11, 27:22, 28:5, 28:13, 28:14, 28:15, 29:5, 29:10, 30:1, 30:4, 30:6, 30:7, 30:8, 30:9, 30:12, 30:15, 31:3, 31:4, 31:7, 31:9, 32:2, 32:10, 32:16, 32:18, 32:25, 33:8, 33:12, 33:14, 33:22, 34:1, 34:4, 34:15, 35:2, 35:15, 35:19, 36:6, 36:9, 36:10, 36:11, 36:14, 36:18, 36:20, 36:21, 37:7, 37:22, 38:3, 38:4, 38:9, 38:21, 38:23, 39:4, 39:5, 39:8, 39:9, 39:11, 39:14, 39:21, 39:23, 40:2, 40:7, 40:11, 40:14, 41:4, 42:2, 42:5, 42:6, 42:13, 42:16, 42:22, 42:23, 42:25, 43:6, 43:9, 44:8, 44:15, 44:18, 44:19, 44:20, 45:3, 45:8, 45:18, 45:22, 45:24, 46:1, 46:4, 46:6, 46:15, 47:1, 47:9, 47:23, 47:24, 48:2, 48:21, 48:23, 49:9, 49:12, 49:14, 49:21, 49:24, 50:4, 50:14, 50:18, 50:21, 51:4, 51:5, 51:10, 51:20, 51:23, 52:11, 52:21, 52:22, 52:24, 53:4, 53:5, 53:13, 53:17, 53:20, 53:22, 53:24, 54:1, 54:7, 54:11, 54:12, 54:15, 54:24, 55:3, 55:6, 55:7, 55:8, 55:9, 55:12, 55:23, 56:13, 56:16, 56:18, 56:19, 57:3, 57:4, 57:7, 57:13, 57:24, 58:1, 58:4, 59:13, 60:12, 60:16, 61:5, 61:18, 61:19, 62:17, 62:21, 62:22, 63:13, 63:19, 64:8, 64:15, 64:24, 65:6, 66:5, 68:17, 68:20, 68:21, 68:22, 68:24, 69:2, 69:4, 69:10, 69:14, 69:18, 70:10, 71:15, 71:16, 72:3, 72:4, 72:5, 72:8, 72:10, 72:11, 73:1, 73:13, 75:22, 76:4, 76:5, 76:12, 76:13, 77:10, 77:14, 78:2, 78:7, 78:8, 78:10, 78:15, 78:21, 78:22, 78:24, 79:1, 79:10, 79:11, 79:12, 79:14, 79:16, 79:17, 79:22, 79:23, 80:1, 80:2, 80:3, 80:5, 81:22, 81:24, 81:25, 82:1, 82:7, 82:8, 82:12, 82:13, 82:14, 82:15, 82:19, 82:20, 82:21, 82:22, 82:23, 83:12, 83:15, 83:17, 83:19, 83:21, 83:22, 84:11, 84:21, 84:22, 84:24, 84:25, 85:7, 85:9, 85:10, 85:11, 85:18

**i** [1] - 27:2

**I'd** [12] - 14:21, 15:9, 18:16, 42:14, 42:22, 57:13, 57:23, 59:9, 72:11, 82:12, 82:13, 82:22

**I'll** [17] - 8:15, 10:1, 17:17, 17:18, 22:1, 26:15, 27:8, 31:25, 36:2, 39:2, 41:2, 57:22, 59:2, 71:11, 81:18, 82:15, 84:1

**I'm** [52] - 7:18, 7:20, 9:7, 11:2, 11:20, 14:2, 18:3, 20:16, 21:17, 21:21, 22:7, 23:2, 23:5, 23:12, 25:3, 28:13, 30:13, 31:7, 38:7, 38:8, 39:21, 42:16, 42:22,

44:7, 44:12, 47:20, 47:21, 49:13, 51:21, 55:12, 56:8, 57:18, 58:8, 58:9, 58:25, 61:9, 64:12, 64:17, 72:10, 72:14, 77:12, 77:21, 79:6, 79:13, 79:16, 79:20, 81:9, 82:14, 82:18, 82:20

**I've** [23] - 8:7, 17:17, 22:25, 24:13, 27:8, 30:13, 31:24, 32:19, 36:2, 43:21, 47:5, 47:11, 56:6, 56:14, 57:11, 64:12, 77:20, 81:11, 83:11, 84:19, 85:6

**IBM** [1] - 50:2

**idea** [3] - 60:8, 62:15, 65:18

**ideas** [1] - 24:13

**identified** [3] - 16:24, 17:4, 73:11

**identify** [4] - 34:21, 34:23, 35:2, 74:11

**If** [1] - 73:4

**if** [57] - 2:2, 5:21, 8:21, 10:21, 10:25, 11:6, 18:5, 20:9, 21:1, 21:2, 21:8, 21:10, 21:24, 24:23, 25:3, 26:6, 27:4, 27:6, 27:11, 27:21, 27:25, 29:7, 29:16, 30:18, 30:19, 31:3, 31:14, 32:1, 34:8, 34:24, 42:14, 48:11, 48:22, 49:3, 53:4, 54:15, 54:16, 57:12, 68:17, 69:9, 69:10, 70:5, 71:10, 71:18, 80:14, 80:16, 80:19, 80:24, 81:2, 81:4, 81:8, 82:5, 82:13, 82:14, 82:15, 82:18

**ignore** [1] - 78:7

**immaterial** [4] - 44:15, 60:9, 60:16, 79:1

**immediately** [2] - 70:17, 71:6

**impact** [2] - 42:20, 43:2

**important** [16] - 13:3, 22:21, 31:6, 44:20, 47:4, 47:22, 57:2, 57:7, 62:7, 66:6, 66:17, 67:4, 67:6, 67:21, 78:9, 78:10

**impose** [3] - 42:7, 49:10, 84:21

**imposed** [3] - 65:24, 74:10, 76:24

**imposes** [1] - 84:18

**imposing** [1] - 53:3

**imprisoned** [1] - 70:8

**imprisonment** [3] - 58:20, 66:1, 71:8

**improperly** [1] - 16:20

**improvements** [1] - 74:13

**in** [334] - 2:5, 2:19, 3:7, 3:21, 3:25, 4:7, 4:9, 4:18, 4:25, 5:1, 5:5, 5:9, 5:11, 5:24, 6:11, 6:12, 6:13, 6:14, 6:16, 6:20, 7:1, 7:2, 7:3, 7:7, 7:11, 7:13, 7:22, 8:7, 8:19, 9:4, 9:6, 9:15, 9:16, 10:2, 10:5, 11:12, 11:16, 11:20, 12:9, 12:12, 12:13, 13:3, 13:4, 13:6, 13:14, 13:19, 14:3, 14:10, 14:19, 15:6, 15:19, 15:23, 16:1, 16:2, 16:7, 16:14, 16:24, 17:5, 17:7, 17:18, 17:20, 18:7, 18:13, 18:16, 18:17, 18:18, 18:19, 18:22, 18:25, 19:2, 19:4, 19:6, 19:7, 20:11, 20:12, 20:13, 20:15, 20:18, 20:22, 21:7, 21:15, 21:22, 22:1, 22:16, 22:18, 22:23, 22:25, 23:7, 24:8, 25:16, 25:20, 26:2, 26:3, 26:6, 26:16, 26:21, 26:22, 27:17, 27:18, 27:21, 27:22, 28:14, 28:21, 28:24, 28:25, 29:1, 29:4, 29:12, 29:16, 30:4, 30:6, 30:7, 30:13,

30:19, 30:25, 31:5, 31:8, 31:9, 31:11, 31:18, 31:20, 31:25, 33:3, 33:9, 33:11, 33:22, 34:5, 34:6, 34:9, 34:16, 34:17, 35:4, 35:21, 36:7, 37:7, 37:13, 37:17, 37:23, 37:24, 38:2, 38:5, 39:18, 39:20, 40:12, 41:16, 42:2, 42:6, 42:8, 42:10, 42:19, 42:20, 43:4, 43:10, 43:13, 43:20, 44:4, 44:6, 44:8, 44:11, 44:16, 44:22, 44:23, 45:6, 45:10, 45:13, 46:5, 46:6, 46:9, 46:10, 46:15, 46:16, 46:18, 46:25, 47:4, 47:16, 47:25, 48:12, 48:22, 48:24, 49:10, 49:20, 49:22, 50:1, 50:3, 50:9, 50:13, 50:20, 50:22, 50:23, 50:24, 51:11, 51:17, 52:1, 52:5, 52:7, 52:8, 52:12, 52:14, 52:18, 52:20, 52:24, 53:25, 54:2, 54:4, 54:9, 54:10, 54:18, 55:3, 55:4, 55:10, 55:13, 56:3, 56:19, 56:25, 57:5, 57:8, 57:23, 58:6, 58:18, 58:22, 58:23, 59:7, 59:14, 59:15, 59:23, 60:2, 60:3, 60:12, 60:19, 61:5, 61:10, 61:19, 61:25, 62:3, 62:8, 62:10, 62:17, 62:22, 63:1, 63:7, 63:12, 63:15, 64:14, 64:19, 65:6, 65:7, 65:9, 65:10, 65:12, 65:14, 66:15, 67:2, 67:10, 67:20, 67:21, 68:3, 68:4, 68:10, 68:13, 68:14, 68:23, 68:24, 69:6, 69:11, 69:13, 69:18, 70:1, 70:12, 70:17, 70:19, 70:21, 70:22, 71:11, 71:22, 72:3, 72:9, 72:16, 73:5, 73:11, 73:15, 74:2, 74:5, 74:13, 74:14, 74:21, 75:18, 76:14, 76:20, 76:21, 77:4, 77:23, 78:4, 78:16, 78:17, 79:5, 79:8, 79:14, 79:21, 79:23, 80:8, 80:16, 81:2, 81:4, 82:9, 83:8, 83:20, 84:3, 84:18, 84:21, 85:14, 85:19

**In** [2] - 30:15, 52:21
**IN** [1] - 1:1
**incapacitation** [1] - 77:8
**incarceration** [16] - 68:5, 72:2, 72:3, 72:8, 72:10, 72:11, 73:1, 81:15, 82:2, 82:15, 83:2, 83:25, 84:10, 84:14, 84:23, 85:2
**inclined** [1] - 31:3
**include** [4] - 25:20, 37:23, 54:4, 72:17
**included** [4] - 37:1, 39:18, 73:15, 74:14
**includes** [2] - 35:7, 60:1
**including** [9] - 6:19, 31:11, 35:12, 36:3, 36:16, 41:7, 67:11, 76:22, 77:18
**inclusion** [1] - 38:5
**income** [1] - 55:8
**incorporated** [3] - 37:6, 37:16, 74:9
**incorrect** [2] - 25:23, 26:12
**incur** [1] - 75:5
**indeed** [1] - 3:12
**indicia** [1] - 38:9
**indicted** [1] - 64:11
**indictment** [8] - 2:19, 25:16, 32:4, 43:13, 43:14, 50:20, 50:25, 64:17
**indirect** [2] - 6:10, 27:13
**indirectly** [9] - 4:24, 5:10, 5:16, 5:20,

6:11, 13:24, 14:24, 34:8
**individual** [3] - 45:16, 60:11, 79:2
**individuals** [3] - 32:3, 38:16, 39:14
**inducing** [1] - 35:8
**Industrial** [1] - 29:14
**inform** [1] - 23:3
**information** [19] - 19:4, 20:8, 20:16, 21:3, 22:5, 25:10, 26:1, 28:6, 28:17, 28:23, 29:19, 37:4, 44:21, 63:23, 64:13, 75:2, 75:3, 75:4
**informed** [1] - 74:12
**inherent** [1] - 17:20
**injured** [1] - 35:15
**injustice** [1] - 28:22
**innuendo** [1] - 25:23
**insight** [1] - 15:25
**inspired** [1] - 57:5
**instance** [9] - 4:7, 6:11, 6:12, 6:15, 6:21, 13:15, 19:9, 19:12, 55:3
**instances** [1] - 35:21
**instead** [2] - 22:10, 35:17
**institution** [23] - 3:18, 4:7, 4:8, 4:9, 4:24, 5:6, 5:7, 6:18, 7:4, 7:5, 7:7, 10:13, 12:6, 13:8, 13:10, 13:13, 14:5, 14:12, 14:22, 14:25, 15:5, 48:18
**instructs** [1] - 71:23
**Insurance** [1] - 70:14
**insurance** [32] - 4:8, 6:19, 6:20, 7:23, 7:25, 8:14, 8:16, 8:19, 8:21, 9:1, 9:11, 9:14, 9:17, 9:19, 10:15, 10:17, 10:18, 10:21, 10:24, 11:23, 11:25, 12:2, 12:7, 13:15, 13:18, 13:19, 15:4, 15:7, 45:19
**integrity** [1] - 18:21
**intended** [1] - 13:4
**intends** [1] - 54:5
**interconnectedness** [1] - 30:5
**interest** [13] - 14:17, 14:18, 15:11, 19:2, 19:4, 19:6, 53:9, 53:14, 68:4, 68:13, 70:21, 73:5, 80:1
**interested** [1] - 20:25
**interesting** [2] - 48:21, 50:4
**interests** [1] - 54:14
**interject** [1] - 37:14
**intermediary** [2] - 4:14, 4:21
**intermediate** [1] - 10:7
**interpret** [1] - 14:6
**interrupting** [1] - 24:20
**interview** [10] - 17:1, 36:25, 37:8, 37:12, 37:19, 39:12, 46:9, 51:1, 61:12, 65:6
**interviewed** [3] - 61:25, 66:9, 66:18
**into** [17] - 3:11, 9:10, 9:20, 10:10, 11:8, 15:25, 21:10, 23:18, 24:5, 24:6, 24:9, 24:12, 36:14, 37:6, 37:16, 46:8, 46:18
**invest** [4] - 10:22, 11:24, 12:9, 50:1
**invested** [2] - 13:16, 50:9
**investigate** [2] - 8:18, 50:1
**investigation** [3] - 2:21, 22:22, 33:20
**investing** [4] - 8:22, 11:21, 45:21, 50:3

**Investment** [4] - 28:2, 29:14, 35:6, 38:1
**investment** [4] - 11:13, 13:17, 50:1, 50:3
**investments** [1] - 10:24
**investors** [6] - 35:12, 35:15, 35:16, 35:17, 35:25, 46:20
**investors'** [1] - 45:16
**invitation** [1] - 36:21
**invited** [1] - 46:8
**invoking** [1] - 39:12
**involuntary** [1] - 80:16
**involved** [6] - 20:13, 28:14, 33:22, 48:24, 62:10, 63:10
**involvement** [2] - 15:10, 29:13
**involves** [1] - 68:9
**irresponsible** [1] - 32:13
**Is** [1] - 33:16
**is** [270] - 2:10, 2:11, 2:16, 3:13, 4:6, 4:7, 4:8, 4:13, 5:5, 5:23, 5:24, 6:5, 6:6, 6:13, 6:18, 6:20, 7:5, 7:6, 7:7, 7:8, 7:23, 7:24, 8:1, 8:2, 8:14, 8:16, 9:10, 9:14, 9:19, 10:15, 11:12, 11:15, 11:16, 12:7, 12:8, 12:10, 12:17, 12:25, 13:7, 13:22, 14:12, 15:4, 15:10, 15:20, 16:5, 16:10, 16:25, 17:12, 17:20, 18:10, 20:6, 20:9, 20:11, 20:18, 20:21, 20:22, 21:2, 21:11, 22:3, 22:19, 23:15, 24:6, 24:23, 25:9, 25:16, 25:17, 25:19, 26:11, 26:13, 26:22, 26:23, 27:17, 27:19, 27:21, 28:2, 28:3, 28:5, 28:14, 28:15, 28:17, 29:1, 29:2, 29:10, 29:11, 29:17, 30:4, 30:5, 30:8, 30:20, 30:22, 30:23, 30:24, 31:12, 31:19, 32:13, 33:9, 33:18, 33:20, 33:23, 34:7, 34:10, 35:1, 35:22, 36:25, 37:7, 37:8, 37:9, 37:12, 37:24, 38:15, 39:17, 40:8, 40:20, 41:8, 41:17, 42:10, 42:20, 43:2, 43:4, 43:9, 43:14, 43:15, 43:16, 44:5, 44:8, 44:9, 44:14, 44:15, 44:20, 45:6, 45:20, 45:22, 45:24, 46:2, 46:5, 46:21, 47:6, 47:14, 47:16, 47:24, 48:2, 48:4, 48:10, 48:21, 48:24, 49:22, 50:20, 51:2, 51:3, 51:14, 52:5, 52:12, 53:4, 54:13, 54:17, 55:2, 55:6, 55:8, 56:2, 56:3, 56:4, 56:6, 56:7, 56:14, 56:21, 57:20, 58:12, 58:19, 58:23, 59:4, 59:15, 60:1, 60:5, 60:9, 60:11, 60:16, 60:24, 61:11, 61:16, 61:18, 62:11, 62:12, 62:25, 63:1, 63:4, 63:5, 63:6, 63:9, 63:11, 63:20, 64:1, 64:13, 64:18, 64:19, 64:25, 65:2, 65:21, 65:25, 66:2, 66:6, 66:17, 67:3, 67:4, 67:5, 67:9, 67:14, 67:15, 67:20, 67:21, 68:2, 68:3, 68:16, 68:22, 68:24, 68:25, 69:14, 69:17, 70:1, 70:22, 71:20, 72:5, 73:5, 76:8, 76:10, 76:20, 77:2, 77:8, 77:10, 77:14, 77:24, 78:9, 78:18, 79:1, 79:2, 79:4, 79:14, 79:15, 80:16, 80:20, 80:24, 81:23, 83:23, 84:3, 84:13, 84:22, 85:14, 85:18
**isn't** [1] - 11:5

**issue** [18] - 9:8, 10:20, 26:7, 27:19, 29:22, 30:17, 34:16, 39:4, 48:21, 59:14, 69:18, 81:15, 82:4, 82:24, 83:13, 83:25, 84:9, 85:3

**issued** [1] - 20:24

**issues** [5] - 3:7, 3:8, 40:15, 46:18, 53:6

**it** [177] - 4:8, 4:10, 4:11, 4:17, 4:19, 4:22, 5:7, 5:22, 5:23, 5:25, 6:11, 6:17, 7:1, 7:5, 7:6, 7:12, 7:19, 7:20, 7:21, 8:1, 8:10, 8:11, 8:14, 8:18, 9:9, 9:10, 9:16, 9:19, 10:6, 10:9, 10:10, 12:11, 13:23, 15:5, 16:5, 16:12, 16:16, 16:17, 16:18, 16:20, 17:8, 17:10, 20:12, 21:3, 21:10, 21:16, 21:17, 21:19, 22:10, 22:11, 22:13, 23:7, 25:13, 25:18, 26:15, 27:3, 27:9, 27:12, 27:14, 27:15, 27:25, 28:8, 28:9, 28:14, 28:17, 29:14, 29:17, 30:20, 31:14, 33:3, 33:10, 37:1, 37:9, 37:24, 38:10, 39:1, 39:16, 39:17, 39:18, 39:19, 42:19, 43:8, 43:9, 43:14, 43:15, 43:21, 43:24, 44:7, 44:8, 44:10, 45:9, 46:6, 46:25, 47:1, 47:2, 47:19, 47:23, 48:20, 48:23, 49:8, 49:14, 49:21, 50:5, 50:6, 51:6, 53:14, 53:15, 54:2, 54:24, 56:16, 59:1, 59:11, 60:5, 60:6, 60:19, 60:20, 60:21, 61:3, 61:4, 61:23, 61:24, 63:4, 63:8, 63:13, 63:17, 63:18, 63:25, 64:2, 64:9, 64:13, 64:20, 65:2, 65:6, 65:14, 66:2, 66:8, 66:13, 66:14, 67:14, 67:22, 68:1, 68:7, 68:8, 68:17, 68:19, 69:5, 69:10, 71:16, 72:5, 76:15, 78:8, 78:9, 78:14, 78:25, 79:1, 79:4, 79:11, 81:22, 82:13, 82:22, 83:17, 83:18, 84:17, 84:24

**It** [2] - 52:18, 71:20

**It's** [4] - 43:23, 47:17, 57:25, 70:12

**it's** [69] - 3:18, 8:1, 9:8, 10:3, 10:8, 10:11, 11:24, 13:2, 13:5, 16:9, 16:19, 18:5, 19:19, 20:17, 21:5, 21:9, 21:15, 21:16, 22:7, 22:8, 22:13, 22:15, 23:6, 25:14, 25:15, 29:9, 29:15, 31:6, 33:3, 33:20, 34:4, 36:19, 37:23, 43:9, 43:12, 43:13, 44:12, 44:13, 47:4, 47:16, 48:22, 49:17, 50:4, 50:9, 52:22, 56:13, 56:17, 57:7, 58:9, 58:11, 61:5, 61:15, 62:6, 62:13, 62:14, 67:7, 69:4, 70:6, 71:4, 77:20, 78:2, 78:10, 78:20, 79:3, 80:8, 81:16

**item** [1] - 75:20

**its** [14] - 6:24, 9:20, 9:21, 13:4, 15:3, 15:6, 15:7, 20:21, 37:23, 38:3, 45:21, 56:3, 58:6, 59:23

**itself** [3] - 12:11, 78:7, 80:23

## J

**J.P** [1] - 1:11

**Jeff** [11] - 47:21, 50:18, 51:5, 51:7, 59:18, 62:5, 65:7, 65:9, 65:12, 65:13, 65:16

**jerk** [1] - 22:7

**jig** [1] - 66:9

**Jimmy** [2] - 61:1, 61:2

**job** [1] - 55:7

**judge** [2] - 26:23, 44:18

**JUDGE** [1] - 1:11

**Judge** [6] - 27:1, 57:10, 57:18, 57:21, 58:14, 80:3

**judges** [1] - 79:14

**judgment** [3] - 70:7, 74:15, 81:2

**juncture** [1] - 23:15

**junior** [2] - 47:18, 77:18

**just** [51] - 6:3, 7:17, 7:18, 10:3, 10:9, 11:16, 11:20, 12:1, 13:2, 13:9, 16:15, 17:18, 20:3, 21:16, 22:7, 23:18, 27:17, 30:4, 30:12, 31:20, 32:10, 33:17, 33:18, 34:5, 34:8, 37:24, 38:2, 38:4, 39:17, 39:18, 39:19, 39:22, 50:11, 52:22, 60:9, 62:17, 62:25, 64:20, 65:25, 66:2, 66:15, 66:25, 67:24, 68:3, 73:14, 76:5, 77:10, 78:13, 82:21

## K

**KAUSHAL** [39] - 2:9, 3:20, 6:2, 6:6, 6:22, 8:1, 8:5, 8:10, 9:3, 12:19, 15:15, 17:15, 18:2, 20:5, 21:19, 23:11, 32:2, 36:24, 38:12, 38:18, 38:24, 40:1, 40:10, 40:24, 41:13, 41:17, 58:17, 68:20, 69:20, 73:3, 73:10, 73:15, 75:24, 76:7, 80:10, 81:16, 82:5, 83:6, 85:4

**Kaushal** [24] - 1:16, 2:9, 10:1, 10:2, 10:6, 12:16, 15:14, 17:19, 18:1, 20:2, 22:20, 23:10, 33:21, 36:23, 38:14, 42:6, 42:17, 46:12, 58:16, 76:6, 78:8, 81:23, 82:4, 83:4

**Kaushal's** [3] - 22:18, 36:19, 49:4

**keep** [4] - 57:22, 66:11, 70:3, 74:12

**kept** [1] - 29:8

**key** [1] - 67:13

**kids** [1] - 51:16

**kids'** [1] - 77:19

**killed** [1] - 47:2

**kind** [5] - 13:18, 38:22, 43:24, 49:17, 50:6

**kinds** [2] - 77:2

**knew** [4] - 50:2, 66:22, 66:24, 66:25

**know** [53] - 4:4, 6:18, 7:20, 7:25, 8:16, 9:5, 11:3, 12:22, 20:7, 20:15, 20:22, 21:19, 21:20, 23:19, 23:20, 24:13, 25:21, 25:25, 26:2, 26:25, 28:2, 28:18, 28:24, 29:8, 32:18, 32:25, 35:19, 37:4, 42:13, 45:10, 45:19, 47:6, 47:7, 47:17, 48:22, 50:15, 50:23, 52:21, 52:22, 52:24, 53:1, 53:22, 53:24, 55:1, 55:7, 56:19, 65:19, 66:19, 72:8, 78:8, 78:12, 82:22

**knowledge** [2] - 25:24, 78:16

**known** [2] - 8:6, 51:22

**knows** [6] - 23:3, 27:16, 48:11, 62:23, 65:17

**Kyle** [1] - 2:11

## L

**lack** [4] - 12:5, 25:24, 28:6

**land** [1] - 54:15

**lane** [2] - 5:23, 5:24

**language** [8] - 5:19, 27:11, 34:6, 71:16, 72:5, 72:15, 73:15, 73:16

**large** [2] - 47:7, 79:3

**larger** [1] - 30:5

**largest** [2] - 44:11, 44:13

**last** [6] - 23:4, 24:15, 33:15, 36:20, 79:18, 83:22

**lasted** [1] - 43:10

**late** [3] - 24:15, 44:25, 77:16

**Law** [1] - 1:20

**law** [23] - 3:22, 5:1, 6:7, 7:2, 7:20, 7:21, 25:2, 26:8, 29:1, 29:2, 40:12, 40:14, 40:16, 50:22, 50:24, 56:5, 59:6, 65:25, 66:3, 72:13, 80:20, 82:20, 82:23

**lawfully** [2] - 12:8, 62:25

**lawsuit** [4] - 26:20, 32:15, 32:17, 35:9

**lawsuits** [4] - 12:12, 26:17, 28:7, 44:4

**lawyer** [3] - 45:4, 52:4, 62:5

**lawyers** [1] - 25:25

**leader** [1] - 47:25

**learn** [1] - 58:12

**least** [8] - 30:14, 44:23, 53:15, 57:20, 69:5, 69:6, 69:23, 73:25

**leave** [1] - 84:24

**led** [4] - 43:23, 43:24, 48:25, 49:6

**Lee** [4] - 2:2, 23:18, 41:10, 83:7

**legal** [2] - 10:8, 12:9

**legally** [4] - 25:19, 26:5, 26:6, 59:4

**legitimate** [1] - 59:25

**lender** [1] - 19:3

**lenders** [1] - 19:2

**less** [2] - 12:7, 67:15

**let** [6] - 7:17, 22:10, 26:21, 31:25, 34:18, 72:7

**let's** [8] - 3:16, 5:22, 15:12, 23:19, 23:21, 54:20, 69:23, 72:25

**letter** [19] - 23:22, 26:17, 27:22, 29:5, 30:4, 30:6, 31:5, 39:6, 39:7, 47:21, 47:22, 48:7, 50:19, 51:3, 51:8, 51:10, 51:24, 65:9

**letters** [27] - 23:16, 23:23, 24:1, 24:2, 24:12, 24:14, 24:15, 25:12, 25:22, 26:24, 27:1, 32:6, 36:10, 39:10, 39:24, 41:6, 41:8, 41:11, 45:4, 45:5, 47:9, 47:16, 49:14, 50:15, 50:17, 77:20

**level** [4] - 56:2, 56:18, 59:9, 60:2

**Level** [3] - 40:17, 40:18

**levels** [8] - 55:19, 56:1, 79:10, 79:11, 79:12, 79:24, 83:19

**liabilities** [2] - 63:21, 82:6

**lied** [12] - 17:8, 17:9, 60:7, 60:18, 60:20, 60:22, 61:24, 65:11, 65:12,

65:17, 65:18, 68:1

**lies** [2] - 63:10, 79:7
**lieu** [1] - 72:9
**life** [12] - 45:13, 46:17, 48:25, 49:7, 57:8, 60:14, 64:1, 65:3, 68:8, 77:18, 77:22, 77:23
**lifestyle** [1] - 69:8
**lifetime** [1] - 77:16
**light** [2] - 13:3, 58:18
**like** [30] - 19:6, 21:3, 29:18, 29:22, 31:25, 33:16, 36:18, 39:1, 41:23, 46:18, 48:22, 48:23, 48:24, 49:9, 51:5, 51:6, 53:23, 54:9, 55:12, 55:16, 57:12, 57:23, 59:9, 63:7, 66:20, 69:8, 76:1, 82:4, 82:12, 82:19
**limit** [4] - 25:10, 53:9, 53:14
**limited** [3] - 30:13, 76:22, 80:22
**line** [6] - 7:7, 8:25, 28:15, 29:2, 29:3, 50:7
**lines** [1] - 75:6
**link** [1] - 36:1
**liquid** [1] - 54:14
**listed** [1] - 61:18
**listen** [1] - 73:1
**lists** [1] - 64:22
**litany** [1] - 69:1
**litigate** [3] - 26:13, 26:14, 49:19
**litigating** [1] - 49:20
**litigation** [2] - 62:10, 69:1
**little** [7] - 7:18, 13:2, 24:12, 33:10, 50:8, 50:18, 61:9
**live** [2] - 65:3, 65:4
**lived** [1] - 57:8
**lives** [1] - 52:1
**living** [4] - 60:14, 64:1, 65:3, 68:8
**LLC** [2] - 1:20, 10:9
**local** [2] - 47:4, 73:20
**location** [2] - 72:18, 80:1
**long** [5] - 13:16, 13:17, 28:17, 44:24, 62:15
**long-term** [2] - 13:16, 13:17
**longer** [1] - 25:9
**look** [11] - 5:19, 7:5, 27:11, 54:16, 63:25, 64:5, 64:20, 64:21, 81:18, 84:9
**looked** [3] - 24:15, 27:9, 36:2
**looking** [8] - 30:18, 32:22, 38:8, 39:21, 60:4, 72:14, 81:16
**Looks** [1] - 31:25
**loss** [7] - 3:13, 24:9, 58:5, 59:12, 59:13, 59:14, 59:21
**losses** [4] - 24:5, 25:20, 29:8, 43:24
**lost** [1] - 6:15
**lot** [10] - 30:2, 49:12, 52:21, 58:25, 60:11, 67:7, 77:14, 77:17, 77:24, 77:25
**lots** [1] - 8:19
**loving** [1] - 77:21
**low** [1] - 78:17
**low-end** [1] - 78:17
**lower** [1] - 48:14

**LP** [1] - 35:7
**lulling** [1] - 28:20
**lunch** [2] - 57:6, 82:17
**luxury** [2] - 60:14, 64:1

# M

**M** [2] - 1:23, 85:21
**machine** [1] - 50:7
**made** [14] - 4:4, 29:5, 30:2, 38:16, 40:13, 49:25, 56:5, 59:12, 59:19, 60:21, 66:11, 67:24, 76:20, 81:14
**mailing** [1] - 71:1
**Majesty** [1] - 36:7
**majority** [2] - 4:19, 77:23
**make** [20] - 3:11, 7:6, 30:22, 38:9, 41:23, 52:13, 54:6, 54:15, 66:12, 68:6, 68:21, 69:2, 69:6, 70:18, 74:4, 74:23, 79:17, 82:14, 82:20, 82:21
**makes** [3] - 62:13, 67:18, 69:3
**making** [6] - 35:11, 35:18, 53:13, 63:10, 68:12, 68:14
**man** [7] - 30:8, 43:4, 46:16, 47:24, 64:25, 65:7, 66:15
**managing** [2] - 17:22, 19:20
**mandatory** [1] - 73:19
**manner** [3] - 18:7, 75:18, 80:8
**many** [6] - 22:20, 32:25, 46:18, 77:21, 79:4
**March** [3] - 46:6, 46:7, 46:10
**mark** [2] - 23:20, 23:21
**material** [6] - 20:10, 22:14, 22:15, 31:21, 75:20, 79:2
**materials** [2] - 22:23, 78:11
**matter** [10] - 10:3, 26:8, 33:23, 57:24, 59:6, 60:3, 68:13, 69:17, 81:10, 85:19
**matters** [1] - 58:4
**maximize** [1] - 45:21
**May** [3] - 2:18, 30:7, 30:10
**may** [16] - 14:11, 24:25, 32:6, 58:3, 62:7, 70:19, 73:15, 75:3, 75:11, 75:13, 75:14, 75:20, 79:2, 80:20, 81:3, 81:6
**maybe** [8] - 8:15, 9:15, 20:16, 25:2, 36:20, 53:20, 61:9, 69:11
**McArthur** [1] - 61:5
**me** [26] - 2:10, 2:11, 7:17, 8:10, 8:18, 19:8, 20:17, 21:13, 25:3, 25:7, 31:25, 32:23, 34:18, 36:21, 43:6, 48:23, 49:8, 52:10, 55:16, 57:21, 58:10, 63:25, 71:10, 72:7, 78:11
**mean** [11] - 23:23, 30:15, 31:7, 33:18, 37:7, 39:14, 54:15, 62:20, 68:17, 81:22, 81:24
**meaning** [2] - 6:8, 6:11
**means** [4] - 13:9, 26:6, 60:14, 64:16
**meant** [3] - 54:1, 54:7, 79:3
**media** [1] - 75:10
**medical** [1] - 72:21
**meets** [2] - 38:3, 77:7
**member** [4] - 46:21, 77:17, 83:14,

85:12

**membership** [2] - 61:12, 61:15
**memo** [5] - 17:18, 19:20, 31:9, 53:25, 56:3
**memoranda** [4] - 42:3, 42:7, 46:15, 56:6
**memorandum** [3] - 5:2, 15:20, 16:7
**memos** [1] - 41:5
**men** [1] - 49:17
**mental** [1] - 72:22
**mention** [1] - 28:7
**mentioned** [2] - 50:18, 51:8
**mentions** [1] - 84:17
**meritorious** [1] - 33:19
**met** [4] - 32:23, 33:1, 37:23, 38:15
**metal** [1] - 50:8
**Methodist** [2] - 51:23, 51:24
**middle** [1] - 83:20
**Middle** [1] - 36:4
**might** [5] - 4:17, 9:9, 12:23, 21:18, 83:21
**military** [1] - 57:8
**mill** [1] - 46:24
**million** [23] - 3:17, 3:24, 4:25, 6:16, 10:10, 16:4, 16:10, 16:15, 20:14, 43:19, 44:14, 45:6, 60:8, 60:10, 60:16, 64:3, 64:4, 78:13, 78:25, 79:1, 79:4, 81:24, 82:7
**millions** [4] - 21:12, 60:7, 60:18, 64:25
**minimize** [1] - 12:8
**minimizing** [2] - 44:7, 63:16
**minimum** [2] - 53:15, 74:11
**minister** [3] - 51:23, 51:24, 52:4
**minor** [1] - 82:19
**minute** [1] - 69:23
**minutes** [1] - 70:2
**misappropriated** [2] - 29:15, 35:24
**mislead** [1] - 19:22
**misrepresentations** [2] - 35:8, 79:7
**misrepresented** [1] - 19:22
**missed** [1] - 80:2
**missing** [2] - 20:16, 55:13
**mistaken** [1] - 15:20
**misunderstand** [1] - 25:2
**model** [1] - 13:18
**modifications** [1] - 69:7
**modify** [1] - 53:9
**modus** [1] - 35:22
**moment** [12] - 7:1, 9:23, 36:13, 41:22, 57:20, 61:19, 66:16, 67:2, 67:22, 68:23, 71:12, 84:6
**moment's** [1] - 65:1
**money** [86] - 4:1, 4:2, 4:6, 4:11, 4:14, 4:20, 4:21, 4:23, 5:9, 5:13, 5:15, 5:24, 8:19, 8:22, 8:23, 9:4, 9:5, 10:6, 10:7, 10:16, 10:21, 10:22, 10:23, 11:4, 11:8, 11:9, 11:21, 13:14, 13:23, 14:16, 15:10, 15:23, 15:24, 15:25, 16:1, 16:2, 16:10, 16:20, 16:22, 17:5, 17:6, 17:7, 17:9,

19:10, 25:17, 25:18, 26:3, 30:10, 30:11, 30:22, 31:2, 35:9, 35:10, 44:14, 45:1, 45:17, 47:3, 47:18, 50:10, 60:11, 60:21, 60:22, 60:23, 60:24, 61:1, 61:2, 61:3, 61:6, 61:17, 61:22, 62:1, 62:4, 63:10, 64:19, 65:13, 65:14, 66:13, 66:20, 66:22, 66:24, 79:9, 79:20, 82:14

**monies'** [1] - 4:10
**monitoring** [2] - 19:17, 72:18
**Montgomery** [4] - 53:18, 76:14, 76:16, 76:18
**month** [8] - 54:23, 64:23, 64:25, 65:2, 68:11, 69:4, 69:5, 70:25
**monthly** [4] - 64:22, 68:16, 69:7, 70:24
**months** [42] - 40:19, 42:8, 42:10, 42:15, 42:18, 42:21, 43:2, 43:10, 45:24, 45:25, 48:2, 48:3, 49:4, 49:6, 49:11, 52:11, 52:17, 54:21, 54:22, 55:17, 56:2, 58:20, 59:8, 66:2, 68:2, 68:18, 69:10, 70:9, 71:14, 71:18, 71:19, 74:19, 76:5, 79:18, 79:24, 83:16, 83:22
**more** [18] - 3:17, 6:16, 9:15, 20:14, 27:25, 33:11, 42:8, 43:15, 49:11, 50:14, 52:11, 53:22, 59:5, 60:14, 67:14, 67:16, 72:9, 83:20
**morning** [5] - 2:13, 2:14, 2:15, 29:24, 29:25
**most** [5] - 30:12, 43:7, 47:17, 79:3, 80:22
**motions** [1] - 24:25
**Motors** [1] - 50:2
**movant** [1] - 33:14
**move** [5] - 15:12, 16:20, 19:25, 25:12, 26:10
**moved** [1] - 17:8
**moving** [3] - 20:23, 35:10, 63:3
**MR** [92] - 2:9, 2:15, 3:1, 3:5, 3:14, 3:20, 6:2, 6:6, 6:22, 8:1, 8:2, 8:5, 8:10, 9:3, 9:25, 10:25, 11:6, 11:22, 12:2, 12:19, 15:15, 17:15, 17:17, 18:2, 20:5, 21:19, 22:12, 23:11, 24:19, 25:8, 27:4, 27:10, 32:2, 32:10, 33:17, 36:24, 37:22, 38:12, 38:13, 38:18, 38:24, 39:11, 40:1, 40:2, 40:9, 40:10, 40:24, 40:25, 41:13, 41:14, 41:17, 41:21, 41:25, 42:2, 54:1, 54:9, 54:11, 54:24, 55:12, 55:18, 55:20, 55:22, 55:24, 56:11, 56:13, 56:22, 57:1, 57:3, 57:10, 57:15, 57:18, 58:17, 68:20, 69:20, 69:21, 73:3, 73:10, 73:15, 75:24, 76:4, 76:7, 76:16, 80:3, 80:10, 80:13, 81:16, 81:22, 82:5, 83:3, 83:6, 85:4, 85:5
**Mr** [168] - 2:16, 2:18, 2:24, 7:18, 7:20, 8:15, 9:24, 10:1, 10:2, 10:6, 10:19, 12:16, 15:2, 15:14, 17:16, 17:19, 17:20, 18:1, 20:2, 21:17, 22:8, 22:10, 22:18, 22:20, 23:10, 23:16, 23:21, 24:1, 24:3, 24:18, 24:21, 25:17, 26:1, 26:15, 26:16, 26:19, 27:6, 27:16, 28:5, 28:16, 30:1, 30:8, 30:10, 30:11, 30:25, 31:7, 31:8,

31:10, 31:13, 31:20, 31:24, 32:9, 32:14, 32:16, 32:17, 32:20, 32:23, 33:15, 33:21, 34:15, 34:16, 35:16, 36:18, 36:19, 36:23, 37:7, 37:19, 37:21, 38:2, 38:14, 38:22, 38:23, 39:6, 39:14, 39:16, 39:24, 41:6, 41:8, 41:9, 41:10, 41:23, 42:6, 42:17, 43:11, 44:19, 44:22, 45:2, 45:7, 45:15, 46:5, 46:7, 46:14, 46:21, 46:24, 47:2, 47:6, 47:10, 47:13, 47:19, 47:22, 47:23, 48:5, 48:9, 48:10, 48:20, 48:24, 48:25, 49:4, 49:9, 49:12, 49:13, 50:19, 50:20, 51:2, 51:3, 51:8, 51:10, 51:11, 51:14, 51:22, 52:5, 52:6, 52:8, 53:10, 53:12, 57:4, 57:9, 57:11, 58:16, 66:20, 70:5, 71:15, 75:25, 76:6, 76:15, 77:15, 78:8, 79:6, 79:12, 79:17, 79:25, 80:14, 81:9, 81:11, 81:23, 82:4, 83:4, 83:11, 83:15, 85:9
**Mrs** [1] - 57:4
**MS** [5] - 29:23, 29:25, 30:18, 31:23, 34:14
**Ms** [24] - 2:2, 23:17, 23:18, 23:22, 24:1, 24:3, 24:18, 24:21, 26:2, 29:22, 32:12, 33:15, 33:21, 34:4, 34:13, 39:7, 39:15, 39:24, 41:7, 41:9, 71:10, 83:7, 83:8
**much** [5] - 12:7, 12:15, 55:23, 68:22, 75:25
**Muho** [10] - 5:2, 5:4, 5:8, 5:16, 6:7, 7:8, 13:6, 14:3, 14:10, 14:21
**multimillion** [1] - 10:11
**multiple** [6] - 12:12, 20:13, 43:24, 65:8, 68:9
**must** [29] - 13:10, 14:5, 14:7, 14:23, 18:10, 18:19, 34:21, 35:2, 67:10, 72:16, 73:18, 73:20, 73:22, 73:23, 73:24, 74:2, 74:4, 74:7, 74:16, 74:17, 74:18, 74:21, 74:23, 74:25, 75:5, 75:8, 75:12, 75:17, 81:1
**mutual** [1] - 50:2
**My** [1] - 83:9
**my** [46] - 5:1, 8:13, 10:20, 11:20, 17:18, 23:7, 23:21, 24:24, 30:2, 30:4, 30:6, 30:12, 31:5, 31:13, 34:10, 36:21, 39:19, 42:2, 42:7, 42:23, 45:3, 46:15, 48:12, 49:5, 52:10, 55:14, 55:19, 57:22, 57:23, 57:25, 58:2, 58:4, 58:5, 58:8, 58:11, 58:12, 60:12, 78:16, 79:5, 83:7, 83:24, 85:9
**myself** [4] - 42:9, 58:2, 79:16, 79:17

## N

**N** [1] - 2:1
**name** [1] - 31:12
**named** [5] - 50:20, 50:21, 50:24, 50:25
**narrow** [3] - 27:20, 32:21, 33:4
**narrowed** [2] - 6:25, 28:11
**narrowing** [1] - 33:25
**National** [1] - 56:19
**nature** [8] - 43:7, 44:16, 45:23, 56:15,

60:4, 60:25, 69:2, 76:22
**necessarily** [1] - 33:21
**necessary** [6] - 21:9, 45:24, 46:3, 48:3, 77:9, 79:15
**need** [12] - 6:3, 24:24, 26:7, 38:9, 49:21, 53:21, 56:16, 65:23, 76:24, 77:5, 77:6, 82:21
**needed** [6] - 12:12, 40:7, 44:5, 64:2, 67:1, 74:12
**needs** [11] - 13:8, 20:11, 21:4, 29:10, 61:14, 66:15, 68:1, 68:6, 68:12, 69:17
**negative** [7] - 21:21, 33:24, 64:4, 64:6, 81:24, 82:5, 82:7
**negotiations** [1] - 28:13
**neither** [2] - 14:8, 84:18
**net** [4] - 64:4, 64:7, 81:23, 82:6
**never** [8] - 16:3, 16:4, 26:16, 32:19, 35:23, 51:1, 57:25, 64:12
**nevertheless** [1] - 29:18
**new** [2] - 68:11, 75:5
**next** [2] - 19:25, 23:14
**Nick** [2] - 7:24, 8:4
**NO** [1] - 1:5
**no** [51] - 3:5, 7:2, 10:3, 10:12, 10:17, 14:18, 15:3, 18:2, 22:12, 22:22, 23:11, 25:8, 25:10, 25:19, 33:18, 37:6, 40:13, 41:13, 41:14, 41:21, 42:8, 43:17, 43:18, 43:22, 44:1, 44:3, 46:14, 49:1, 50:4, 50:6, 50:16, 52:23, 55:14, 58:6, 59:6, 60:2, 61:21, 61:22, 65:18, 73:10, 73:17, 76:7, 76:9, 78:5, 80:13, 81:13, 83:6, 85:4, 85:5
**none** [4] - 44:1, 50:23, 50:24
**nonguideline** [1] - 3:8
**nor** [2] - 28:13, 84:19
**normal** [1] - 63:1
**north** [1] - 43:20
**Northern** [4] - 36:3, 36:5, 71:7, 85:23
**NORTHERN** [1] - 1:1
**not** [158] - 3:17, 4:22, 5:3, 6:13, 6:18, 6:24, 7:20, 8:3, 9:1, 9:7, 9:8, 9:11, 10:7, 10:17, 11:8, 12:14, 13:22, 14:12, 15:4, 15:6, 15:18, 16:2, 16:5, 18:22, 21:9, 21:17, 21:21, 21:23, 22:3, 22:6, 22:7, 22:13, 22:15, 22:18, 22:23, 23:2, 23:5, 24:5, 24:7, 24:8, 25:5, 26:10, 26:13, 26:22, 26:23, 27:17, 28:7, 28:12, 28:13, 28:21, 29:2, 29:9, 29:11, 30:16, 31:3, 32:4, 32:14, 32:17, 33:9, 33:11, 33:18, 33:20, 33:22, 33:24, 34:2, 34:3, 34:5, 34:8, 34:15, 35:14, 35:20, 35:22, 37:4, 37:10, 38:15, 38:18, 38:19, 38:22, 39:9, 39:12, 39:16, 41:18, 44:7, 44:12, 45:16, 45:19, 46:7, 48:8, 48:9, 48:19, 48:25, 49:2, 49:6, 49:11, 49:13, 49:19, 49:20, 51:20, 52:8, 52:10, 53:15, 55:12, 59:20, 60:22, 62:13, 62:23, 62:25, 63:1, 63:11, 63:14, 63:15, 64:10, 64:12, 64:17, 65:1, 65:14, 65:19, 66:7, 66:19, 66:20, 66:24, 67:3, 67:14, 68:5, 69:2, 69:21, 70:22,

72:1, 72:10, 73:14, 73:20, 73:22, 75:5, 76:11, 76:22, 77:8, 77:13, 77:17, 77:25, 78:24, 79:15, 79:16, 80:17, 82:13, 83:1, 84:21, 84:22

**note** [8] - 11:11, 14:21, 15:9, 22:1, 36:2, 50:4, 57:4, 62:7

**noted** [4] - 19:22, 30:6, 31:9, 61:25

**notes** [1] - 64:20

**noteworthy** [1] - 78:20

**nothing** [8] - 10:19, 34:14, 40:24, 40:25, 50:16, 69:20, 80:10, 83:3

**notice** [3] - 65:1, 81:1, 81:5

**notify** [1] - 70:25

**noting** [1] - 59:2

**November** [2] - 76:9, 85:24

**Now** [1] - 28:13

**now** [14] - 3:3, 23:6, 26:15, 28:5, 37:9, 41:2, 48:1, 48:5, 51:2, 51:14, 57:14, 65:23, 81:22, 85:7

**nuance** [1] - 59:22

**Number** [1] - 2:6

**numerous** [2] - 16:7, 63:22

# O

**O** [1] - 2:1

**oath** [1] - 78:3

**object** [2] - 24:22

**objected** [10] - 9:12, 20:6, 21:1, 21:6, 21:16, 21:20, 21:22, 36:19, 40:14, 56:10

**objection** [10] - 3:12, 3:16, 14:2, 18:4, 36:24, 38:5, 39:2, 39:19, 40:13, 40:22

**objections** [15] - 3:9, 3:10, 16:7, 20:1, 21:8, 21:25, 23:7, 23:13, 23:14, 36:15, 36:16, 40:7, 41:1, 45:3, 80:7

**objects** [1] - 22:17

**obligations** [1] - 72:23

**obtained** [3] - 4:1, 20:20, 60:21

**obvious** [1] - 64:21

**obviously** [6] - 12:4, 27:5, 30:1, 46:17, 46:19, 50:9

**occupants** [1] - 75:13

**occupy** [1] - 15:17

**occur** [2] - 7:13, 64:18

**occurred** [7] - 37:8, 37:17, 44:6, 45:22, 48:22, 62:9, 66:10

**occurring** [1] - 64:12

**occurs** [4] - 8:18, 48:23, 63:12, 71:2

**odd** [1] - 49:8

**Of** [1] - 66:25

**OF** [3] - 1:1, 1:3, 1:10

**of** [493] - 1:15, 1:17, 1:18, 2:16, 2:17, 2:18, 2:19, 2:20, 2:22, 3:11, 3:25, 4:9, 4:10, 4:16, 4:19, 4:23, 4:25, 5:4, 5:5, 5:11, 5:12, 6:9, 6:17, 7:3, 7:5, 7:7, 7:9, 7:10, 7:12, 7:13, 8:19, 9:6, 9:13, 9:15, 9:17, 9:18, 9:20, 10:1, 10:3, 10:12, 10:13, 11:5, 11:10, 11:15, 11:16, 11:17, 11:20, 12:5, 13:3, 13:4, 13:8, 13:18,

13:22, 14:5, 14:14, 14:15, 14:22, 14:24, 15:12, 15:13, 15:17, 15:18, 15:19, 16:8, 16:9, 16:16, 17:1, 17:12, 17:13, 17:22, 18:6, 18:8, 18:9, 18:13, 18:15, 18:18, 18:23, 19:1, 19:2, 19:4, 19:10, 19:12, 19:13, 19:14, 19:20, 20:10, 21:7, 21:12, 22:10, 23:17, 23:21, 23:25, 24:2, 24:5, 24:7, 24:10, 25:3, 25:5, 25:14, 25:23, 25:24, 26:8, 26:9, 27:4, 27:11, 27:12, 27:15, 28:3, 28:6, 28:8, 28:13, 28:18, 28:24, 29:6, 29:14, 29:15, 29:20, 30:2, 30:5, 30:9, 30:16, 30:21, 30:23, 31:1, 31:7, 31:14, 31:16, 31:17, 31:20, 32:22, 33:2, 33:23, 34:2, 34:7, 34:16, 34:18, 34:20, 34:22, 34:23, 35:3, 35:15, 35:18, 36:3, 36:4, 36:6, 36:7, 37:4, 37:10, 37:12, 37:17, 37:25, 38:9, 38:22, 39:4, 39:9, 39:15, 39:25, 40:12, 40:13, 40:14, 40:16, 40:17, 40:18, 40:20, 41:9, 41:20, 41:24, 42:8, 42:19, 42:20, 42:24, 43:2, 43:8, 43:11, 43:22, 43:23, 43:24, 44:1, 44:4, 44:8, 44:11, 44:13, 44:17, 45:4, 45:5, 45:14, 45:24, 46:3, 46:6, 46:7, 46:10, 46:21, 46:23, 47:3, 47:8, 47:9, 47:13, 47:15, 47:16, 48:5, 48:9, 48:14, 49:11, 49:12, 49:17, 49:20, 50:7, 50:8, 50:10, 50:22, 50:23, 50:24, 51:11, 51:24, 52:7, 52:10, 52:13, 52:14, 52:15, 52:16, 52:19, 53:2, 53:9, 53:14, 53:16, 53:22, 54:2, 54:4, 54:8, 54:17, 54:21, 54:25, 55:9, 55:25, 56:2, 56:15, 56:18, 57:7, 57:11, 57:25, 58:8, 58:11, 58:18, 58:20, 58:21, 58:24, 59:1, 59:7, 59:19, 59:23, 60:4, 60:7, 60:11, 60:14, 60:15, 60:17, 60:18, 60:25, 61:10, 61:11, 61:13, 61:17, 61:18, 61:23, 62:1, 62:3, 62:8, 62:10, 62:25, 63:3, 63:5, 63:11, 63:12, 63:19, 63:21, 63:25, 64:1, 64:3, 64:4, 64:9, 64:12, 64:13, 64:17, 64:21, 64:25, 65:5, 65:22, 65:24, 66:12, 66:13, 66:14, 66:22, 66:23, 66:24, 67:2, 67:5, 67:12, 67:13, 67:17, 67:18, 67:22, 67:23, 68:4, 68:5, 68:9, 68:10, 68:14, 68:19, 69:1, 69:2, 70:6, 70:7, 70:8, 70:9, 70:10, 70:13, 70:19, 70:22, 70:23, 70:24, 71:1, 71:2, 71:5, 71:6, 71:7, 71:9, 71:11, 71:14, 71:16, 71:21, 72:2, 72:3, 72:8, 72:9, 72:10, 72:11, 72:17, 72:18, 72:19, 72:25, 73:4, 73:6, 73:7, 73:13, 73:19, 73:23, 73:24, 74:2, 74:6, 74:7, 74:8, 74:14, 74:17, 74:18, 74:19, 74:20, 74:22, 74:23, 74:24, 74:25, 75:2, 75:6, 75:12, 75:16, 75:17, 75:19, 75:21, 76:8, 76:9, 76:10, 76:12, 76:20, 76:23, 76:24, 76:25, 77:2, 77:3, 77:4, 77:7, 77:9, 77:12, 77:13, 77:16, 77:17, 77:18, 77:22, 77:23, 77:24, 77:25, 78:8, 78:11, 78:17, 78:24, 79:3, 79:4, 79:6, 79:7, 79:12, 79:13, 79:15, 79:20, 79:22, 80:1, 80:5, 80:7, 80:21, 80:23, 81:1, 81:2, 81:3, 81:4, 81:5, 81:15, 82:2, 82:13,

82:15, 82:24, 83:1, 83:14, 83:16, 83:20, 83:25, 84:1, 84:9, 84:10, 84:14, 84:15, 84:17, 84:22, 84:23, 85:1, 85:7, 85:12, 85:19, 85:23

**Off** [2] - 81:20, 84:7

**off** [9] - 3:16, 40:4, 40:5, 49:4, 54:14, 72:5, 76:2, 81:19, 84:6

**Offense** [3] - 40:17, 40:18

**offense** [39] - 10:19, 13:11, 14:7, 14:9, 15:19, 17:23, 18:8, 18:15, 18:24, 27:14, 27:15, 27:24, 29:17, 34:16, 34:20, 34:22, 35:3, 35:14, 43:8, 44:6, 44:17, 45:22, 45:24, 53:22, 56:2, 56:15, 56:17, 60:4, 60:6, 60:25, 65:24, 76:10, 76:23, 76:25, 77:4, 78:7, 78:23, 78:24, 79:5

**offenses** [1] - 19:8

**offer** [2] - 23:2, 59:12

**offered** [1] - 23:8

**offers** [1] - 20:25

**office** [7] - 1:17, 32:18, 46:8, 71:22, 71:24, 75:3, 75:10

**Office** [2] - 2:21, 75:4

**Officer** [1] - 75:11

**OFFICER** [5] - 2:12, 70:1, 71:13, 84:3, 85:14

**officer** [31] - 17:1, 22:3, 22:4, 22:14, 22:15, 37:24, 38:2, 39:18, 54:25, 55:3, 55:9, 63:23, 64:23, 69:11, 71:17, 71:23, 72:7, 72:19, 72:24, 74:3, 74:12, 74:20, 74:22, 74:25, 75:1, 75:7, 75:14, 81:14, 83:9, 83:10

**officer's** [2] - 64:20, 72:4

**OFFICIAL** [1] - 1:23

**official** [2] - 15:6, 85:22

**Okay** [1] - 32:19

**okay** [19] - 10:17, 12:5, 22:22, 25:2, 25:13, 25:16, 26:7, 33:3, 38:14, 38:21, 39:1, 39:21, 50:1, 57:18, 57:20, 81:14, 84:8, 85:6

**old** [1] - 46:24

**On** [3] - 1:15, 1:18, 64:22

**on** [118] - 2:18, 6:25, 7:20, 7:21, 8:3, 9:17, 10:23, 16:21, 17:11, 17:17, 17:21, 18:20, 19:19, 20:2, 20:4, 20:7, 20:8, 20:15, 20:24, 21:3, 22:20, 23:3, 23:17, 23:21, 24:1, 24:13, 24:15, 25:10, 25:24, 26:23, 27:19, 29:3, 29:13, 29:22, 30:6, 30:8, 30:9, 32:1, 32:3, 32:12, 33:19, 34:24, 35:22, 35:23, 36:2, 36:18, 36:24, 36:25, 38:20, 40:6, 40:15, 40:16, 41:8, 41:20, 41:23, 43:11, 47:13, 47:19, 47:20, 49:13, 51:11, 51:12, 51:13, 52:18, 52:22, 52:24, 53:9, 55:1, 56:4, 56:20, 56:23, 59:25, 60:11, 60:12, 62:9, 62:14, 64:8, 64:9, 64:15, 64:21, 65:1, 65:2, 65:4, 65:20, 66:5, 68:1, 68:11, 71:8, 71:15, 72:13, 72:25, 73:9, 73:25, 74:11, 77:10, 78:3, 78:5, 78:11, 78:16, 78:22, 79:18, 79:21, 79:22, 79:25, 81:5, 81:6, 81:9, 81:15, 81:21, 82:4, 82:19,

82:20, 82:23, 84:8, 85:3, 85:11
  **once** [3] - 17:6, 60:19, 68:6
  **one** [41] - 3:12, 5:20, 5:22, 6:3, 8:19, 9:23, 11:16, 12:16, 14:5, 19:2, 23:21, 24:10, 28:5, 30:20, 32:12, 33:17, 36:13, 37:25, 41:22, 44:11, 44:13, 45:4, 46:23, 48:21, 50:6, 50:7, 50:22, 51:21, 52:12, 53:20, 56:4, 57:6, 61:18, 62:8, 67:2, 67:12, 68:18, 73:24, 76:12, 84:14
  **One** [2] - 32:12, 48:21
  **ongoing** [4] - 12:10, 45:7, 62:11, 69:1
  **only** [7] - 4:5, 35:4, 38:22, 49:21, 68:13, 75:15, 77:17
  **onto** [1] - 15:12
  **open** [4] - 29:6, 29:8, 44:23, 75:5
  **operandi** [1] - 35:23
  **operates** [1] - 32:18
  **operating** [1] - 61:13
  **operation** [1] - 84:22
  **operations** [1] - 12:11
  **opinion** [1] - 65:19
  **opportunity** [4] - 2:25, 38:10, 48:6, 67:17
  **oppose** [2] - 68:5, 75:22
  **opposition** [1] - 76:6
  **opted** [1] - 79:11
  **or** [117] - 3:3, 3:17, 5:6, 5:10, 5:15, 6:3, 6:16, 7:3, 7:24, 8:18, 8:20, 8:22, 8:23, 10:5, 10:10, 10:22, 11:25, 12:9, 13:24, 14:24, 18:7, 18:8, 18:13, 18:14, 19:15, 19:16, 20:2, 20:24, 21:5, 23:4, 24:5, 24:7, 24:8, 25:5, 27:13, 28:1, 28:23, 29:9, 29:11, 31:18, 32:25, 33:21, 34:2, 34:8, 34:16, 35:6, 35:7, 39:9, 41:11, 41:15, 43:15, 48:3, 48:18, 48:24, 49:7, 49:18, 50:2, 50:13, 50:21, 52:6, 53:4, 53:6, 53:9, 53:14, 53:16, 53:18, 53:20, 54:14, 54:21, 54:22, 56:25, 59:17, 60:3, 62:25, 63:2, 64:18, 65:18, 67:17, 67:22, 69:18, 69:23, 70:15, 71:1, 71:24, 72:7, 72:18, 72:22, 72:23, 72:24, 73:20, 74:5, 75:5, 75:9, 75:10, 75:20, 76:14, 78:18, 79:3, 79:8, 80:6, 80:8, 80:15, 80:16, 81:4, 81:14, 82:13
  **order** [7] - 5:5, 9:16, 16:14, 27:5, 54:4, 73:7
  **ordered** [6] - 58:22, 70:12, 71:4, 71:20, 72:23, 73:5
  **ordinary** [2] - 18:20, 19:18
  **organizes** [1] - 47:19
  **origin** [1] - 64:13
  **original** [1] - 83:20
  **originally** [5] - 3:24, 5:10, 5:12, 5:13, 56:10
  **other** [46] - 3:3, 3:12, 5:24, 6:3, 16:24, 21:12, 21:21, 25:18, 26:6, 26:22, 34:24, 35:12, 35:15, 35:16, 35:17, 35:18, 35:25, 36:2, 40:25, 41:11, 43:11, 43:12, 44:9, 44:21, 45:8, 45:12, 48:9, 50:8, 56:14, 58:1, 58:4, 60:3, 69:17, 72:18,

72:23, 74:5, 75:9, 75:12, 75:20, 78:1, 78:5, 78:19, 79:14, 80:16, 82:24, 83:25
  **others** [3] - 45:2, 46:18, 78:12
  **otherwise** [1] - 19:16
  **ought** [6] - 24:22, 26:11, 33:8, 46:4, 47:11, 48:1
  **our** [12] - 8:13, 11:4, 15:19, 22:13, 22:16, 23:6, 29:8, 31:17, 38:11, 40:25, 83:9
  **out** [24] - 5:25, 8:18, 26:15, 27:4, 28:11, 30:4, 42:2, 47:10, 48:14, 50:8, 50:11, 51:11, 53:16, 54:25, 55:9, 60:9, 67:2, 68:6, 73:14, 77:15, 81:25, 83:13, 85:11
  **outside** [1] - 36:6
  **outstanding** [1] - 82:8
  **over** [16] - 3:24, 14:16, 14:17, 17:6, 17:8, 24:15, 42:18, 42:25, 43:2, 43:20, 45:6, 46:25, 47:5, 50:5, 78:13, 79:1
  **overall** [1] - 69:7
  **overlooks** [1] - 4:23
  **overrule** [3] - 14:2, 18:3, 23:12
  **overwhelmed** [1] - 64:3
  **owed** [2] - 61:1, 62:3
  **owes** [2] - 30:11, 69:6
  **owing** [1] - 64:25
  **own** [2] - 60:11, 68:20
  **owned** [4] - 4:19, 5:21, 5:22, 5:25
  **owner** [5] - 4:16, 12:22, 14:12, 14:14, 14:15
  **ownership** [4] - 5:5, 5:8, 6:13, 19:2
  **owns** [2] - 12:22, 48:10

# P

  **P** [1] - 2:1
  **p.m** [1] - 85:16
  **page** [7] - 19:19, 47:17, 63:22, 64:8, 64:10, 64:15, 64:22
  **pages** [1] - 63:19
  **paid** [11] - 13:16, 44:5, 53:23, 61:2, 61:15, 62:3, 62:13, 70:17, 70:22, 70:24, 71:6
  **pain** [1] - 58:9
  **Pak** [13] - 23:16, 24:1, 24:3, 24:18, 24:21, 26:1, 30:1, 32:16, 32:20, 32:23, 33:15, 39:24, 41:6
  **pak** [1] - 27:6
  **PAK** [2] - 27:10, 33:17
  **Pak's** [2] - 23:21, 39:6
  **paper** [1] - 62:14
  **papers** [1] - 75:9
  **paragraph** [13] - 9:6, 11:12, 19:13, 20:12, 20:22, 20:23, 58:23, 61:10, 61:11, 65:5, 65:7, 65:10, 66:19
  **paragraphs** [8] - 20:1, 22:16, 23:5, 36:16, 37:6, 38:23, 39:2, 39:22
  **parent** [1] - 11:18
  **Parker** [1] - 59:17
  **parking** [1] - 43:23

  **parnell** [1] - 36:4
  **part** [16] - 11:5, 11:15, 16:16, 20:10, 29:15, 39:9, 39:25, 45:14, 48:5, 51:24, 57:7, 57:25, 61:11, 73:13, 74:7, 80:21
  **participant** [1] - 5:6
  **participate** [1] - 72:16
  **participation** [1] - 74:21
  **particular** [5] - 5:7, 13:3, 13:14, 20:6, 37:10
  **particularly** [3] - 78:17, 80:19, 84:20
  **parties** [8] - 20:25, 24:23, 34:24, 35:12, 40:14, 41:2, 42:4, 84:11
  **parties'** [1] - 76:21
  **partner** [3] - 17:22, 19:3, 50:22
  **partners** [5] - 44:23, 45:11, 46:19, 50:23, 78:13
  **partnership** [26] - 4:15, 4:17, 4:19, 4:22, 5:14, 5:21, 5:23, 5:25, 10:8, 10:12, 14:14, 14:15, 14:16, 15:2, 15:24, 16:23, 19:7, 19:16, 35:5, 35:7, 35:20, 45:2, 61:22, 62:9, 66:23
  **partnership's** [2] - 35:9, 35:10
  **partnerships** [6] - 20:13, 44:21, 44:23, 45:4, 45:6, 45:8
  **party** [4] - 14:8, 28:13, 34:25, 35:1
  **passion** [2] - 67:17, 67:22
  **pastor** [2] - 47:10, 52:2
  **pauperis** [1] - 81:4
  **pause** [3] - 72:25, 81:17, 82:21
  **pay** [35] - 8:24, 11:3, 13:17, 30:20, 35:9, 44:4, 53:25, 54:1, 54:18, 54:23, 55:5, 58:22, 59:3, 59:5, 60:24, 61:4, 62:1, 65:1, 66:13, 66:24, 70:12, 71:4, 71:20, 72:1, 72:5, 72:6, 72:9, 72:11, 72:12, 81:3, 82:2, 82:10, 82:15, 85:11
  **pay-claim** [1] - 11:3
  **paying** [2] - 54:8, 68:12
  **payment** [10] - 19:10, 35:5, 54:6, 54:15, 56:5, 58:23, 59:16, 59:18, 59:19, 81:4
  **payments** [5] - 35:11, 68:25, 69:2, 69:6, 70:18
  **pays** [2] - 8:16, 30:10
  **Peachtree** [4] - 28:2, 29:14, 35:6, 37:25
  **peers** [1] - 19:16
  **pellets** [1] - 50:8
  **penalizes** [1] - 49:9
  **penny** [2] - 59:24, 66:4
  **Pensacola** [4] - 53:18, 76:15, 76:17, 76:19
  **people** [13] - 10:16, 45:10, 47:2, 47:6, 50:15, 50:17, 51:25, 52:1, 52:4, 52:5, 77:21
  **per** [1] - 54:23
  **percent** [15] - 4:16, 4:17, 5:7, 5:12, 5:14, 5:21, 5:22, 6:13, 14:14, 14:15, 30:8, 62:1, 62:2, 66:14, 68:19
  **perhaps** [1] - 21:9
  **period** [2] - 60:15, 68:4

**periodic** [1] - 74:1
**permit** [1] - 75:19
**permitted** [1] - 84:23
**person** [9] - 16:16, 30:20, 33:21, 34:19, 51:1, 60:12, 61:13, 71:22, 75:8
**person's** [1] - 55:4
**personal** [11] - 46:5, 56:15, 60:24, 61:4, 62:6, 62:7, 62:12, 63:11, 64:10, 64:16, 66:24
**personally** [1] - 57:13
**perspective** [1] - 83:24
**persuasive** [2] - 18:12, 19:19
**pertinent** [2] - 13:23, 77:5
**Pete** [5] - 26:23, 47:24, 50:15, 51:4, 51:6
**PETERSON** [1] - 1:6
**Peterson** [1] - 2:5
**philanthropist** [1] - 47:25
**phonetic** [1] - 36:5
**picture** [1] - 81:24
**piece** [3] - 12:17, 12:20, 13:22
**pieces** [1] - 30:9
**pile** [1] - 23:21
**PIS** [7] - 19:7, 19:16, 19:21, 20:12, 35:6, 35:11
**PIS's** [1] - 35:10
**place** [1] - 18:12
**placed** [4] - 17:19, 18:19, 71:8, 73:25
**planning** [1] - 84:24
**play** [2] - 61:7, 67:10
**playing** [1] - 32:20
**plea** [15] - 28:13, 42:3, 42:5, 54:2, 54:4, 58:18, 59:7, 59:11, 73:6, 73:13, 73:16, 80:15, 80:17, 80:21, 80:22
**plead** [1] - 48:14
**please** [4] - 2:2, 2:7, 9:23, 70:5
**pled** [2] - 2:18, 78:21
**plus** [1] - 71:18
**pocketed** [1] - 60:10
**Poe** [1] - 59:17
**point** [20] - 9:13, 11:23, 20:17, 26:15, 27:4, 30:4, 30:18, 30:25, 34:5, 34:10, 39:2, 47:10, 50:6, 51:10, 54:23, 57:2, 64:21, 69:15, 83:15
**point's** [1] - 42:14
**pointed** [3] - 42:2, 65:8, 77:15
**points** [2] - 46:23, 56:9
**policy** [2] - 49:8, 77:5
**Ponzi** [5] - 30:11, 30:19, 30:24, 31:1, 32:13
**pool** [1] - 11:10
**pools** [1] - 10:16
**portfolio** [1] - 11:16
**portion** [2] - 70:22, 71:2
**portions** [1] - 24:2
**portray** [3] - 16:8, 63:4, 63:13
**position** [26] - 15:3, 15:12, 15:17, 15:18, 16:6, 16:25, 17:12, 17:13, 17:22, 18:6, 18:13, 18:23, 19:7, 19:14, 23:6,

28:12, 33:9, 38:25, 45:21, 52:6, 52:9, 55:4, 55:10, 69:12
**possess** [1] - 73:22
**possession** [1] - 14:24
**possible** [1] - 20:17
**potential** [2] - 23:25, 83:16
**potentially** [1] - 24:6
**power** [1] - 52:13
**practice** [1] - 67:12
**pre** [1] - 72:24
**pre-approved** [1] - 72:24
**preceded** [1] - 28:1
**precisely** [1] - 67:20
**predict** [1] - 55:8
**preface** [1] - 27:8
**premises** [1] - 75:13
**premiums** [7] - 8:16, 8:20, 10:22, 11:3, 11:5, 13:16
**prepare** [1] - 81:5
**prepared** [2] - 2:21, 22:4
**present** [3] - 38:19, 41:16, 80:25
**presentation** [1] - 65:9
**presentence** [6] - 2:21, 2:22, 2:25, 3:3, 3:7, 40:12
**preservation** [1] - 20:3
**pretty** [1] - 34:8
**previously** [4] - 3:4, 59:14, 59:23, 74:4
**primarily** [1] - 44:25
**primary** [1] - 29:10
**prime** [1] - 67:18
**principal** [1] - 19:20
**principals** [1] - 37:25
**prior** [2] - 38:1, 41:1
**prison** [5] - 48:13, 48:18, 70:19, 70:23, 83:12
**Prisons** [7] - 70:8, 70:19, 71:21, 76:13, 84:16, 84:18, 84:22
**private** [2] - 18:7, 18:13
**pro** [1] - 77:14
**probably** [4] - 3:18, 33:6, 69:23, 83:20
**PROBATION** [2] - 2:12, 71:13
**probation** [33] - 2:12, 22:3, 22:4, 22:14, 22:15, 37:24, 38:2, 39:18, 54:25, 55:3, 55:9, 63:23, 64:20, 64:23, 69:11, 71:17, 71:22, 71:23, 71:24, 72:4, 72:7, 72:19, 72:24, 74:3, 74:12, 74:20, 74:22, 74:25, 75:3, 75:6, 83:9
**Probation** [2] - 2:20, 75:11
**problem** [1] - 68:22
**problems** [4] - 49:1, 49:2, 49:7
**Procedure** [1] - 2:20
**procedure** [1] - 55:2
**proceeding** [2] - 84:1, 85:13
**proceedings** [3] - 69:24, 80:17, 85:19
**Proceedings** [1] - 85:16
**PROCEEDINGS** [1] - 1:10
**proceeds** [1] - 11:25
**process** [2] - 14:20, 19:11
**produce** [4] - 21:4, 28:20, 33:3, 33:25

**PRODUCED** [1] - 1:22
**productive** [7] - 44:24, 46:16, 46:21, 62:15, 77:17, 83:13, 85:12
**profession** [1] - 67:12
**Program** [1] - 70:20
**program** [7] - 47:14, 49:3, 72:16, 72:17, 74:21
**prominent** [1] - 47:17
**promised** [2] - 66:23, 68:7
**promises** [3] - 60:21, 66:11, 66:12
**promote** [1] - 65:24
**promotes** [1] - 66:3
**pronounce** [1] - 35:19
**pronounced** [1] - 80:9
**proper** [1] - 68:16
**properly** [1] - 66:4
**property** [14] - 13:9, 13:10, 14:5, 14:6, 14:11, 14:13, 14:19, 14:23, 73:5, 73:10, 73:17, 75:8
**proposed** [2] - 72:4, 73:7
**protect** [1] - 77:1
**prove** [7] - 21:17, 21:20, 22:9, 22:13, 22:16, 23:5, 29:8
**provide** [10] - 19:3, 22:14, 53:15, 53:21, 56:16, 65:25, 74:21, 74:25, 77:1, 77:6
**provided** [12] - 2:22, 5:3, 16:3, 16:4, 23:16, 28:17, 29:19, 30:13, 31:21, 33:19, 63:23, 63:24
**provides** [2] - 15:3, 22:14
**providing** [1] - 66:10
**provision** [3] - 7:11, 13:3, 19:23
**provisions** [2] - 15:5, 20:6
**proximate** [3] - 34:23, 34:25, 35:15
**proximately** [1] - 34:19
**PSI's** [1] - 14:17
**PSR** [32] - 9:7, 9:9, 11:12, 16:25, 19:13, 21:15, 21:22, 22:4, 22:15, 22:16, 23:5, 36:16, 37:11, 37:12, 37:14, 37:16, 37:23, 38:6, 39:19, 39:20, 41:4, 45:3, 46:5, 46:9, 58:24, 61:11, 61:25, 62:10, 63:19, 63:21, 65:5, 65:15
**public** [5] - 18:6, 18:13, 45:16, 52:22, 77:1
**punishable** [1] - 66:1
**punished** [1] - 68:2
**punishment** [2] - 65:25, 77:7
**purpose** [2] - 9:21, 25:20
**purposes** [13] - 4:25, 9:6, 14:18, 25:18, 31:4, 31:17, 34:2, 39:15, 42:19, 46:3, 66:23, 67:13
**pursuant** [5] - 42:5, 70:6, 75:13, 75:14, 84:19
**pursued** [1] - 50:13
**put** [10] - 11:8, 17:17, 22:25, 23:3, 28:18, 30:9, 39:14, 42:6, 50:7, 55:16
**puts** [2] - 47:19, 64:21
**putting** [3] - 8:12, 13:21, 54:11

**Q**

**QOZ** [1] - 35:6
**qualified** [1] - 49:3
**qualifies** [1] - 19:17
**qualify** [1] - 49:2
**Queen** [1] - 36:7
**question** [17] - 4:5, 9:7, 9:8, 9:15, 9:20, 10:14, 10:17, 11:20, 29:10, 37:9, 53:20, 55:14, 64:23, 64:24, 73:1, 82:18
**questions** [5] - 3:2, 10:2, 53:19, 81:8, 81:11
**quite** [1] - 64:8
**quote** [1] - 18:6
**quoted** [3] - 50:19, 51:23, 78:8
**quoting** [1] - 47:21

**R**

**R** [1] - 2:1
**rabbit** [2] - 7:18, 85:7
**raises** [1] - 9:14
**ran** [1] - 46:18
**Range** [2] - 40:19, 40:20
**range** [6] - 27:25, 42:5, 42:18, 46:2, 77:3, 83:21
**rate** [1] - 70:24
**rather** [4] - 18:23, 72:12, 82:13, 82:22
**rational** [3] - 63:9, 67:16, 67:23
**RDAP** [2] - 49:2, 49:3
**reached** [1] - 44:4
**read** [9] - 2:25, 8:14, 24:14, 34:18, 39:6, 52:24, 70:10, 72:14, 77:20
**reading** [1] - 72:4
**real** [7] - 10:8, 10:9, 12:10, 43:17, 43:19, 50:9
**reality** [1] - 44:8
**really** [12] - 5:18, 6:3, 11:17, 20:3, 31:19, 37:10, 43:16, 44:2, 49:18, 59:5, 63:14, 65:19
**reason** [11] - 5:3, 7:10, 12:13, 20:5, 27:20, 49:10, 50:16, 60:3, 67:15, 72:11, 82:15
**reasonable** [6] - 41:3, 43:4, 49:22, 75:15, 75:18
**reasoning** [1] - 3:22
**reasons** [1] - 66:7
**rebut** [1] - 38:10
**receipts** [2] - 4:25, 6:16
**receive** [2] - 27:25, 58:20
**received** [2] - 59:25, 61:22
**receives** [1] - 30:10
**receiving** [1] - 31:18
**recess** [5] - 70:2, 70:4, 84:4, 84:5, 85:15
**recidivist** [1] - 51:20
**Recleim** [2] - 31:13, 35:19
**recognize** [1] - 49:14
**recommend** [6] - 42:6, 42:16, 42:17,

56:7, 76:12, 76:13
**recommendation** [5] - 48:12, 49:4, 49:5, 53:1, 53:18
**recommendations** [1] - 41:3
**recommended** [1] - 59:8
**recommending** [1] - 58:19
**recommends** [2] - 46:1
**record** [15] - 2:8, 8:3, 22:25, 40:4, 40:5, 40:6, 76:2, 78:6, 81:19, 81:20, 81:21, 84:6, 84:7, 84:8, 85:19
**records** [1] - 30:14
**rectified** [1] - 28:24
**recycling** [1] - 50:7
**redo** [1] - 81:22
**reference** [2] - 23:23, 74:9
**referenced** [1] - 62:10
**referred** [1] - 62:16
**referring** [1] - 38:21
**reflect** [3] - 23:6, 65:24, 76:24
**reflected** [2] - 46:5, 46:9
**reflection** [1] - 60:17
**Reform** [1] - 70:6
**refrain** [1] - 73:23
**refusal** [1] - 28:20
**regard** [1] - 12:5
**regarding** [4] - 3:13, 3:17, 19:10, 41:24
**regardless** [1] - 24:7
**register** [1] - 62:21
**regret** [1] - 58:4
**regulations** [1] - 34:7
**rejected** [2] - 7:16, 20:24
**relate** [2] - 45:8, 51:19
**related** [2] - 35:5, 35:22
**relates** [2] - 51:22, 57:5
**relationship** [6] - 16:12, 17:21, 44:24, 45:11, 45:12, 62:15
**relationships** [1] - 63:13
**release** [20] - 52:13, 52:19, 53:2, 54:21, 55:1, 58:21, 68:18, 70:23, 71:8, 71:9, 71:11, 71:14, 71:21, 73:19, 73:25, 74:7, 74:17, 75:2, 75:12
**Release** [1] - 40:21
**released** [1] - 47:1
**relevant** [15] - 14:23, 21:14, 24:8, 27:15, 27:17, 27:22, 27:24, 28:12, 29:13, 29:16, 29:17, 34:3, 34:6, 36:8, 45:20
**reliability** [1] - 38:9
**reliable** [3] - 28:18, 33:11, 39:10
**reliance** [3] - 18:20, 19:18, 21:3
**religious** [1] - 72:21
**rely** [1] - 17:21
**remainder** [1] - 70:10
**remains** [2] - 35:25, 71:3
**remarks** [3] - 51:11, 51:12, 51:13
**remorse** [1] - 58:7
**remorseful** [1] - 78:21
**render** [2] - 9:9, 15:5

**reneged** [1] - 20:24
**repay** [1] - 47:13
**repeatedly** [2] - 37:14, 79:6
**repentance** [1] - 52:7
**report** [11] - 2:22, 2:25, 3:3, 3:8, 40:12, 48:20, 71:22, 71:24, 74:12, 76:8, 76:10
**reporter** [1] - 8:13
**REPORTER** [1] - 1:23
**Reporter** [1] - 85:22
**Reporter's** [1] - 85:17
**representation** [1] - 32:23
**representations** [2] - 20:9, 35:18
**representative** [1] - 41:17
**representatives** [1] - 19:9
**represented** [5] - 46:7, 48:23, 56:5, 83:24, 85:10
**request** [4] - 28:8, 52:10, 74:25, 81:4
**requested** [1] - 75:1
**requests** [1] - 79:25
**require** [1] - 5:7
**required** [5] - 17:23, 59:4, 59:6, 68:25, 84:13
**requirement** [2] - 14:9, 14:10
**requirements** [1] - 72:17
**research** [1] - 24:14
**reserve** [2] - 56:22, 78:4
**reside** [1] - 71:23
**residence** [4] - 71:1, 71:2, 72:20, 75:8
**residences** [2] - 64:6, 68:9
**resilience** [1] - 52:8
**resolve** [1] - 44:4
**respect** [9] - 5:9, 23:6, 29:16, 35:25, 46:12, 61:21, 61:22, 65:25, 66:3
**respectfully** [1] - 76:13
**respond** [3] - 10:1, 32:11, 59:1
**response** [2] - 38:17, 58:16
**responses** [1] - 41:6
**Responsibility** [1] - 70:20
**responsibility** [9] - 48:11, 48:16, 51:12, 57:24, 58:2, 58:12, 63:16, 78:20
**responsible** [2] - 47:7, 63:6
**responsive** [1] - 15:19
**restate** [1] - 72:4
**restitution** [40] - 24:6, 25:15, 29:8, 31:4, 31:18, 34:7, 53:10, 53:13, 53:21, 53:25, 54:2, 54:4, 54:6, 54:15, 54:19, 56:16, 58:22, 58:23, 59:3, 62:3, 68:12, 68:25, 70:12, 70:18, 70:22, 71:2, 72:6, 72:9, 72:12, 74:4, 74:6, 77:6, 82:8, 82:14, 82:24, 83:1, 84:20, 84:25, 85:11
**Restitution** [1] - 70:17
**restore** [1] - 46:24
**restored** [2] - 47:4, 47:7
**restricted** [1] - 72:20
**result** [4] - 26:6, 34:20, 35:18, 52:7
**results** [1] - 78:16
**retaining** [1] - 11:24
**retirement** [1] - 79:3
**retracted** [1] - 36:21

**Reverend** [2] - 41:9, 51:22
**reviewed** [2] - 41:4, 59:13
**revocation** [1] - 75:12
**ridden** [1] - 47:5
**right** [58] - 2:17, 3:6, 3:15, 7:17, 8:12, 8:19, 9:23, 12:15, 14:1, 15:12, 17:14, 17:25, 18:3, 21:15, 23:9, 23:12, 27:2, 28:5, 28:21, 29:7, 29:21, 30:8, 31:22, 32:8, 33:13, 34:15, 36:14, 37:20, 38:7, 40:3, 40:11, 41:2, 41:19, 45:10, 47:8, 54:22, 55:11, 56:1, 56:10, 56:21, 57:9, 62:24, 69:16, 69:22, 73:4, 73:12, 73:18, 80:5, 80:18, 81:8, 81:17, 82:3, 82:11, 82:22, 82:23, 82:24, 83:25, 84:6
**Right** [1] - 36:7
**rights** [7] - 13:9, 14:6, 25:6, 28:10, 80:6, 80:21, 80:23
**Rights** [2] - 27:12, 34:6
**rise** [3] - 70:1, 84:3, 85:14
**risk** [4] - 11:10, 49:25, 50:3, 51:20
**risks** [1] - 10:16
**road** [1] - 8:24
**Rogers** [1] - 36:3
**role** [2] - 9:21, 67:10
**roll** [1] - 11:17
**Rolston** [1] - 70:15
**Ross** [3] - 5:2, 5:17, 6:8
**roughly** [1] - 44:14
**route** [1] - 82:22
**RPR** [2] - 1:23, 85:21
**Rubel** [1] - 2:11
**rule** [1] - 27:7
**Rule** [1] - 2:19
**ruled** [1] - 40:14
**Rules** [1] - 2:20
**ruling** [2] - 27:19, 33:19
**run** [2] - 7:17, 12:24

## S

**S** [1] - 2:1
**Saban** [2] - 7:24, 8:4
**said** [27] - 10:1, 17:3, 18:17, 21:16, 31:5, 32:16, 37:7, 37:13, 37:18, 38:14, 39:5, 47:11, 47:23, 47:24, 50:19, 51:24, 58:25, 59:3, 65:15, 66:12, 66:18, 66:19, 67:14, 68:22, 81:12
**same** [12] - 5:19, 29:15, 37:13, 37:18, 38:25, 39:8, 61:3, 62:1, 64:24, 65:3, 66:11, 81:16
**Samir** [2] - 1:16, 2:9
**satisfied** [2] - 13:7, 42:25
**satisfy** [1] - 46:3
**satisfying** [1] - 14:9
**save** [1] - 11:25
**saved** [1] - 16:11
**saves** [1] - 62:19
**saving** [1] - 16:10
**savings** [1] - 10:23
**saw** [3] - 17:8, 59:13, 60:20

**say** [45] - 5:22, 11:14, 12:13, 17:18, 22:10, 22:11, 24:2, 24:21, 25:12, 25:24, 25:25, 26:5, 26:6, 26:8, 26:25, 27:12, 27:21, 28:21, 31:3, 32:1, 32:12, 33:4, 33:6, 33:12, 34:5, 36:9, 39:11, 43:13, 45:12, 46:13, 49:14, 53:4, 53:13, 54:20, 57:13, 62:21, 66:15, 67:1, 69:14, 73:2, 78:22, 78:24, 79:14
**saying** [9] - 7:19, 9:13, 32:21, 38:4, 38:15, 56:8, 63:17, 66:25, 82:9
**says** [13] - 4:20, 4:23, 16:10, 20:12, 22:22, 25:10, 26:1, 27:14, 37:12, 52:6, 64:9, 65:15, 66:15
**scenario** [1] - 18:21
**scheme** [10] - 7:14, 21:7, 27:23, 30:6, 30:20, 30:23, 30:24, 31:1, 59:15, 59:19
**schemes** [2] - 30:11, 32:13
**scholars'** [1] - 47:14
**scholarship** [1] - 47:11
**school** [2] - 56:23, 77:19
**search** [4] - 75:10, 75:11, 75:14, 75:17
**searched** [1] - 75:16
**searches** [1] - 75:13
**seated** [1] - 70:10
**seats** [1] - 70:3
**second** [7] - 14:9, 34:23, 36:20, 46:4, 53:8, 58:3, 76:18
**section** [3] - 37:10, 37:12, 47:20
**Section** [6] - 14:4, 25:10, 32:7, 41:4, 76:21, 77:9
**Sections** [1] - 74:5
**security** [3] - 62:18, 62:20, 83:9
**SECURITY** [3] - 70:1, 84:3, 85:14
**see** [20] - 2:17, 19:12, 29:4, 32:1, 44:9, 46:6, 52:1, 52:2, 52:3, 60:13, 63:20, 64:5, 64:15, 77:24, 78:1, 82:18, 82:23, 84:1
**seeing** [1] - 52:5
**seem** [1] - 21:10
**seemed** [1] - 49:8
**seemingly** [1] - 66:6
**seems** [4] - 21:3, 57:2, 69:8, 82:19
**seen** [5] - 7:20, 7:21, 8:8, 43:21, 52:7
**sees** [1] - 53:7
**select** [1] - 76:11
**self** [3] - 32:22, 33:3, 37:2
**self-serving** [3] - 32:22, 33:3, 37:2
**sell** [1] - 54:14
**send** [5] - 16:15, 16:16, 35:8, 66:20, 66:22
**sense** [4] - 54:2, 61:23, 68:21, 69:3
**sent** [4] - 4:11, 16:22, 17:6, 23:18
**sentence** [42] - 27:25, 31:6, 41:3, 41:16, 42:6, 42:8, 42:24, 48:15, 49:5, 49:11, 49:22, 51:15, 51:17, 52:10, 53:3, 54:3, 55:17, 57:13, 65:23, 67:13, 68:3, 69:18, 70:11, 74:6, 76:9, 76:10, 76:20, 76:24, 77:2, 77:3, 77:7, 77:11, 78:16, 78:18, 79:15, 80:8, 80:19, 80:20, 80:23, 85:9

**sentenced** [1] - 83:11
**sentences** [2] - 78:17, 78:19
**sentencing** [26] - 2:5, 5:1, 9:6, 14:23, 15:19, 16:7, 17:18, 25:4, 27:23, 31:9, 39:9, 41:5, 41:24, 42:3, 42:7, 42:19, 42:24, 46:15, 56:3, 56:6, 67:11, 76:20, 77:3, 77:4, 77:6, 81:12
**Sentencing** [2] - 67:8, 70:6
**SENTENCING** [1] - 1:9
**sentencings** [1] - 42:11
**separate** [4] - 10:8, 10:11, 12:9, 14:17
**series** [2] - 43:23, 63:21
**serious** [5] - 27:25, 65:25, 77:16, 79:5, 83:23
**seriousness** [4] - 65:24, 76:25, 78:8, 78:24
**serve** [2] - 83:12, 85:11
**served** [1] - 78:2
**serves** [2] - 51:15, 51:16
**service** [5] - 72:21, 74:18, 76:8, 76:10
**servicemen** [1] - 57:6
**serving** [4] - 32:22, 33:3, 37:2, 57:8
**set** [5] - 2:4, 3:21, 54:24, 67:23, 77:4
**sets** [2] - 43:14
**setting** [1] - 69:10
**settled** [1] - 12:12
**settlement** [3] - 11:9, 19:10, 25:17
**seven** [2] - 55:19, 79:11
**several** [2] - 19:11, 47:9
**shall** [12] - 70:17, 70:18, 70:23, 70:24, 70:25, 71:4, 71:5, 71:8, 71:20, 72:20, 73:7, 75:19
**shame** [1] - 61:23
**share** [1] - 75:3
**she** [11] - 11:12, 17:2, 18:13, 26:2, 26:3, 51:11, 51:12, 51:13, 51:14, 57:5
**she'll** [1] - 51:15
**she's** [4] - 22:5, 48:7, 48:8, 51:14
**shocking** [1] - 63:19
**short** [2] - 25:8, 60:15
**shot** [1] - 53:13
**should** [33] - 5:3, 6:25, 7:15, 8:6, 12:14, 12:24, 13:24, 19:24, 24:9, 24:16, 25:13, 25:21, 26:5, 27:24, 31:15, 36:20, 37:1, 38:5, 42:4, 42:12, 44:16, 51:4, 55:23, 59:20, 61:23, 62:16, 65:19, 67:10, 68:17, 71:6, 71:21
**shouldn't** [1] - 39:20
**show** [3] - 21:4, 21:23, 30:5
**showing** [2] - 18:19, 30:14
**shows** [5] - 20:11, 57:7, 63:14, 65:2, 81:24
**Sias** [1] - 70:14
**Sias-Brown** [1] - 70:14
**sic** [2] - 14:3, 14:17
**side** [4] - 36:12, 41:12, 69:18, 83:1
**sides** [1] - 84:10
**significant** [5] - 43:7, 68:8, 69:3, 81:25, 82:7

**significantly** [3] - 17:23, 18:14, 18:24
**similar** [3] - 35:21, 43:12, 47:14
**similarly** [2] - 18:17, 20:20
**simple** [5] - 43:9, 43:16, 44:10, 60:5
**simply** [4] - 4:13, 38:15, 58:6, 60:20
**since** [6] - 24:15, 26:15, 33:14, 57:8, 64:11, 68:19
**single** [3] - 59:24, 64:16, 66:4
**singular** [1] - 52:25
**sir** [5] - 57:14, 70:5, 70:10, 71:13, 81:12
**site** [1] - 47:8
**sits** [1] - 47:19
**sitting** [2] - 64:19, 65:14
**situation** [3] - 12:14, 17:20, 51:12
**six** [1] - 49:5
**skipping** [1] - 61:9
**slightly** [1] - 78:18
**small** [2] - 4:18, 5:4
**Smith** [3] - 18:10, 18:25, 19:6
**so** [88] - 3:19, 4:5, 6:3, 8:23, 9:13, 10:14, 11:14, 11:18, 12:21, 13:21, 17:11, 19:23, 20:15, 21:9, 21:20, 21:24, 22:4, 22:22, 23:20, 23:25, 24:2, 24:10, 24:12, 24:18, 25:25, 26:5, 26:25, 27:15, 27:16, 28:10, 30:23, 30:25, 31:14, 31:17, 33:3, 33:12, 33:20, 34:1, 34:10, 35:2, 36:11, 36:19, 36:20, 37:4, 37:7, 37:8, 37:18, 38:7, 38:19, 39:1, 45:7, 45:18, 45:22, 48:8, 49:2, 49:9, 49:24, 51:5, 52:5, 52:10, 52:14, 52:25, 53:2, 56:1, 56:2, 56:6, 56:9, 57:6, 59:5, 59:17, 59:22, 59:24, 61:6, 62:22, 69:5, 69:23, 71:18, 72:9, 73:1, 78:12, 79:1, 79:22, 80:3, 81:4, 81:25, 82:12
**So** [2] - 4:1, 23:5
**society** [4] - 46:22, 77:17, 83:14, 85:12
**sole** [1] - 14:12
**solely** [1] - 56:4
**Solutions** [4] - 28:3, 29:14, 35:6, 38:1
**some** [35] - 3:7, 3:8, 21:4, 22:24, 24:8, 24:13, 24:14, 26:1, 30:13, 34:18, 36:2, 39:13, 44:4, 45:13, 46:19, 47:16, 48:12, 52:11, 52:21, 53:12, 54:16, 57:6, 59:1, 61:17, 62:10, 64:21, 67:22, 69:7, 77:12, 79:7, 79:25, 80:16, 83:15, 83:24, 84:1
**somebody** [4] - 12:23, 25:3, 49:9, 62:13
**somehow** [6] - 10:22, 10:23, 43:15, 62:17, 63:5, 80:15
**someone** [7] - 8:16, 25:4, 30:20, 61:3, 62:18, 66:20, 67:3
**someone's** [1] - 62:24
**something** [13] - 8:18, 9:11, 20:11, 20:16, 29:3, 44:15, 47:22, 53:25, 58:12, 69:8, 77:24, 78:18, 79:8
**son** [2] - 57:5, 57:6
**sooner** [1] - 76:9
**sophisticated** [2] - 66:21, 67:24
**sorry** [7] - 31:7, 36:21, 57:18, 58:4,

58:9, 82:19, 85:6
**sounds** [2] - 39:1, 66:8
**sour** [1] - 44:25
**source** [5] - 4:10, 5:11, 13:8, 14:5, 14:22
**South** [1] - 31:11
**SOUTHWEST** [1] - 1:24
**span** [1] - 30:21
**speak** [4] - 9:3, 13:13, 41:15, 48:6
**speaking** [2] - 41:18, 43:13
**speaks** [1] - 51:6
**Special** [1] - 2:10
**special** [4] - 18:19, 19:18, 71:5, 74:16
**specific** [13] - 9:21, 16:18, 16:24, 30:6, 46:23, 66:5, 66:16, 67:4, 73:10, 73:17, 78:10, 79:25
**specifically** [6] - 7:11, 9:5, 13:14, 18:7, 18:23, 31:5
**spectrum** [2] - 23:25, 24:11
**spectrums** [1] - 24:10
**spend** [3] - 48:12, 49:13, 79:21
**spending** [1] - 50:10
**spent** [9] - 13:14, 49:12, 59:25, 60:11, 60:20, 60:22, 60:24, 61:23, 66:4
**spoken** [1] - 51:1
**spouse's** [2] - 64:14, 64:19
**spread** [1] - 69:10
**square** [1] - 66:21
**stadium** [1] - 43:20
**stake** [1] - 4:18
**stand** [5] - 17:17, 26:3, 38:19, 58:1, 70:5
**standard** [7] - 27:24, 38:11, 38:15, 39:8, 55:1, 74:8, 74:14
**standing** [1] - 24:19
**start** [3] - 59:2, 68:6, 69:6
**started** [1] - 76:5
**starting** [2] - 42:14, 69:15
**starts** [1] - 54:20
**state** [1] - 73:20
**stated** [1] - 40:22
**statement** [7] - 20:23, 22:18, 39:14, 57:23, 60:15, 65:16, 77:5
**statements** [7] - 23:16, 24:8, 38:4, 38:16, 41:7, 68:21, 68:22
**states** [2] - 18:23, 27:23
**STATES** [4] - 1:1, 1:3, 1:11, 1:23
**States** [10] - 1:17, 2:5, 2:9, 32:6, 34:24, 63:1, 67:8, 71:5, 73:7, 85:22
**stating** [2] - 17:5, 84:12
**status** [9] - 15:4, 19:10, 25:19, 28:23, 29:7, 39:13, 56:21, 56:22, 78:4
**statute** [4] - 25:15, 26:9, 34:7, 74:6
**statutory** [1] - 80:18
**stay** [1] - 22:6
**steal** [3] - 62:20, 63:6, 78:13
**stealing** [2] - 62:18, 62:22
**Steve** [2] - 37:17, 37:25
**STEWART** [1] - 1:23

**still** [19] - 4:24, 6:15, 8:21, 10:24, 11:5, 11:25, 35:25, 39:23, 43:24, 44:22, 44:23, 49:5, 60:23, 65:13, 66:6, 66:10, 79:5, 81:16, 83:21
**stock** [1] - 50:2
**stole** [1] - 21:12
**stolen** [1] - 15:1
**stop** [1] - 45:1
**stopped** [1] - 62:21
**stops** [1] - 62:18
**storage** [1] - 75:10
**story** [3] - 10:7, 45:14, 57:4
**straight** [1] - 17:3
**straightforward** [3] - 60:6, 63:10, 63:14
**strategies** [1] - 11:14
**stream** [2] - 30:21
**strike** [1] - 25:12
**strongly** [1] - 27:5
**struggled** [1] - 45:8
**stumbling** [1] - 71:15
**subject** [2] - 37:10, 75:13
**submit** [17] - 9:18, 17:23, 25:18, 42:22, 45:23, 45:25, 48:2, 49:18, 49:21, 51:20, 55:2, 73:7, 73:24, 74:24, 75:8, 75:11, 82:1
**submits** [2] - 13:22, 17:12
**submitted** [4] - 44:21, 45:3, 45:5, 50:17
**submitting** [1] - 39:16
**substance** [4] - 49:7, 72:22, 73:22, 73:24
**substantial** [1] - 20:13
**substantive** [1] - 50:22
**substitute** [1] - 52:15
**success** [1] - 19:4
**such** [4] - 51:2, 51:3, 63:13, 80:23
**sudden** [1] - 67:17
**sue** [1] - 26:19
**sued** [1] - 26:16
**sufficient** [4] - 5:5, 29:11, 77:8, 79:15
**summaries** [1] - 39:12
**supervise** [1] - 74:20
**supervised** [13] - 52:13, 52:19, 53:2, 54:21, 55:1, 58:21, 68:18, 71:9, 71:11, 71:14, 73:25, 74:7, 74:17
**Supervised** [1] - 40:20
**supervising** [1] - 55:3
**supervision** [7] - 70:24, 74:8, 74:11, 74:14, 74:20, 75:16, 75:21
**supervisors** [1] - 19:15
**support** [11] - 5:2, 5:17, 6:14, 7:2, 15:3, 15:22, 51:13, 51:18, 58:8, 58:10
**supported** [2] - 6:7, 58:10
**supports** [3] - 3:22, 6:24, 22:2
**supposed** [4] - 25:20, 27:23, 28:23, 37:14
**supposedly** [2] - 35:9, 37:2
**sure** [13] - 3:11, 7:18, 11:22, 21:17,

21:21, 62:13, 64:13, 64:17, 72:10, 79:16, 81:9, 82:20, 82:21

**surprised** [1] - 28:11
**surrender** [1] - 75:23
**Susan** [1] - 70:14
**suspicion** [1] - 75:15
**sustain** [3] - 38:5, 39:2, 64:2
**sustained** [1] - 39:19
**system** [1] - 72:19

## T

**take** [16] - 8:13, 26:7, 45:16, 56:9, 58:1, 58:12, 67:3, 68:17, 69:9, 69:17, 69:23, 72:25, 78:20, 82:17, 83:16, 83:18
**taken** [3] - 5:15, 84:9, 85:6
**takes** [2] - 15:17, 38:24
**taking** [4] - 10:21, 30:20, 48:13, 83:8
**tale** [1] - 63:25
**talk** [3] - 33:10, 36:21, 46:10
**talked** [1] - 16:25
**talking** [5] - 16:21, 31:10, 38:22, 49:12, 61:14
**talks** [4] - 6:9, 16:9, 67:6, 67:7
**tax** [10] - 8:22, 9:4, 10:23, 11:13, 11:17, 15:11, 20:14, 20:20, 45:21, 47:3
**tax-advantaged** [1] - 47:3
**taxes** [4] - 11:25, 12:8, 35:10, 44:5
**Taylor** [1] - 52:21
**teaches** [3] - 5:8, 6:7, 6:8
**teachings** [2] - 5:4, 7:7
**tech** [1] - 50:7
**TED** [1] - 1:24
**television** [2] - 62:19, 62:22
**tell** [2] - 51:4, 72:25
**telling** [1] - 16:1
**tells** [4] - 7:8, 63:25, 65:11
**tempted** [1] - 53:4
**ten** [2] - 69:23, 70:2
**tentative** [1] - 44:3
**term** [8] - 13:16, 13:17, 54:20, 58:20, 70:9, 71:9, 74:17, 74:20
**terms** [9] - 4:10, 28:24, 42:19, 44:8, 59:7, 59:23, 62:3, 68:4, 68:14
**Terms** [1] - 40:20
**test** [4] - 13:7, 34:17, 73:24
**testimony** [1] - 21:5
**tests** [1] - 74:1
**Texas** [1] - 35:20
**text** [4] - 4:23, 6:9, 9:17, 9:18
**than** [24] - 3:3, 20:14, 21:21, 34:24, 40:25, 42:8, 43:15, 45:24, 46:2, 47:24, 48:2, 49:11, 52:11, 58:1, 59:5, 60:15, 67:15, 67:17, 72:6, 76:9, 77:9, 79:15, 82:24, 83:25
**Thank** [1] - 83:6
**thank** [40] - 3:6, 3:15, 3:20, 9:23, 9:25, 12:15, 14:1, 15:15, 17:14, 17:15, 17:25, 18:2, 23:9, 23:11, 27:10, 29:21, 31:22,

31:23, 32:8, 33:12, 33:13, 34:10, 34:12, 37:20, 55:14, 57:9, 57:10, 57:18, 57:21, 58:14, 58:15, 69:16, 69:25, 70:3, 80:4, 80:11, 80:13, 82:3, 83:7, 84:2
**Thanks** [1] - 85:13
**thanks** [3] - 27:2, 83:7, 83:9
**that** [624] - 3:12, 3:13, 3:22, 3:23, 3:24, 3:25, 4:1, 4:3, 4:4, 4:6, 4:8, 4:14, 4:15, 4:17, 4:20, 4:21, 4:22, 4:23, 4:24, 5:1, 5:2, 5:4, 5:7, 5:9, 5:13, 5:14, 5:15, 5:17, 5:20, 5:23, 5:25, 6:5, 6:6, 6:14, 6:15, 6:17, 6:23, 6:24, 6:25, 7:1, 7:2, 7:3, 7:6, 7:7, 7:10, 7:11, 7:13, 7:15, 7:20, 7:24, 8:6, 8:8, 8:12, 8:13, 8:15, 8:18, 8:20, 8:22, 8:23, 9:8, 9:9, 9:10, 9:11, 9:13, 9:14, 9:18, 9:20, 10:1, 10:9, 10:10, 10:12, 10:16, 10:22, 10:23, 11:2, 11:4, 11:5, 11:8, 11:10, 11:11, 11:12, 11:14, 11:16, 11:17, 12:1, 12:3, 12:4, 12:5, 12:10, 12:12, 12:13, 12:18, 12:21, 12:22, 12:23, 12:24, 12:25, 13:4, 13:5, 13:7, 13:9, 13:12, 13:13, 13:15, 13:16, 13:21, 13:22, 13:23, 14:4, 15:4, 15:9, 15:16, 15:17, 15:18, 15:20, 15:23, 15:24, 15:25, 16:1, 16:2, 16:4, 16:5, 16:6, 16:12, 16:13, 16:19, 16:20, 16:24, 16:25, 17:2, 17:3, 17:4, 17:5, 17:7, 17:12, 17:18, 17:20, 18:7, 18:13, 18:14, 18:19, 18:21, 18:22, 18:23, 19:12, 20:3, 20:6, 20:8, 20:11, 20:12, 20:16, 20:17, 20:18, 20:20, 20:21, 20:22, 20:23, 21:1, 21:4, 21:7, 21:8, 21:10, 21:11, 21:13, 21:14, 21:23, 21:25, 22:1, 22:2, 22:4, 22:7, 22:21, 22:25, 23:1, 23:8, 24:3, 24:9, 24:10, 24:22, 25:18, 26:3, 26:16, 26:17, 26:20, 26:24, 26:25, 27:5, 27:7, 27:8, 27:11, 27:18, 27:19, 27:22, 27:23, 27:24, 28:2, 28:3, 28:7, 28:8, 28:10, 28:12, 28:14, 28:16, 28:19, 28:22, 28:23, 29:1, 29:2, 29:3, 29:4, 29:6, 29:10, 29:11, 29:14, 29:15, 29:19, 30:4, 30:8, 30:15, 30:16, 30:19, 30:23, 30:25, 31:5, 31:7, 31:8, 31:9, 31:10, 31:12, 31:13, 31:16, 31:18, 31:20, 31:21, 32:3, 32:5, 32:18, 32:19, 32:23, 33:4, 33:5, 33:19, 33:20, 33:25, 34:1, 34:6, 34:10, 34:18, 34:23, 35:19, 36:2, 36:9, 36:10, 36:18, 36:22, 36:25, 37:1, 37:2, 37:3, 37:5, 37:7, 37:15, 38:4, 38:11, 38:15, 38:17, 39:4, 39:5, 39:9, 39:23, 40:7, 40:8, 41:15, 42:4, 42:13, 42:15, 43:2, 43:4, 43:10, 43:15, 43:17, 43:18, 43:20, 43:22, 44:1, 44:3, 44:5, 44:8, 44:15, 44:21, 44:25, 45:2, 45:4, 45:6, 45:8, 45:11, 45:20, 45:22, 45:23, 45:24, 45:25, 46:11, 46:20, 46:21, 46:23, 46:25, 47:1, 47:7, 47:8, 47:10, 47:13, 47:15, 47:16, 47:18, 48:1, 48:2, 48:11, 48:16, 48:19, 49:6, 49:8, 49:10, 49:18, 50:6, 50:9, 50:11, 50:12, 51:6, 51:14, 51:20, 51:21, 52:6, 52:7, 52:8, 52:10,

52:12, 52:18, 52:20, 52:21, 52:24, 53:1, 53:3, 53:6, 53:12, 53:15, 53:23, 54:3, 54:6, 54:12, 54:13, 54:14, 54:18, 54:19, 54:23, 55:2, 55:3, 55:8, 55:10, 55:23, 56:3, 56:4, 56:5, 56:7, 56:9, 56:14, 56:21, 56:22, 56:25, 57:2, 57:5, 57:7, 57:8, 57:12, 57:24, 58:11, 58:19, 58:21, 58:23, 58:25, 59:2, 59:4, 59:5, 59:8, 59:10, 59:11, 59:13, 59:14, 59:15, 59:19, 59:22, 59:24, 59:25, 60:1, 60:5, 60:6, 60:8, 60:10, 60:11, 60:13, 60:19, 60:21, 60:22, 60:24, 61:6, 61:12, 61:15, 61:16, 61:17, 61:18, 61:22, 62:1, 62:3, 62:4, 62:7, 62:8, 62:9, 62:13, 62:14, 62:15, 62:19, 62:20, 62:23, 62:25, 63:1, 63:4, 63:6, 63:10, 63:11, 63:12, 63:13, 63:14, 63:22, 63:23, 63:24, 64:2, 64:8, 64:13, 64:15, 64:16, 64:18, 64:21, 64:24, 65:1, 65:2, 65:4, 65:9, 65:11, 65:13, 65:14, 65:17, 65:18, 66:1, 66:4, 66:11, 66:13, 66:14, 66:15, 66:19, 66:21, 66:22, 66:24, 66:25, 67:2, 67:6, 67:9, 67:10, 67:12, 67:14, 67:15, 67:20, 67:21, 68:1, 68:2, 68:3, 68:5, 68:7, 68:8, 68:18, 68:21, 68:23, 68:24, 69:1, 69:2, 69:5, 69:6, 69:8, 69:9, 69:12, 69:17, 70:7, 70:12, 70:22, 71:2, 71:4, 71:16, 71:17, 71:20, 72:1, 72:4, 72:5, 72:10, 72:13, 72:14, 72:17, 73:2, 73:13, 75:13, 75:15, 75:16, 75:22, 76:6, 76:14, 77:14, 77:20, 77:22, 78:1, 78:2, 78:11, 78:12, 78:20, 78:24, 78:25, 79:2, 79:4, 79:6, 79:8, 79:13, 79:14, 79:17, 79:18, 79:22, 80:2, 80:15, 80:17, 80:24, 80:25, 81:9, 81:10, 81:23, 82:1, 82:4, 82:9, 82:14, 82:15, 82:16, 82:18, 82:24, 83:11, 83:12, 83:15, 83:17, 84:1, 84:11, 84:12, 84:17, 85:13, 85:18
**that's** [90] - 3:14, 5:8, 6:2, 6:7, 6:8, 6:22, 7:15, 10:7, 10:17, 10:25, 11:6, 11:18, 12:3, 13:5, 13:6, 13:18, 13:19, 14:12, 16:16, 17:3, 21:1, 21:5, 21:17, 21:20, 21:22, 21:24, 22:23, 22:24, 23:21, 25:13, 26:25, 28:23, 29:3, 29:4, 29:5, 30:11, 30:12, 31:13, 32:13, 32:17, 32:21, 32:22, 33:12, 34:3, 37:10, 37:13, 38:11, 40:1, 42:9, 42:10, 44:1, 44:20, 45:14, 48:8, 48:17, 49:8, 49:19, 49:20, 49:23, 51:18, 53:10, 54:6, 55:19, 56:2, 56:8, 58:20, 61:6, 61:13, 62:11, 62:22, 62:23, 64:3, 64:18, 65:16, 65:21, 65:22, 66:1, 66:16, 67:2, 67:3, 67:18, 68:23, 69:10, 75:24, 82:8, 84:15, 84:24
**THE** [111] - 1:1, 1:1, 1:11, 2:2, 2:4, 2:12, 2:14, 2:17, 3:2, 3:6, 3:15, 3:16, 5:18, 6:3, 6:17, 7:17, 8:3, 8:6, 8:12, 9:23, 10:20, 11:2, 11:20, 11:23, 12:15, 14:1, 17:14, 17:16, 17:25, 18:3, 21:15, 22:7, 23:9, 23:12, 25:2, 27:2, 27:6, 29:21, 29:24, 30:15, 31:22, 31:24, 32:8, 33:13, 34:12, 34:15, 37:20, 38:7, 38:14,

38:21, 39:1, 39:21, 40:3, 40:6, 40:11, 41:2, 41:15, 41:19, 41:22, 42:1, 53:20, 54:8, 54:10, 54:20, 55:11, 55:14, 55:19, 55:21, 55:23, 56:9, 56:12, 56:19, 56:25, 57:2, 57:9, 57:11, 57:17, 57:19, 57:21, 58:15, 68:16, 69:16, 69:22, 70:1, 70:3, 70:5, 71:13, 71:14, 73:4, 73:12, 73:18, 75:25, 76:6, 76:8, 76:18, 80:5, 80:12, 80:14, 81:13, 81:14, 81:17, 81:21, 82:3, 82:11, 83:4, 83:7, 84:3, 84:6, 84:8, 85:6, 85:14

 **The** [7] - 2:4, 18:5, 18:6, 34:18, 35:7, 64:10, 74:14

 **the** [1146] - 1:15, 1:17, 1:18, 2:3, 2:5, 2:7, 2:8, 2:9, 2:19, 2:20, 2:22, 2:23, 2:25, 3:2, 3:7, 3:9, 3:10, 3:11, 3:12, 3:16, 3:19, 3:21, 3:22, 3:25, 4:2, 4:3, 4:4, 4:5, 4:6, 4:8, 4:9, 4:10, 4:11, 4:13, 4:14, 4:16, 4:18, 4:20, 4:21, 4:22, 4:23, 4:25, 5:1, 5:3, 5:4, 5:5, 5:9, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 5:19, 5:21, 5:23, 5:24, 6:3, 6:5, 6:6, 6:7, 6:9, 6:10, 6:12, 6:13, 6:14, 6:17, 6:19, 6:23, 6:24, 6:25, 7:1, 7:2, 7:3, 7:5, 7:7, 7:10, 7:24, 8:2, 8:3, 8:4, 8:24, 8:25, 9:3, 9:5, 9:6, 9:8, 9:9, 9:11, 9:13, 9:15, 9:17, 9:18, 9:21, 10:6, 10:7, 10:8, 10:12, 10:21, 11:3, 11:7, 11:8, 11:9, 11:10, 11:11, 11:12, 11:16, 11:18, 11:21, 11:23, 12:5, 12:14, 12:16, 12:17, 12:20, 12:21, 12:22, 12:24, 12:25, 13:3, 13:5, 13:6, 13:7, 13:8, 13:9, 13:10, 13:11, 13:14, 13:18, 13:21, 13:22, 13:23, 13:24, 14:2, 14:3, 14:5, 14:6, 14:7, 14:9, 14:10, 14:11, 14:12, 14:13, 14:14, 14:15, 14:16, 14:18, 14:19, 14:20, 14:21, 14:22, 14:23, 14:24, 14:25, 15:1, 15:3, 15:5, 15:7, 15:9, 15:10, 15:16, 15:18, 15:19, 15:22, 15:23, 15:24, 16:1, 16:3, 16:5, 16:6, 16:11, 16:12, 16:13, 16:14, 16:16, 16:19, 16:20, 16:22, 16:23, 16:25, 17:1, 17:2, 17:4, 17:5, 17:6, 17:7, 17:9, 17:11, 17:18, 17:22, 17:23, 17:24, 18:4, 18:5, 18:6, 18:7, 18:8, 18:9, 18:12, 18:14, 18:15, 18:16, 18:17, 18:18, 18:19, 18:20, 18:24, 18:25, 19:1, 19:2, 19:3, 19:4, 19:6, 19:7, 19:8, 19:10, 19:11, 19:13, 19:14, 19:16, 19:17, 19:18, 19:19, 19:20, 19:21, 19:23, 19:25, 20:5, 20:7, 20:9, 20:10, 20:15, 20:17, 20:19, 20:20, 20:22, 20:23, 20:24, 21:1, 21:3, 21:7, 21:11, 21:15, 21:16, 21:17, 21:21, 21:22, 21:24, 21:25, 22:3, 22:4, 22:13, 22:14, 22:15, 22:16, 22:21, 22:23, 22:25, 23:3, 23:4, 23:5, 23:12, 23:16, 23:19, 23:21, 23:23, 23:24, 24:4, 24:5, 24:9, 24:10, 24:14, 24:15, 24:23, 25:2, 25:5, 25:10, 25:14, 25:15, 25:16, 26:9, 26:11, 26:13, 26:16, 26:21, 26:24, 27:8, 27:11, 27:12, 27:14, 27:15, 27:16, 27:18, 27:19,

27:20, 27:21, 27:22, 27:23, 27:24, 27:25, 28:2, 28:3, 28:6, 28:7, 28:8, 28:10, 28:11, 28:13, 28:15, 28:17, 28:19, 28:20, 28:21, 28:22, 28:23, 28:24, 29:1, 29:2, 29:4, 29:5, 29:8, 29:9, 29:10, 29:13, 29:15, 29:16, 29:17, 29:18, 29:19, 29:20, 30:2, 30:5, 30:7, 30:11, 30:12, 30:14, 30:16, 30:23, 30:25, 31:1, 31:6, 31:7, 31:9, 31:10, 31:11, 31:13, 31:15, 31:19, 31:21, 31:25, 32:2, 32:3, 32:4, 32:5, 32:14, 32:17, 32:18, 32:20, 32:21, 32:22, 32:24, 32:25, 33:1, 33:2, 33:4, 33:5, 33:8, 33:9, 33:11, 33:14, 33:15, 33:19, 33:20, 33:22, 33:23, 33:25, 34:1, 34:6, 34:7, 34:9, 34:16, 34:17, 34:20, 34:21, 34:22, 34:23, 34:24, 34:25, 35:1, 35:2, 35:3, 35:5, 35:7, 35:9, 35:10, 35:11, 35:12, 35:13, 35:14, 35:15, 35:17, 35:18, 35:20, 35:21, 35:22, 35:23, 35:24, 35:25, 36:7, 36:9, 36:14, 36:15, 36:16, 36:24, 36:25, 37:1, 37:3, 37:4, 37:6, 37:9, 37:10, 37:12, 37:13, 37:14, 37:15, 37:16, 37:18, 37:22, 37:23, 37:24, 37:25, 38:1, 38:2, 38:3, 38:5, 38:8, 38:9, 38:10, 38:15, 38:16, 38:18, 38:19, 38:24, 39:1, 39:2, 39:4, 39:5, 39:8, 39:11, 39:12, 39:17, 39:18, 39:19, 39:20, 39:23, 39:25, 40:1, 40:4, 40:5, 40:6, 40:11, 40:12, 40:13, 40:14, 40:16, 40:17, 40:22, 40:23, 40:24, 40:25, 41:2, 41:3, 41:4, 41:5, 41:6, 41:7, 41:9, 41:11, 41:16, 41:20, 42:3, 42:4, 42:5, 42:9, 42:11, 42:12, 42:14, 42:17, 42:18, 42:19, 42:20, 42:24, 43:1, 43:6, 43:7, 43:8, 43:13, 43:22, 43:23, 43:25, 44:6, 44:8, 44:9, 44:10, 44:11, 44:13, 44:14, 44:16, 44:17, 44:18, 44:20, 44:21, 45:1, 45:3, 45:5, 45:14, 45:16, 45:18, 45:22, 45:23, 45:24, 45:25, 46:1, 46:2, 46:3, 46:4, 46:5, 46:6, 46:8, 46:9, 46:10, 46:13, 46:20, 46:23, 47:4, 47:8, 47:9, 47:13, 47:14, 47:16, 47:17, 47:21, 47:25, 48:6, 48:11, 48:15, 48:18, 49:2, 49:3, 50:8, 50:10, 50:14, 50:15, 50:17, 50:20, 50:22, 50:25, 51:9, 51:19, 51:23, 52:13, 52:14, 52:20, 52:22, 52:25, 53:1, 53:7, 53:8, 53:9, 53:14, 53:21, 53:22, 53:23, 53:24, 54:2, 54:4, 54:12, 54:24, 54:25, 55:1, 55:3, 55:4, 55:6, 55:9, 55:10, 55:16, 55:25, 56:2, 56:5, 56:9, 56:14, 56:15, 56:16, 56:19, 56:20, 56:25, 57:7, 57:8, 57:11, 57:15, 57:20, 57:22, 57:25, 58:4, 58:8, 58:16, 58:18, 58:19, 58:21, 58:23, 58:24, 59:1, 59:2, 59:3, 59:6, 59:7, 59:8, 59:10, 59:12, 59:13, 59:14, 59:15, 59:16, 59:17, 59:19, 59:20, 59:22, 59:24, 59:25, 60:2, 60:4, 60:7, 60:13, 60:18, 60:19, 60:21, 60:22, 60:23, 60:24, 60:25, 61:1, 61:2, 61:3, 61:5, 61:8, 61:9, 61:10, 61:11,

61:12, 61:13, 61:16, 61:17, 61:18, 61:21, 61:22, 61:25, 62:1, 62:4, 62:5, 62:8, 62:9, 62:10, 62:11, 62:13, 62:15, 62:16, 62:20, 62:21, 62:22, 62:24, 63:1, 63:3, 63:6, 63:11, 63:13, 63:19, 63:20, 63:21, 63:22, 63:23, 63:24, 63:25, 64:1, 64:2, 64:9, 64:13, 64:14, 64:19, 64:20, 64:21, 64:22, 64:23, 64:24, 65:4, 65:5, 65:6, 65:8, 65:9, 65:10, 65:11, 65:13, 65:15, 65:17, 65:18, 65:21, 65:22, 65:23, 65:24, 65:25, 66:2, 66:3, 66:9, 66:11, 66:12, 66:13, 66:16, 66:18, 66:23, 67:2, 67:6, 67:8, 67:13, 67:15, 68:4, 68:5, 68:12, 68:17, 68:19, 68:22, 68:24, 68:25, 69:2, 69:6, 69:10, 69:11, 69:13, 69:17, 69:20, 69:21, 70:6, 70:7, 70:8, 70:10, 70:12, 70:13, 70:19, 70:22, 70:23, 70:25, 71:2, 71:4, 71:6, 71:10, 71:16, 71:17, 71:18, 71:21, 71:22, 71:23, 72:1, 72:2, 72:3, 72:4, 72:7, 72:8, 72:9, 72:10, 72:11, 72:13, 72:14, 72:17, 72:19, 72:24, 72:25, 73:2, 73:6, 73:9, 73:13, 73:14, 73:15, 73:18, 74:1, 74:2, 74:3, 74:8, 74:10, 74:11, 74:12, 74:14, 74:16, 74:17, 74:19, 74:20, 74:21, 74:22, 74:24, 74:25, 75:2, 75:3, 75:4, 75:6, 75:13, 75:22, 76:2, 76:3, 76:8, 76:9, 76:10, 76:11, 76:12, 76:14, 76:20, 76:21, 76:22, 76:23, 76:24, 76:25, 77:1, 77:2, 77:3, 77:4, 77:5, 77:6, 77:7, 77:9, 77:12, 77:14, 77:20, 77:22, 77:23, 77:25, 78:7, 78:8, 78:10, 78:11, 78:18, 78:23, 78:24, 78:25, 79:6, 79:9, 79:10, 79:11, 79:13, 79:14, 79:16, 79:20, 79:22, 79:24, 80:5, 80:6, 80:7, 80:8, 80:10, 80:16, 80:18, 80:19, 80:20, 80:21, 80:23, 80:24, 80:25, 81:2, 81:3, 81:5, 81:15, 81:16, 81:19, 81:20, 81:21, 82:1, 82:7, 82:9, 82:13, 82:15, 82:20, 82:23, 82:24, 83:1, 83:3, 83:4, 83:11, 83:18, 83:19, 83:20, 83:25, 84:6, 84:7, 84:8, 84:9, 84:11, 84:12, 84:14, 84:15, 84:17, 84:18, 84:19, 84:20, 84:22, 84:23, 84:25, 85:6, 85:18, 85:19

 **their** [31] - 8:7, 10:23, 11:16, 12:3, 12:8, 19:3, 19:5, 19:20, 23:17, 24:2, 24:3, 24:5, 25:20, 25:24, 28:19, 28:25, 31:9, 33:10, 38:5, 39:24, 45:13, 48:14, 49:20, 52:1, 52:2, 52:4, 56:3, 56:6, 58:13, 78:13, 79:3

 **them** [24] - 5:12, 11:25, 16:18, 16:19, 19:11, 24:24, 25:13, 25:19, 25:24, 26:10, 26:11, 26:21, 36:1, 45:17, 46:8, 54:17, 58:10, 64:22, 77:13, 80:1, 80:4, 82:21, 82:23

 **themselves** [1] - 26:24

 **then** [36] - 3:8, 4:3, 5:9, 5:14, 5:18, 5:24, 15:2, 17:6, 17:8, 20:10, 21:3, 24:4, 26:17, 34:9, 34:23, 38:1, 38:2, 38:7, 42:25, 44:18, 45:18, 47:15, 53:1, 53:17, 56:13, 56:20, 60:20, 60:22, 62:2,

63:21, 69:24, 73:2, 76:17, 78:4

**theory** [1] - 80:25

**therapist** [1] - 52:2

**there** [48] - 5:18, 6:12, 8:17, 16:1, 16:2, 18:19, 20:10, 21:2, 25:19, 29:1, 29:11, 30:6, 30:21, 33:16, 33:18, 36:14, 41:11, 41:15, 43:17, 43:20, 43:21, 44:21, 44:22, 47:5, 48:19, 51:11, 51:14, 51:15, 51:16, 53:24, 54:16, 58:3, 58:6, 58:25, 59:13, 60:9, 60:23, 65:15, 69:1, 69:17, 73:16, 73:17, 80:2, 80:16, 81:25, 85:1

**There's** [1] - 47:22

**there's** [35] - 3:23, 4:2, 7:2, 10:3, 10:12, 10:17, 11:14, 11:17, 16:24, 21:2, 22:1, 24:7, 25:10, 26:8, 33:18, 33:24, 43:17, 43:18, 43:22, 44:3, 45:7, 49:1, 50:4, 50:5, 50:6, 57:12, 60:2, 62:5, 64:8, 65:5, 73:10, 77:14, 81:25, 82:22

**thereafter** [2] - 15:2, 74:1

**therefore** [8] - 4:21, 36:11, 40:11, 59:20, 72:2, 79:23, 84:21, 84:25

**thereto** [3] - 23:24, 41:6, 41:7

**these** [35] - 11:4, 20:6, 20:25, 21:4, 21:8, 21:12, 21:23, 22:2, 23:18, 24:1, 24:11, 26:23, 30:9, 32:3, 32:5, 35:21, 36:10, 37:2, 37:23, 38:4, 38:16, 45:8, 47:4, 47:7, 48:1, 49:17, 50:8, 51:18, 63:19, 68:6, 68:11, 74:9, 77:10, 77:13

**they** [73] - 5:11, 6:20, 8:17, 8:21, 8:23, 10:18, 10:20, 10:21, 10:22, 10:23, 10:24, 11:9, 12:1, 12:2, 12:9, 13:12, 16:4, 16:5, 16:15, 17:21, 21:10, 21:25, 22:15, 22:24, 24:7, 25:22, 26:22, 26:25, 27:9, 28:12, 31:12, 31:14, 32:1, 33:2, 33:5, 33:20, 33:24, 33:25, 34:1, 39:13, 41:18, 42:25, 44:24, 45:12, 45:13, 46:10, 47:3, 47:6, 49:15, 50:1, 50:2, 50:9, 50:12, 50:21, 50:25, 51:1, 52:2, 52:3, 58:10, 58:13, 62:3, 64:11, 74:10, 76:14, 78:12

**They** [1] - 33:5

**they're** [26] - 8:20, 8:21, 10:21, 23:20, 25:3, 25:4, 25:5, 25:22, 25:23, 25:24, 26:8, 26:12, 31:10, 33:9, 33:11, 39:12, 39:16, 44:22, 44:23, 49:15, 50:10, 50:11, 54:14, 56:1

**they've** [1] - 49:23

**thing** [11] - 10:9, 12:10, 12:16, 28:5, 33:17, 46:4, 52:12, 61:3, 62:24, 65:3, 82:19

**things** [23] - 10:1, 20:25, 21:4, 21:13, 21:23, 22:18, 22:20, 22:22, 31:10, 32:11, 37:3, 43:11, 45:12, 51:19, 52:11, 56:14, 64:21, 67:25, 68:11, 68:23, 69:2, 79:9, 79:25

**think** [129] - 4:1, 4:17, 5:2, 6:19, 8:1, 8:2, 9:7, 9:9, 9:13, 10:3, 10:15, 10:17, 11:14, 11:18, 12:20, 13:2, 13:3, 13:15, 13:19, 17:18, 19:17, 19:23, 21:2, 21:16, 22:8, 22:20, 23:15, 23:18, 23:25, 24:3,

24:4, 24:7, 24:10, 24:22, 25:4, 25:9, 25:11, 25:21, 26:5, 26:6, 26:8, 26:10, 26:11, 27:9, 27:11, 28:14, 29:9, 29:10, 30:5, 31:6, 33:2, 33:8, 37:22, 38:3, 38:4, 38:23, 42:13, 42:23, 43:1, 43:6, 44:8, 44:15, 44:18, 44:19, 44:20, 45:18, 46:4, 47:1, 47:23, 48:21, 49:9, 50:4, 50:21, 51:4, 51:6, 53:3, 54:8, 54:11, 54:12, 54:15, 54:22, 55:3, 55:6, 55:9, 56:13, 56:16, 57:7, 60:12, 60:16, 61:5, 63:14, 66:5, 68:16, 68:20, 68:21, 68:22, 68:24, 69:3, 69:14, 72:5, 72:11, 73:13, 77:14, 78:2, 78:8, 78:10, 78:15, 78:21, 79:1, 79:17, 80:1, 80:3, 80:19, 81:24, 82:7, 82:8, 82:12, 82:21, 83:17, 83:22, 85:10

**thinking** [1] - 53:5

**thinks** [3] - 45:15, 51:4, 61:15

**third** [1] - 35:12

**This** [1] - 20:21

**this** [186] - 2:18, 3:22, 3:25, 4:7, 4:13, 4:20, 6:11, 6:21, 6:23, 7:17, 8:19, 9:6, 9:14, 10:5, 11:9, 11:14, 12:13, 12:14, 13:3, 13:13, 13:14, 13:22, 14:2, 16:25, 17:12, 18:3, 18:10, 19:17, 20:4, 20:7, 20:8, 20:9, 20:11, 20:15, 20:17, 20:18, 21:3, 21:9, 21:21, 22:3, 22:5, 22:9, 22:19, 22:21, 23:15, 24:6, 24:13, 24:15, 24:17, 25:16, 25:20, 26:3, 26:7, 26:12, 26:13, 26:21, 26:22, 26:23, 27:17, 27:19, 28:16, 28:22, 29:12, 29:22, 30:5, 31:5, 32:1, 32:13, 32:14, 32:22, 33:3, 33:10, 33:21, 33:22, 34:17, 36:2, 36:6, 36:24, 37:4, 37:7, 37:8, 37:10, 37:12, 38:15, 38:20, 39:17, 41:16, 42:20, 43:4, 43:5, 43:9, 43:13, 43:15, 43:16, 43:23, 44:6, 44:8, 44:9, 44:11, 45:22, 46:12, 47:20, 48:10, 48:22, 49:20, 49:22, 50:6, 51:12, 52:7, 52:9, 52:14, 52:19, 57:23, 57:24, 58:6, 58:9, 59:3, 59:11, 59:15, 59:18, 60:2, 60:3, 60:5, 60:8, 60:13, 60:15, 60:17, 60:25, 61:10, 61:19, 62:8, 62:9, 63:4, 63:9, 63:15, 63:17, 63:25, 64:12, 64:13, 64:15, 64:18, 64:25, 65:2, 65:7, 65:12, 65:22, 65:25, 66:6, 66:8, 67:20, 67:21, 67:23, 68:3, 68:13, 68:15, 69:19, 69:24, 70:25, 72:3, 73:11, 74:9, 75:14, 75:17, 76:9, 77:10, 78:15, 78:17, 78:25, 79:14, 82:25, 83:8, 83:16, 83:23, 84:1, 84:21, 85:3, 85:8, 85:11, 85:13

**this's** [1] - 32:13

**those** [46] - 3:11, 5:11, 5:16, 9:4, 13:16, 13:17, 16:21, 17:11, 19:21, 19:23, 20:2, 24:2, 25:5, 25:12, 25:22, 26:13, 26:14, 26:25, 36:11, 37:5, 37:15, 37:16, 39:10, 39:13, 40:15, 42:21, 44:4, 45:4, 45:5, 46:18, 48:3, 49:14, 49:24, 50:16, 58:2, 60:1, 63:12, 67:11, 67:18, 68:22, 71:11, 76:22, 80:21, 83:22

**Though** [1] - 35:20

**though** [5] - 36:10, 39:4, 50:25, 59:12, 78:7

**thought** [6] - 8:11, 36:6, 38:21, 67:1, 79:12, 79:22

**thoughts** [1] - 20:4

**thousand** [4] - 8:8, 59:17, 62:19, 62:20

**thousands** [1] - 68:10

**three** [7] - 44:14, 58:21, 60:8, 60:10, 60:15, 71:9, 76:5

**through** [16] - 4:14, 10:6, 10:23, 11:8, 11:10, 15:16, 15:20, 23:14, 23:15, 39:3, 39:22, 42:23, 51:25, 77:19

**throughout** [4] - 19:11, 37:14, 58:9, 77:18

**thus** [1] - 35:25

**tied** [2] - 30:13, 79:8

**tilts** [2] - 32:20

**time** [32] - 2:4, 9:21, 16:22, 24:24, 30:19, 30:22, 30:25, 33:23, 34:5, 42:18, 42:25, 43:1, 43:2, 48:12, 48:13, 48:18, 48:20, 48:23, 49:12, 49:13, 50:10, 60:15, 61:24, 62:9, 68:4, 69:13, 70:23, 71:25, 75:18, 75:25, 80:11, 83:12

**times** [5] - 8:8, 16:7, 51:25, 65:8, 72:20

**timing** [1] - 43:22

**Tio** [3] - 1:16, 2:10, 33:21

**Title** [1] - 32:6

**title** [2] - 17:22, 73:5

**to** [629] - 2:17, 2:18, 2:19, 2:22, 2:25, 3:10, 3:11, 4:2, 4:3, 4:5, 4:11, 4:13, 4:15, 4:20, 5:6, 5:13, 5:19, 5:21, 5:23, 6:8, 6:9, 6:11, 6:22, 7:5, 7:6, 7:8, 7:11, 7:12, 7:19, 8:3, 8:13, 8:14, 8:18, 8:22, 8:24, 9:3, 9:4, 9:5, 9:7, 9:9, 9:12, 9:13, 9:16, 9:20, 10:1, 10:5, 10:8, 10:16, 10:19, 10:22, 11:14, 11:17, 11:24, 12:1, 12:5, 12:8, 12:9, 12:12, 13:2, 13:3, 13:4, 13:8, 13:9, 13:14, 13:17, 14:2, 14:4, 14:6, 14:10, 14:17, 14:21, 14:25, 15:1, 15:4, 15:11, 15:23, 16:4, 16:5, 16:8, 16:12, 16:13, 16:14, 16:15, 16:16, 16:19, 16:20, 16:21, 16:22, 17:2, 17:3, 17:5, 17:6, 17:24, 18:3, 18:17, 18:18, 19:3, 19:7, 19:8, 19:9, 19:12, 19:14, 19:21, 19:25, 20:2, 20:6, 20:9, 20:11, 20:17, 20:23, 20:24, 20:25, 21:3, 21:4, 21:9, 21:10, 21:13, 21:14, 21:16, 21:17, 21:20, 21:23, 22:5, 22:6, 22:7, 22:8, 22:9, 22:11, 22:13, 22:14, 22:15, 22:16, 22:19, 23:2, 23:3, 23:4, 23:5, 23:6, 23:12, 23:13, 23:15, 24:2, 24:3, 24:12, 24:16, 24:21, 24:22, 24:23, 24:24, 24:25, 25:1, 25:3, 25:4, 25:12, 25:17, 25:25, 26:7, 26:10, 26:11, 26:13, 26:17, 26:22, 26:23, 27:3, 27:6, 27:7, 27:12, 27:13, 27:20, 27:21, 27:23, 28:9, 28:11, 28:13, 28:14, 28:16, 28:18, 28:20, 28:21, 28:23, 29:4, 29:7, 29:10, 29:17, 29:18, 29:22, 30:4, 30:11, 30:14, 30:20, 30:22, 31:3, 31:6, 31:14, 32:1, 32:11,

32:12, 32:16, 32:17, 32:21, 33:2, 33:4, 33:6, 33:8, 33:12, 33:14, 33:15, 33:16, 33:24, 33:25, 34:5, 34:6, 34:20, 35:5, 35:8, 35:9, 35:10, 35:11, 35:19, 35:25, 36:15, 36:16, 36:17, 36:18, 36:19, 36:21, 37:3, 37:4, 37:7, 37:16, 37:18, 37:23, 38:1, 38:5, 38:9, 38:10, 38:16, 38:17, 38:18, 38:19, 38:23, 39:2, 39:8, 39:16, 39:17, 39:21, 39:22, 40:7, 40:12, 40:13, 40:19, 40:20, 40:21, 40:22, 41:3, 41:15, 41:18, 41:23, 42:5, 42:6, 42:7, 42:13, 42:16, 42:22, 42:23, 43:1, 43:6, 43:13, 43:19, 43:23, 43:24, 44:4, 44:5, 44:7, 44:13, 44:15, 44:25, 45:1, 45:3, 45:5, 45:8, 45:9, 45:12, 45:13, 45:21, 46:3, 46:4, 46:6, 46:10, 46:11, 46:12, 46:13, 46:24, 47:10, 47:11, 47:13, 47:20, 47:21, 47:22, 48:2, 48:5, 48:6, 48:7, 48:9, 48:10, 48:12, 48:13, 48:14, 48:17, 48:19, 48:20, 48:22, 48:23, 49:2, 49:6, 49:8, 49:10, 49:13, 49:14, 49:18, 49:19, 49:21, 49:24, 50:4, 50:10, 50:12, 50:14, 50:16, 50:17, 50:24, 51:4, 51:5, 51:10, 51:14, 51:17, 51:18, 51:19, 51:21, 51:22, 52:1, 52:4, 52:10, 52:11, 52:13, 52:14, 52:17, 53:3, 53:4, 53:5, 53:6, 53:8, 53:12, 53:15, 53:21, 53:22, 53:25, 54:1, 54:2, 54:6, 54:13, 54:15, 54:17, 54:18, 54:22, 54:24, 55:2, 55:4, 55:5, 55:8, 55:10, 55:16, 55:17, 56:1, 56:5, 56:7, 56:10, 56:16, 56:17, 56:23, 57:2, 57:5, 57:7, 57:12, 57:13, 57:15, 57:22, 57:23, 57:25, 58:10, 58:20, 58:22, 58:25, 59:1, 59:3, 59:4, 59:6, 59:9, 59:12, 59:17, 59:18, 59:23, 59:24, 60:7, 60:18, 60:20, 60:24, 61:4, 61:8, 61:10, 61:19, 61:24, 62:2, 62:7, 62:16, 62:20, 62:24, 63:3, 63:4, 63:6, 63:10, 63:13, 63:20, 63:22, 63:25, 64:2, 65:3, 65:8, 65:11, 65:12, 65:17, 65:18, 65:23, 65:24, 66:1, 66:7, 66:8, 66:11, 66:12, 66:15, 66:16, 66:20, 66:24, 67:1, 67:3, 67:24, 68:1, 68:6, 68:10, 68:12, 68:14, 68:18, 69:2, 69:6, 69:7, 69:9, 69:12, 69:17, 70:6, 70:8, 70:13, 71:4, 71:6, 71:22, 71:23, 71:24, 72:1, 72:8, 72:14, 72:20, 73:1, 73:2, 73:14, 73:24, 74:12, 74:22, 74:24, 75:1, 75:10, 75:11, 75:13, 75:14, 75:16, 75:20, 75:21, 76:6, 76:8, 76:10, 76:11, 76:12, 76:22, 76:24, 76:25, 77:5, 77:6, 77:9, 77:12, 77:21, 78:1, 78:3, 78:9, 78:10, 79:2, 79:8, 79:10, 79:11, 79:18, 79:21, 79:23, 79:24, 80:7, 80:8, 80:18, 80:20, 80:23, 80:25, 81:3, 81:8, 81:9, 82:2, 82:4, 82:9, 82:12, 82:13, 82:14, 82:17, 82:18, 82:19, 82:20, 82:21, 83:7, 83:9, 83:11, 83:12, 83:16, 83:18, 84:9, 84:11, 84:13, 84:15, 84:19, 84:21, 84:23, 84:24, 85:3, 85:6, 85:11

**To** [1] - 18:9

**today** [19] - 4:5, 22:3, 23:2, 30:17, 34:17, 41:18, 44:22, 48:8, 48:9, 48:19, 54:3, 56:14, 57:22, 57:24, 61:1, 78:11, 78:22, 80:11, 83:12

**today's** [1] - 81:12

**together** [3] - 13:21, 30:2, 30:9

**told** [9] - 11:12, 16:18, 32:17, 32:23, 61:12, 65:13, 65:15, 68:19, 83:15

**ton** [1] - 43:11

**tone** [1] - 43:14

**too** [4] - 8:3, 8:10, 30:3, 48:7

**took** [9] - 4:6, 22:23, 25:18, 28:12, 61:3, 61:18, 62:4, 78:3, 83:24

**tools** [1] - 74:11

**top** [2] - 23:21, 64:9

**Total** [1] - 40:18

**total** [2] - 45:5, 54:9

**totality** [2] - 31:7, 31:16

**tournament** [3] - 47:15, 47:18

**touted** [1] - 47:17

**traced** [2] - 11:8, 11:9

**train** [2] - 47:1, 47:8

**training** [1] - 77:1

**transaction** [5] - 7:1, 9:22, 16:13, 30:6, 32:12

**transactions** [3] - 7:10, 7:13, 19:17

**TRANSCRIPT** [2] - 1:10, 1:22

**transcript** [1] - 85:18

**transferred** [1] - 5:13

**transferring** [1] - 14:16

**Treasury** [1] - 70:14

**treat** [2] - 25:21, 49:24

**treatment** [3] - 28:24, 72:22, 77:2

**tried** [2] - 6:22, 46:11

**tries** [3] - 16:8, 47:13, 63:13

**trigger** [1] - 14:4

**trouble** [3] - 58:5, 62:22, 67:2

**troubled** [1] - 51:25

**true** [9] - 20:11, 21:1, 21:8, 21:13, 21:23, 21:25, 30:19, 59:4, 60:5

**trumpets** [1] - 16:6

**trust** [14] - 15:13, 15:17, 15:18, 17:1, 17:12, 17:13, 17:20, 18:7, 18:13, 18:18, 18:19, 18:23, 18:24, 19:18

**trusted** [4] - 16:5, 16:16, 17:2, 19:3

**truthful** [1] - 46:9

**try** [5] - 12:8, 23:5, 54:6, 59:1

**trying** [11] - 8:22, 9:7, 10:22, 22:7, 22:11, 28:9, 44:7, 53:12, 65:3, 66:7

**turned** [2] - 50:11, 73:14

**TURNER** [1] - 1:24

**Turner** [4] - 34:16, 35:16, 41:8, 49:13

**turning** [1] - 65:23

**turns** [1] - 5:25

**two** [21] - 3:8, 3:11, 5:18, 14:7, 16:10, 27:2, 39:13, 42:25, 56:1, 56:2, 56:9, 59:9, 60:2, 64:6, 69:22, 73:25, 78:4, 79:10, 79:11, 83:19

**two-hundred** [1] - 16:10

**two-level** [2] - 59:9, 60:2

**type** [6] - 7:5, 47:14, 61:13, 63:11, 63:12, 66:12

**types** [4] - 7:10, 7:13, 63:12, 67:18

**typically** [1] - 69:3

## U

**U.S** [11] - 2:10, 2:20, 32:18, 36:3, 36:4, 36:5, 70:25, 71:7, 75:4, 75:11, 79:20

**UBS** [8] - 4:2, 4:14, 4:15, 4:21, 14:13, 14:16, 15:23, 16:22

**ultimately** [3] - 4:11, 15:11, 76:13

**unable** [1] - 81:3

**unauthorized** [2] - 14:18, 35:11

**under** [30] - 4:9, 15:5, 24:4, 25:9, 25:14, 26:9, 27:8, 27:24, 28:10, 29:19, 32:4, 32:6, 34:17, 35:1, 35:2, 36:10, 39:8, 39:24, 42:19, 42:24, 43:7, 45:22, 49:3, 53:7, 59:20, 80:19, 84:15, 84:17, 84:20

**Under** [1] - 49:5

**underlies** [1] - 18:21

**underlying** [1] - 43:17

**understand** [7] - 28:15, 43:24, 62:17, 64:9, 64:15, 69:12, 85:7

**understands** [1] - 54:3

**understatement** [1] - 43:14

**undertook** [1] - 60:7

**underwent** [1] - 16:14

**undisputed** [4] - 9:10, 9:19, 12:25, 16:19

**unenforceable** [1] - 80:25

**unfolded** [1] - 59:11

**unfortunately** [2] - 52:5, 77:24

**Unfortunately** [1] - 33:22

**unhappy** [2] - 46:20, 50:11

**UNITED** [4] - 1:1, 1:3, 1:11, 1:23

**United** [10] - 1:17, 2:5, 2:9, 32:6, 34:24, 63:1, 67:8, 71:4, 73:7, 85:22

**unknown** [1] - 27:20

**unlawful** [2] - 73:23, 80:15

**unlawfully** [1] - 73:22

**unless** [3] - 53:19, 71:23, 82:25

**unnecessarily** [1] - 22:19

**unnecessary** [2] - 9:9, 48:4

**unpaid** [1] - 71:3

**unpersuasive** [1] - 15:10

**unpublished** [1] - 18:11

**unreasonable** [1] - 48:4

**unresolved** [1] - 3:7

**unrestricted** [1] - 15:23

**unsupervised** [1] - 19:21

**unsupported** [6] - 25:22, 26:12, 26:24, 37:2, 49:15, 49:25

**untested** [3] - 37:3, 49:15, 49:25

**until** [3] - 29:8, 53:16, 84:4

**untruthful** [1] - 46:13

**up** [30] - 3:25, 8:11, 11:17, 17:3, 19:9,

21:22, 22:9, 22:13, 22:16, 23:5, 24:13, 24:19, 26:3, 28:18, 29:4, 39:4, 42:15, 53:13, 62:8, 66:1, 66:7, 66:9, 69:10, 69:18, 71:15, 72:14, 77:22, 79:8, 82:6, 82:19

**upheld** [1] - 18:25
**upon** [2] - 26:1, 71:8
**urged** [1] - 83:16
**us** [19] - 5:8, 6:8, 7:5, 7:8, 9:13, 13:6, 24:5, 25:1, 27:20, 28:7, 30:2, 31:4, 50:23, 50:24, 55:16, 56:1, 69:12, 85:6
**US's** [1] - 47:17
**USC** [6] - 25:9, 36:10, 41:4, 53:11, 74:5, 76:21
**use** [8] - 16:19, 17:5, 33:23, 34:1, 66:23, 66:24, 72:17, 73:23
**used** [12] - 9:4, 9:5, 13:17, 15:25, 17:8, 19:7, 25:18, 30:22, 61:3, 61:4, 61:6, 61:24
**uses** [1] - 60:11
**usher** [1] - 51:9
**using** [1] - 11:20
**usually** [2] - 42:12, 69:4

## V

**v** [4] - 2:5, 36:3, 36:4, 36:5
**value** [1] - 75:21
**variance** [8] - 56:3, 56:7, 56:17, 59:9, 60:2, 60:3, 62:25, 63:2
**variety** [3] - 7:9, 43:9
**various** [2] - 54:13, 63:7
**vary** [9] - 42:4, 49:10, 52:15, 52:17, 55:23, 56:7, 79:10, 79:11, 79:23
**varying** [1] - 83:19
**vast** [4] - 4:19, 7:12, 13:4
**vastly** [1] - 64:3
**vehicle** [2] - 9:10, 75:9
**vein** [1] - 37:13
**ventures** [1] - 19:5
**verbatim** [1] - 38:3
**verdict** [1] - 73:6
**verification** [2] - 72:18, 74:22
**versus** [2] - 79:19, 79:21
**very** [21] - 12:15, 28:11, 34:5, 40:3, 41:19, 47:4, 47:22, 49:8, 50:6, 52:25, 54:14, 57:22, 67:5, 68:22, 73:12, 78:2, 79:5, 80:22, 83:17, 83:23, 85:10
**vested** [1] - 10:10
**Veterans** [1] - 57:5
**victim** [24] - 6:15, 16:8, 18:19, 19:2, 25:3, 25:5, 25:14, 25:19, 29:7, 30:16, 30:22, 30:23, 31:1, 31:4, 34:9, 34:19, 34:21, 35:1, 39:13, 44:11, 63:5, 68:12, 70:13
**victimized** [4] - 13:10, 14:7, 14:8, 14:19
**victims** [19] - 24:4, 24:7, 26:9, 27:8, 28:20, 28:21, 28:25, 29:12, 30:21, 31:14, 31:18, 32:4, 33:9, 33:14, 34:2,

34:16, 41:15, 53:22, 77:7
**Victims'** [2] - 27:12, 34:6
**victims'** [1] - 28:10
**view** [6] - 6:24, 33:4, 37:16, 40:1, 76:20, 79:5
**viewed** [1] - 17:19
**violated** [1] - 75:15
**violation** [1] - 75:17
**violations** [1] - 75:21
**Virginia** [1] - 70:15
**virtue** [1] - 50:10
**visits** [1] - 72:22
**volumes** [1] - 51:6
**voluntarily** [1] - 26:19
**voluntary** [1] - 75:23
**vouching** [2] - 62:12, 65:10
**vs** [1] - 1:5

## W

**W-2** [1] - 55:7
**Wade** [1] - 51:22
**wages** [1] - 70:18
**waive** [7] - 53:8, 53:9, 72:3, 72:8, 72:10, 80:20, 82:13
**waived** [3] - 70:21, 80:17, 84:25
**waiver** [3] - 68:4, 80:1, 80:24
**waivers** [1] - 80:23
**waives** [2] - 80:22, 84:19
**waiving** [2] - 53:14, 68:13
**walked** [1] - 15:20
**walks** [1] - 51:25
**want** [27] - 3:10, 3:11, 7:19, 19:25, 20:2, 22:19, 24:3, 24:25, 26:6, 28:14, 31:14, 32:10, 32:16, 33:14, 47:9, 48:13, 49:19, 50:16, 50:24, 51:10, 52:11, 56:7, 57:15, 67:3, 82:20, 85:3
**wanted** [5] - 24:12, 27:7, 59:22, 67:1, 67:24
**wanting** [3] - 53:25, 64:2, 69:2
**wants** [2] - 54:1, 63:4
**warn** [1] - 75:12
**warrant** [1] - 18:9
**warrants** [1] - 56:17
**was** [155] - 3:12, 3:17, 3:25, 4:6, 4:10, 4:11, 4:16, 4:21, 5:13, 5:15, 5:22, 5:24, 5:25, 6:12, 6:17, 7:1, 7:11, 7:12, 8:11, 9:4, 9:11, 9:20, 9:21, 10:9, 10:14, 10:18, 10:20, 11:13, 11:14, 13:13, 13:14, 14:8, 14:14, 14:15, 15:6, 15:23, 15:25, 16:1, 16:2, 17:3, 17:5, 17:7, 17:10, 17:13, 18:22, 19:23, 20:2, 22:3, 23:7, 23:21, 26:1, 27:3, 27:6, 28:1, 28:7, 29:14, 30:6, 30:25, 31:1, 32:4, 33:6, 33:22, 35:4, 35:14, 36:8, 36:15, 36:25, 37:25, 38:21, 43:16, 43:17, 44:3, 45:19, 45:20, 46:6, 46:7, 46:9, 46:13, 46:21, 46:24, 46:25, 47:2, 52:20, 52:22, 52:25, 53:2, 53:23, 53:24, 54:1, 56:19, 56:20, 56:23, 56:25, 58:25, 59:11,

59:13, 59:16, 59:19, 59:22, 60:5, 60:6, 60:23, 61:1, 61:12, 61:24, 61:25, 62:7, 62:8, 63:8, 63:9, 63:17, 63:18, 64:1, 64:2, 64:11, 65:9, 65:14, 65:16, 66:7, 66:8, 66:9, 66:18, 67:23, 67:25, 68:23, 71:15, 72:4, 73:13, 73:17, 76:15, 77:22, 77:23, 78:24, 78:25, 79:1, 79:9, 79:10, 79:13, 79:22, 80:2, 80:15, 80:17, 83:8, 84:24
**washing** [1] - 50:7
**wasn't** [11] - 5:21, 8:17, 10:9, 16:19, 16:20, 20:3, 28:8, 59:5, 63:17, 67:22, 71:16
**wave** [1] - 47:6
**way** [17] - 13:5, 13:6, 17:6, 18:14, 25:19, 32:3, 32:22, 45:9, 53:6, 54:9, 54:10, 59:10, 59:17, 62:23, 67:25, 68:18, 73:9
**ways** [3] - 5:18, 45:13, 52:21
**we** [90] - 3:7, 3:8, 5:3, 5:19, 5:21, 6:8, 8:6, 8:25, 9:8, 9:20, 10:14, 11:4, 14:6, 15:20, 17:4, 20:6, 21:1, 21:2, 21:5, 21:20, 21:21, 21:25, 22:14, 23:3, 23:14, 23:25, 24:13, 24:24, 24:25, 25:25, 26:6, 27:18, 27:21, 27:23, 28:2, 28:6, 28:8, 28:9, 28:10, 28:11, 28:18, 28:22, 28:23, 29:1, 29:2, 29:4, 29:7, 29:8, 29:11, 29:16, 29:18, 29:19, 30:5, 31:4, 31:6, 31:14, 31:20, 33:19, 37:1, 38:21, 42:7, 45:10, 48:9, 48:19, 49:18, 49:19, 51:4, 53:17, 53:24, 55:6, 56:7, 59:24, 60:12, 68:21, 73:9, 77:24, 78:1, 81:17, 81:22, 82:17, 82:21, 85:7
**We** [1] - 3:18
**we'll** [3] - 33:10, 69:24, 73:2
**we're** [11] - 25:25, 26:15, 28:12, 34:2, 38:19, 40:4, 53:22, 57:19, 61:14, 81:19, 81:21
**we've** [8] - 13:12, 28:17, 29:13, 31:21, 40:7, 69:22, 83:16, 84:9
**wear** [1] - 67:11
**week** [2] - 23:4, 24:16
**weekend** [1] - 24:15
**weigh** [1] - 62:17
**weight** [5] - 10:5, 26:11, 37:3, 48:15, 50:14
**well** [34] - 2:16, 2:17, 5:18, 6:1, 6:20, 7:17, 7:19, 8:7, 8:11, 8:12, 21:15, 25:2, 27:16, 29:3, 30:18, 36:16, 37:16, 38:21, 40:3, 41:6, 41:8, 41:19, 54:1, 54:11, 60:14, 62:21, 65:16, 73:12, 74:19, 78:12, 82:11, 83:23, 85:10
**went** [13] - 4:2, 4:14, 4:20, 5:23, 10:6, 10:7, 10:10, 17:10, 26:3, 28:4, 47:10, 52:25, 56:23
**were** [28] - 5:11, 5:21, 8:17, 20:4, 20:13, 23:3, 23:18, 23:19, 24:7, 27:7, 28:9, 28:11, 33:25, 35:15, 35:17, 35:22, 38:22, 44:21, 50:3, 54:16, 60:25, 64:11, 64:17, 69:9, 78:11, 85:16

**weren't** [4] - 6:20, 10:18, 28:9, 79:9
**what** [113] - 5:8, 6:7, 6:8, 6:17, 7:6, 7:23, 8:14, 9:3, 9:5, 9:15, 9:20, 9:21, 10:4, 10:17, 10:25, 11:4, 11:6, 12:7, 16:10, 16:13, 17:2, 17:9, 17:17, 17:19, 19:23, 20:3, 24:1, 24:16, 24:24, 24:25, 25:22, 25:25, 26:22, 26:25, 27:17, 27:21, 28:2, 28:18, 30:4, 30:13, 30:14, 30:19, 30:24, 31:19, 33:2, 33:5, 37:7, 37:8, 37:13, 37:17, 37:24, 39:22, 42:16, 42:18, 42:20, 44:19, 45:14, 46:1, 48:10, 49:15, 49:19, 49:21, 49:22, 49:23, 50:19, 51:4, 52:24, 54:1, 54:6, 54:8, 54:9, 54:22, 55:4, 55:8, 55:13, 56:8, 59:6, 59:9, 59:10, 59:23, 60:2, 60:25, 61:6, 63:15, 63:16, 63:20, 64:13, 64:15, 64:24, 65:15, 66:7, 66:10, 66:25, 67:1, 67:18, 67:21, 68:16, 68:23, 69:12, 72:25, 73:1, 78:22, 79:14, 82:19, 84:11
**what's** [11] - 3:3, 6:7, 8:25, 9:1, 23:7, 33:19, 38:17, 46:9, 64:24, 65:20, 72:13
**what-do-we-do-with-all-our-money-that-we-got-from-these** [1] - 11:4
**whatever** [4] - 8:23, 48:18, 53:6, 66:15
**whatsoever** [1] - 24:12
**when** [40] - 5:19, 5:24, 8:10, 16:2, 17:10, 22:22, 23:23, 28:11, 30:10, 31:19, 32:14, 43:10, 45:11, 45:23, 46:6, 46:10, 48:6, 48:18, 48:20, 54:17, 54:25, 59:12, 59:13, 60:12, 60:21, 61:24, 62:17, 62:21, 63:25, 64:5, 64:20, 64:21, 66:9, 66:12, 66:18, 67:25, 68:25, 75:15, 83:17
**where** [30] - 4:10, 6:12, 8:25, 12:6, 12:9, 15:5, 16:8, 17:2, 17:4, 17:9, 19:1, 19:3, 20:7, 20:16, 20:17, 20:22, 21:19, 22:5, 24:13, 26:2, 47:8, 50:7, 51:24, 53:24, 60:7, 73:9, 79:9, 84:24
**wherever** [1] - 8:20
**whether** [29] - 3:17, 4:6, 5:10, 5:15, 7:6, 11:24, 13:24, 14:8, 21:5, 24:5, 24:7, 24:8, 25:5, 25:14, 25:15, 29:9, 29:10, 31:17, 34:2, 37:9, 39:9, 45:9, 51:19, 79:2, 79:3, 82:13
**which** [62] - 2:22, 4:23, 5:4, 6:9, 6:13, 7:8, 10:4, 11:7, 11:11, 11:15, 12:8, 12:10, 13:7, 14:6, 14:11, 14:17, 14:18, 17:7, 20:13, 21:11, 22:16, 23:20, 24:4, 25:10, 25:16, 25:17, 26:11, 27:22, 28:20, 30:7, 31:1, 33:6, 33:9, 38:23, 40:12, 40:14, 43:2, 44:6, 45:22, 47:14, 51:20, 52:20, 54:17, 56:2, 56:6, 59:16, 59:17, 60:1, 61:18, 61:19, 66:2, 71:5, 71:22, 72:17, 72:19, 74:8, 75:20, 77:24, 79:7, 80:8, 80:22
**while** [18] - 7:18, 13:13, 19:9, 50:18, 51:15, 58:3, 59:1, 59:4, 61:24, 64:6, 64:25, 66:3, 70:10, 70:21, 71:2, 72:14, 74:11, 81:17
**white** [4] - 67:11, 67:15, 77:25, 78:9

**White** [1] - 11:11
**who** [33] - 8:13, 8:14, 8:16, 10:16, 19:16, 22:3, 22:4, 33:21, 35:15, 37:25, 46:20, 47:6, 49:25, 50:15, 50:17, 50:23, 51:25, 58:1, 61:1, 61:16, 62:13, 64:1, 64:18, 65:2, 65:8, 65:21, 67:2, 67:3, 67:11, 67:24, 76:13, 83:8
**who's** [2] - 8:4
**whole** [4] - 10:7, 61:24, 68:13, 68:14
**whom** [1] - 79:2
**whose** [1] - 30:22
**why** [29] - 5:3, 7:15, 13:5, 15:20, 16:25, 21:5, 21:20, 21:22, 22:10, 29:5, 30:5, 42:12, 42:15, 44:20, 48:2, 48:8, 55:23, 62:22, 64:3, 64:18, 66:7, 66:16, 66:19, 67:3, 67:20, 68:2, 79:9, 81:17, 82:17
**wide** [2] - 7:9
**widely** [1] - 47:17
**wife** [6] - 43:3, 45:11, 48:7, 51:10, 64:14, 68:10
**Wikipedia** [1] - 47:16
**will** [37] - 3:19, 7:19, 21:24, 28:5, 28:10, 29:1, 29:4, 29:7, 29:16, 36:9, 36:11, 42:17, 51:16, 52:1, 52:8, 54:4, 58:10, 61:19, 68:13, 69:1, 69:11, 69:12, 70:21, 71:15, 71:16, 72:2, 72:4, 72:19, 73:16, 74:14, 74:20, 76:13, 78:24, 81:5, 81:9, 82:25, 85:1
**Williams** [1] - 18:16
**willing** [1] - 28:18
**wind** [2] - 53:13, 54:13
**winds** [1] - 54:5
**wire** [2] - 2:19, 35:4
**wish** [4] - 30:8, 30:9, 41:15, 85:9
**with** [88] - 2:10, 2:19, 3:10, 4:16, 7:7, 7:13, 7:18, 8:23, 11:4, 11:7, 12:3, 12:5, 15:7, 16:9, 16:18, 16:21, 16:22, 17:9, 19:23, 21:18, 22:8, 23:6, 24:1, 24:16, 24:24, 25:7, 31:25, 32:2, 32:5, 32:24, 33:1, 34:4, 35:4, 35:25, 37:9, 37:14, 37:17, 39:12, 41:16, 45:3, 46:2, 46:10, 46:12, 46:20, 46:24, 47:2, 47:5, 48:13, 48:24, 50:11, 51:1, 51:21, 51:25, 52:12, 52:16, 54:12, 56:1, 57:3, 57:23, 58:3, 59:24, 61:2, 61:17, 62:2, 65:12, 66:7, 66:21, 69:7, 70:19, 73:6, 73:18, 74:5, 74:7, 74:16, 75:1, 75:4, 77:1, 77:9, 77:18, 77:25, 78:14, 78:19, 80:22, 81:25
**withdraw** [2] - 21:25, 56:10
**withdrawn** [1] - 3:12
**within** [11] - 19:16, 27:25, 28:12, 58:2, 66:13, 71:1, 71:20, 71:24, 73:24, 74:19, 81:2
**without** [9] - 16:20, 19:15, 61:23, 64:1, 67:25, 75:6, 77:23, 81:4, 83:13
**witness** [3] - 17:3, 38:4, 58:11
**witnesses** [2] - 23:4, 41:20
**Witte** [1] - 27:22

**WL1872855** [1] - 36:3
**WL5559818** [1] - 36:4
**WL695709** [1] - 36:5
**won't** [1] - 46:12
**wonder** [1] - 69:10
**word** [3] - 33:15, 59:23, 62:12
**words** [1] - 58:5
**work** [9] - 16:9, 30:12, 32:13, 58:1, 64:2, 65:4, 74:18, 77:16, 77:18
**worked** [1] - 46:17
**working** [3] - 16:22, 30:1, 62:9
**works** [4] - 13:19, 47:9, 62:23, 85:8
**worksite** [1] - 46:25
**worms** [1] - 29:6
**worse** [1] - 52:6
**worth** [6] - 62:13, 64:4, 64:7, 65:6, 81:23, 82:6
**worthy** [2] - 62:25, 63:2
**would** [82] - 2:2, 5:23, 6:12, 6:14, 6:15, 9:18, 11:7, 11:11, 12:3, 12:13, 15:6, 16:3, 16:4, 17:22, 19:16, 21:8, 22:4, 24:4, 24:6, 24:10, 24:11, 24:25, 25:18, 26:21, 26:25, 28:22, 29:18, 29:22, 30:4, 30:19, 31:3, 32:4, 35:21, 36:18, 37:18, 38:11, 39:11, 41:23, 42:7, 42:15, 42:22, 43:1, 45:23, 45:25, 48:2, 49:14, 49:21, 49:24, 50:14, 51:20, 53:4, 53:5, 53:13, 53:17, 54:13, 54:18, 54:22, 54:24, 55:9, 55:16, 56:1, 59:6, 59:12, 64:18, 66:12, 66:19, 66:23, 67:1, 68:18, 68:21, 69:4, 69:14, 75:25, 76:4, 76:5, 79:21, 82:1, 82:4, 82:6, 83:20
**wouldn't** [2] - 26:3, 45:13
**wrapped** [1] - 62:8
**written** [3] - 62:14, 65:9, 74:21
**wrongdoing** [1] - 19:12
**wronged** [1] - 63:7
**wrongful** [1] - 35:24
**wrote** [3] - 48:7, 51:3, 51:10

## Y

**y'all** [3] - 70:3, 72:14, 81:17
**Yeah** [1] - 56:12
**year** [15] - 2:18, 42:10, 42:16, 43:11, 47:19, 52:13, 52:15, 52:16, 52:18, 52:19, 53:2, 76:9, 79:12, 84:14
**years** [13] - 16:9, 40:21, 42:25, 45:21, 51:22, 51:23, 56:20, 58:21, 66:1, 71:9, 78:4
**Yes** [3] - 6:6, 20:5, 76:16
**yes** [28] - 3:1, 3:14, 6:2, 9:25, 12:19, 24:18, 29:23, 30:25, 38:12, 38:13, 38:24, 40:9, 40:10, 41:1, 41:25, 55:18, 55:20, 55:22, 55:24, 56:11, 56:22, 57:17, 58:17, 71:13, 73:3, 73:15, 78:25, 80:4
**yet** [3] - 49:22, 65:1
**Yetzer** [2] - 2:12, 71:10
**You** [3] - 50:23, 73:23, 74:21

**you** [213] - 2:2, 2:17, 2:24, 3:2, 3:6, 3:15, 3:20, 4:4, 5:18, 5:23, 5:24, 6:3, 6:4, 7:18, 7:19, 8:10, 8:16, 9:23, 9:25, 11:2, 11:7, 12:15, 12:17, 12:22, 14:1, 15:15, 17:14, 17:15, 17:25, 18:2, 20:2, 21:16, 21:18, 22:8, 22:10, 22:11, 23:9, 23:11, 24:12, 24:21, 24:22, 25:7, 25:21, 26:6, 26:8, 26:11, 27:6, 27:8, 27:10, 27:11, 27:12, 27:13, 27:21, 28:16, 28:17, 28:19, 28:21, 28:23, 29:3, 29:4, 29:8, 29:9, 29:11, 29:17, 29:21, 29:22, 30:9, 30:15, 30:19, 30:23, 31:15, 31:20, 31:22, 31:23, 31:24, 31:25, 32:8, 32:25, 33:12, 33:13, 33:15, 33:23, 34:10, 34:12, 36:18, 36:20, 36:21, 37:4, 37:20, 38:10, 41:23, 42:15, 44:18, 45:19, 45:23, 46:12, 47:11, 47:12, 47:17, 48:6, 49:14, 49:20, 49:21, 50:7, 51:4, 51:10, 52:23, 53:1, 53:3, 54:8, 54:16, 54:22, 55:1, 55:15, 55:16, 57:9, 57:10, 57:13, 57:14, 57:15, 57:18, 57:21, 58:14, 58:15, 63:25, 64:5, 64:15, 64:20, 64:21, 66:21, 68:16, 69:9, 69:16, 69:25, 70:3, 70:7, 70:10, 70:12, 70:18, 70:21, 70:25, 71:4, 71:8, 71:10, 71:18, 71:20, 71:21, 71:24, 72:1, 72:5, 72:16, 72:20, 72:25, 73:1, 73:18, 73:20, 73:22, 73:24, 74:2, 74:4, 74:7, 74:16, 74:17, 74:23, 74:25, 75:5, 75:8, 75:12, 75:15, 75:19, 78:8, 79:25, 80:3, 80:4, 80:11, 80:13, 80:14, 80:15, 80:18, 80:19, 80:21, 80:24, 80:25, 81:2, 81:3, 81:4, 81:6, 81:8, 81:9, 81:11, 82:3, 82:4, 82:6, 82:25, 83:6, 83:7, 83:11, 83:15, 83:16, 83:17, 84:1, 84:2, 85:9, 85:11

**you'd** [4] - 33:16, 56:10, 57:12, 70:5

**you'll** [2] - 60:13, 64:5

**you're** [14] - 27:23, 29:6, 30:16, 30:18, 31:3, 33:14, 34:5, 34:8, 34:9, 54:17, 55:13, 63:20, 71:23, 83:12

**you've** [6] - 21:15, 36:19, 38:15, 55:14, 83:23, 85:10

**you-all** [1] - 73:1

**Your** [166] - 2:13, 2:15, 3:1, 3:5, 3:14, 3:20, 4:5, 5:9, 5:17, 6:2, 6:22, 7:15, 8:10, 9:3, 9:7, 9:14, 9:25, 10:2, 10:4, 10:25, 11:6, 11:18, 12:3, 12:13, 12:19, 13:21, 15:15, 15:20, 17:11, 17:17, 18:2, 20:5, 21:6, 21:19, 21:24, 22:12, 23:2, 23:11, 24:19, 24:23, 24:25, 25:9, 25:11, 25:12, 25:19, 25:21, 26:4, 26:5, 26:10, 27:10, 27:16, 27:18, 28:16, 29:6, 29:23, 30:1, 31:3, 32:2, 32:3, 32:10, 33:1, 33:8, 33:11, 33:17, 34:10, 34:14, 36:24, 37:19, 37:22, 38:12, 38:13, 38:18, 38:24, 39:11, 39:16, 39:19, 40:1, 40:2, 40:9, 40:10, 40:24, 41:1, 41:13, 41:14, 41:17, 41:21, 41:25, 42:2, 42:7, 42:12, 42:13, 42:14, 42:22, 43:1, 43:6, 44:15, 45:15, 46:4, 48:1, 48:7, 48:14, 48:22,

49:9, 49:24, 50:13, 50:14, 50:17, 51:3, 51:8, 52:12, 52:14, 52:17, 52:19, 52:25, 53:2, 53:4, 53:5, 53:6, 53:8, 53:17, 53:19, 54:3, 54:9, 54:24, 55:12, 55:18, 55:22, 55:24, 56:11, 56:22, 57:1, 57:3, 58:17, 58:18, 60:5, 60:9, 63:17, 65:5, 65:21, 66:5, 67:5, 68:2, 68:11, 69:3, 69:5, 69:9, 69:14, 69:20, 69:21, 73:3, 73:10, 75:24, 76:4, 76:7, 76:16, 80:4, 80:10, 80:13, 81:13, 81:16, 82:5, 83:6, 85:4, 85:5

**your** [46] - 2:7, 2:24, 10:14, 15:14, 20:3, 27:2, 27:7, 34:11, 38:17, 41:24, 53:25, 57:12, 68:20, 70:3, 70:11, 70:23, 71:14, 71:18, 72:5, 72:20, 73:4, 74:7, 74:11, 74:13, 74:19, 74:21, 74:23, 74:24, 74:25, 75:8, 75:16, 75:25, 80:11, 80:14, 80:15, 80:17, 80:18, 80:23, 81:2, 81:3, 81:6, 81:8, 83:21, 85:10, 85:11

**youth** [1] - 77:23

# Z

**zero** [4] - 5:22, 6:13, 33:1, 46:14